UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JENNIFER VIRDEN,<br>    Plaintiff, | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Case No. 1:21-cv-271-RP |
| v. | | |
| CITY OF AUSTIN, TEXAS,<br>    Defendant. | | |

**VERIFICATION**

I, __John Fisher__ (name), declare as follows:

1. I am an individual residing at __8210 Bent Tree Rd Austin Tx 78759   222#__

2. I support Jennifer Virden's campaign for Austin city office, whether for mayor or for city council, in the November 2022 elections.

3. I support Virden's vision for the City and I believe it is imperative that she begin fundraising and campaigning as soon as possible rather than waiting until November 2021. Austin City Council and Mayor Adler are making a lot of decisions that affect our City and we need people with different views to present those views to Austin voters as things are happening. I want Virden to be able to raise funds for her campaign immediately, without waiting for an arbitrary date set by the City, and I want her to be able to use her campaign funds to disseminate her message when she believes it most necessary or advantageous. I also want Virden to be able to begin building her campaign account immediately, with the assurance that she can use funds collected now

closer to election day in 2022 when she determines most necessary or advantageous, instead of waiting until November 2021 to start fundraising.

4. If it were not for the fundraising blackout period at section 2-2-7 of the Austin Code of Ordinances, I would immediately contribute funds to Virden's campaign. I would contribute at least $ 200 (state any amount up to the limit of $400).

5. Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct.

6. If called upon to testify I would testify competently as to matters stated herein. Executed on 3-31- , 2021, in Travis County, Texas.

_____
Signature

John Fisher
Printed Name

Mtn for Inj Appx 3

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JENNIFER VIRDEN,<br>Plaintiff, | § § § § | |
| v. | § § | Civil Case No. 1:21-cv-271-RP |
| CITY OF AUSTIN, TEXAS,<br>Defendant. | § § § | |

## VERIFICATION

I, __William H. Clark__ (name), declare as follows:

1. I am an individual residing at __28122 E. Benders Landing Spring, TX 77386__

2. I support Jennifer Virden's campaign for Austin city office, whether for mayor or for city council, in the November 2022 elections.

3. I support Virden's vision for the City and I believe it is imperative that she begin fundraising and campaigning as soon as possible rather than waiting until November 2021. Austin City Council and Mayor Adler are making a lot of decisions that affect our City and we need people with different views to present those views to Austin voters as things are happening. I want Virden to be able to raise funds for her campaign immediately, without waiting for an arbitrary date set by the City, and I want her to be able to use her campaign funds to disseminate her message when she believes it most necessary or advantageous. I also want Virden to be able to begin building her campaign account immediately, with the assurance that she can use funds collected now

closer to election day in 2022 when she determines most necessary or advantageous, instead of waiting until November 2021 to start fundraising.

4.  If it were not for the fundraising blackout period at section 2-2-7 of the Austin Code of Ordinances, I would immediately contribute funds to Virden's campaign. I would contribute at least $ 400 (state any amount up to the limit of $400).

5.  Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct.

6.  If called upon to testify I would testify competently as to matters stated herein. Executed on March 30, 2021, in Montgomery County, Texas.

_William H. Clark_
Signature

William H. Clark
Printed Name

Mtn for Inj Appx 3