UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JENNIFER VIRDEN, | § | |
| Plaintiff, | § | |
| | § | |
| | § | Civil Case No. 1:21-cv-00271-RP |
| v. | § | |
| | § | |
| CITY OF AUSTIN, TEXAS, | § | |
| Defendant. | § | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Jennifer Virden hereby appeals under 28 U.S.C. § 1292(a)(1) to the United States Court of Appeals for the Fifth Circuit from the Order entered in this action on July 1, 2021 (ECF No. 34), denying her Motion for Preliminary Injunction.

Respectfully submitted,

*/s/ Jerad Najvar*
NAJVAR LAW FIRM PLLC
Jerad Wayne Najvar
Texas Bar No. 24068079
jerad@najvarlaw.com
Austin M.B. Whatley
Texas Bar No. 24104681
austin@najvarlaw.com
2180 North Loop West, Suite 255
Houston, TX 77018
Phone:      (281) 404-4696
Facsimile:  (281) 582-4138
jerad@najvarlaw.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document, and any accompanying exhibits and proposed order, were served via CM/ECF on July 1, 2021, as follows:

Renea Hicks
Counsel for City of Austin

<i>/s/ Jerad Najvar</i>
Jerad Najvar