FILED
February 02, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Jay Vicha_____
DEPUTY

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
January 11, 2022
Lyle W. Cayce
Clerk

No. 21-50597

Jennifer Virden,

*Plaintiff—Appellant,*

versus

City of Austin, Texas,

*Defendant—Appellee.*

─────────────────────────────────

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:21-CV-271

─────────────────────────────────

Before Stewart, Haynes, and Graves, *Circuit Judges.*

Per Curiam:

    IT IS ORDERED that appellant's opposed motion to vacate the court's opinion of October 25, 2021 is GRANTED. The appeal of the denial of preliminary injunctive relief is DISMISSED AS MOOT. The petition for rehearing en banc is DENIED AS MOOT. The case is REMANDED to the district court for further proceedings.

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 02, 2022

Ms. Jeannette Clack
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 21-50597   Virden v. City of Austin
                       USDC No. 1:21-CV-271

Dear Ms. Clack,

Enclosed is a copy of the judgment issued as the mandate.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Melissa B. Courseault, Deputy Clerk
                              504-310-7701

cc:
    Mr. Alan Gura
    Mr. Renea Hicks
    Mr. Jerad Wayne Najvar
    Ms. Meghan Lee Riley
    Mr. Austin M.B. Whatley