UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

JENNIFER VIRDEN, *et al.*,          :
    *Plaintiffs*,                  :
                                   :
vs.                                 :          No. 1:21cv00271-RP
                                   :
CITY OF AUSTIN,                     :
    *Defendant*.                   :
_____     :

## ORDER AND JUDGMENT

Now before the Court is Defendant City of Austin's Motion for Summary Judgment (Doc. 66). After giving due consideration to this motion, as well as to such other opposition to it as has been filed by Plaintiffs, the Court determines as follows:

It is ORDERED that Defendant City of Austin's Motion for Summary Judgment is GRANTED. It is FURTHER ORDERED that Plaintiffs recover nothing on their claims, as asserted in their Second Amended Complaint (Doc. 57), and that their action is hereby DISMISSED WITH PREJUDICE.

SIGNED on _____ ___, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE