**E<span style="font-variant:small-caps">xhibit</span> 1**

## ORDINANCE NO. 20171005-029

**AN ORDINANCE AMENDING CITY CODE CHAPTER 2-2 RELATING TO CAMPAIGN FINANCE AND ELECTION FUNDRAISING TIME PERIODS; AND CREATING AN OFFENSE.**

**BE IT ORDAINED BY THE CITY COUNCIL OF THE CITY OF AUSTIN:**

**PART 1.** Subsection (4) of City Code Section 2-2-2 (*Definitions*) is amended to read:

(4) CAMPAIGN PERIOD means the time period allowed in City Charter Article III, Section 8 (*Limits on Campaign Contributions and Expenditures*) <u>and Section 2-2-7 of this chapter</u>.

**PART 2.** City Code Section 2-2-7 (*Commencement of Campaign Period*) is amended to read:

### § 2-2-7 COMMENCEMENT OF CAMPAIGN PERIOD.

(A) A general election, special election, and [a] runoff election each have a separate campaign period[s] for purposes of City Charter Article III, Section 8 (*Limits on Campaign Contributions and Expenditures*) and this chapter. <u>The contribution limits set forth in City Charter Article III, Section 8 (*Limits on Campaign Contributions and Expenditures*) apply separately to each general election, runoff election, and special election.</u>

(B) <u>The campaign period for a general election begins the 365th day before the date of the general election.</u>

<u>(C)</u> [(B)] The campaign period for a runoff election begins the day after the date of an <u>election</u> [Election] at which no candidate receives the majority of the votes.

<u>(D)</u> [(C)] The campaign period for a special election, including a recall election, begins the day after the date the council calls the special election.

<u>(E) An unsuccessful candidate may only solicit or accept political contributions after an election to the extent authorized by City Charter, Article III, Section 8 (*Limits on Campaign Contributions and Expenditures*), Subsection (F)(4).</u>

Page 1 of 2

**EXHIBIT 8**

sg
9/21/22   Virden

Case 1:21-cv-00271-RP   Document 10-1   Filed 04/15/21   Page 6 of 10

(F) <u>An officeholder may only solicit or accept political contributions after an election to the extent authorized by City Charter, Article III, Section 8 (*Limits on Campaign Contributions and Expenditures*), Subsection (F)(5).</u>

(G) [(D)]   A candidate may only raise funds for an election during an authorized campaign period.

**PART 3.** This ordinance takes effect on October 16, 2017.

**PASSED AND APPROVED**

October 5, 2017

§
§
§

_____
Steve Adler
Mayor

**APPROVED:** _____
Anne L. Morgan
City Attorney

**ATTEST:** _____
Jannette S. Goodall
City Clerk