# EXHIBIT 2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JENNIFER VIRDEN, et al. | § | |
| | § | |
| *Plaintiffs*, | § | Civil Action |
| v. | § | |
| | § | No. 1:21-cv-271-RP |
| CITY OF AUSTIN, TEX., | § | |
| | § | |
| *Defendant.* | § | |

**PLAINTIFFS' FIRST AMENDED INITIAL DISCLOSURES**

Plaintiffs Jennifer Virden and William H. Clark provide the following initial

disclosures, pursuant to Federal Rule of Civil Procedure 26(a)(1).

**A.**   ***The name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless solely for impeachment:***

Jennifer Virden, Plaintiff
c/o Jerad Najvar
NAJVAR LAW FIRM PLLC
2180 North Loop West, Ste. 255
Houston, TX 77018
Knowledge of her intent and her activities, as relevant to the claims and defenses at issue.

John Fisher
8210 Bent Tree Rd, #222
Austin, TX 78759
Submitted verification of intent to contribute dated 3/31/21.

William H. Clark
28122 E. Benders Landing
Spring, TX 77386
Submitted verification of intent to contribute dated 3/30/21.

Cody B. Penna
13604 Caldwell Dr. #7
Austin, TX 78750
Submitted verification of intent to contribute dated 4/1/21

1

Robert Davis
459 Bella Vista Circle
Kyle, TX 78640
Submitted verification of intent to contribute dated 4/1/21

Richard Wempe
3605 Malone Dr.
Austin, TX 78749
Submitted verification of intent to contribute dated4/1/21

Gean Oliphint
8503 Appalachian Dr.
Austin, TX 78759
Submitted verification of intent to contribute dated 4/9/21

Kevin T. Dunlevy
8503 Appalachian Dr.
Austin, TX 78759
Submitted verification of intent to contribute dated 4/9/21

William Hertel
Austin, TX
Submitted verification of intent to contribute dated 4/1/21

Linda Durnin
8103 West Court
Austin, TX 78759
Submitted verification of intent to contribute dated 4/8/21

Susan K. Friedrich
10504 Painted Valley Cr.
Austin, TX 78759
Submitted verification of intent to contribute dated 4/9/21

**B.** *A copy of or description by category and location of all documents, data compilations, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless solely for impeachment:*

1. Jennifer Virden's treasurer appointment forms and campaign finance reports.

2. Relevant portions of Austin charter and code of ordinances.

3. Copies of Virden's campaign advertisements related to the May 1, 2021 charter amendment election, as discussed in ECF No. 13-1.

***C.  A computation of any category of damages claimed by the
defendant, making available for inspection and copying as under Rule 34
the documents or other evidentiary material, not privileged or protected
from disclosure, on which such computation is based, including materials
bearing on the nature and extent of injuries suffered:***

Virden anticipates filing an amended complaint which might remove the claim

for compensatory damages.  If the claim for compensatory damages is not removed, she

will amend this response to provide the relevant computation.

FIRST AMENDED RESPONSE:

Plaintiffs Virden and Clark seek no compensatory damages other than nominal

damages.

***D.  For inspection and copying as under Rule 34, any insurance
agreement under which an insurance business may be liable to satisfy part
or all of a possible judgment in the action or to indemnify or reimburse for
payments made to satisfy the judgment:***

None.

Respectfully submitted,

*/s/ Jerad Najvar*
Austin M. B. Whatley
Texas Bar No. 24104681
austin@najvarlaw.com
Jerad W. Najvar
Texas Bar No. 24068079
jerad@najvarlaw.com
NAJVAR LAW FIRM, PLLC
2180 N. Loop W., Ste. 255
Houston, TX 77018
281.404.4696 phone
281.582.4138 fax
*Counsel for Plaintiff*

3

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on October 3, 2022, the foregoing document, and any accompanying exhibits and proposed order, was served by email upon all counsel of record.

_/s/ Jerad Najvar_____
Jerad Najvar