# Exhibit 6

# Transcript of the Testimony of
# **Jennifer Virden**

June 17, 2021

Jennifer Virden v. The City of Austin

Givens Court Reporting
sgivens@austin.rr.com
(512) 301-7088

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

JENNIFER VIRDEN, §
§
        Plaintiff, §
§
v. § CIVIL ACTION NO.
§
§ 1:21-CV-271-RP
THE CITY OF AUSTIN, §
§
        Defendant. §

* * * * * * * * * * * * * * * * * * *

THE ORAL DEPOSITION OF
JENNIFER VIRDEN,
June 17, 2021

* * * * * * * * * * * * * * * * * * *

        ORAL DEPOSITION OF JENNIFER VIRDEN, produced as a witness at the instance of the Defendant and duly sworn, was taken in the above styled and numbered cause on the 17th day of June 2021, from 1:09 p.m. to 2:02 p.m., before Sandra S. Givens, CSR, in and for the State of Texas, reported by machine shorthand method, at Austin City Hall, 301 W. 2nd Street, 4th floor, Austin, Texas 78701, pursuant to the Federal Rules of Civil Procedure.

Page 1

---

1                A P P E A R A N C E S
2
3   FOR THE PLAINTIFF:
4       Mr. Jerad Najvar
        Mr. Austin M.B. Whatley
5       NAVJAR LAW FIRM, PLLC
        2180 North Loop West, Suite 255
6       Houston, Texas 77018
        (281) 404-4696
7       jerad@najvarlaw.com
        austin@najvarlaw.com
8
9   FOR THE DEFENDANT:
10      Mr. Renea Hicks
        LAW OFFICE OF MAX RENEA HICKS
11      P.O. Box 303187
        Austin, Texas 78731
12      (512) 480-8231
        rhicks@renea-hicks.com
13
        Ms. Carol Smith
14      Paralegal
        City of Austin Law Department
15      301 W. 2nd Street, 4th Floor
        Austin, Texas 78701
16      (512) 974-2147
        carol.smith@austintexas.gov
17
18
19
20
21
22
23
24
25

Page 2

---

1                    I N D E X
2
3   Appearances - - - - - - - - - - - - - - - - - - - - 2
4   Exhibits - - - - - - - - - - - - - - - - - - - - - - 3
5   JENNIFER VIRDEN
6      Examination by Mr. Hicks - - - - - - - - - - - - 4
       Examination by Mr. Najvar - - - - - - - - - - - 46
7      Further Examination by Mr. Hicks - - - - - - - - 47
8   Changes and Signature - - - - - - - - - - - - - - - 52
9   Reporter's Certification - - - - - - - - - - - - - 54
10
11
12                 E X H I B I T S
13  NO.   DESCRIPTION                          PAGE
14
    Exhibit 1 - - - - - - - - - - - - - - - - - - - - - 7
15     City of Austin City Council Districts Map
16  Exhibit 2 - - - - - - - - - - - - - - - - - - - - - 15
       Amendment: Appointment of a Campaign
17     Treasurer by a Candidate, 5/6/21, November
       2022, Mayor or Council District
18
    Exhibit 3 - - - - - - - - - - - - - - - - - - - - - 18
19     Amendment: Appointment of a Campaign
       Treasurer by a Candidate, 8/17/20, Austin
20     City Council, District 10
21  Exhibit 4 - - - - - - - - - - - - - - - - - - - - - 19
       Monetary Political Contributions Form
22
23
24
25

Page 3

---

1                JENNIFER VIRDEN,
2   having been first duly sworn, testified as follows:
3                   EXAMINATION
4   BY MR. HICKS:
5       Q    Ms. Virden, would you state your full name
6   and where you live?
7       A    Jennifer Marie Virden at 8307 High Oak Drive
8   in Austin, Texas 78759.
9       Q    And I'm Renea Hicks.  I represent the City of
10  Austin in a lawsuit you've filed against them over the
11  I'll call it the temporal fundraising restrictions.  Do
12  you know what I'm talking about if I say that?
13      A    Yes.
14      Q    Okay.  You said you live at 8307 High Oak
15  Drive.  How long have you lived there?
16      A    Approximately 13 years.
17      Q    And do you anticipate living there till the
18  end of -- till the election in 2022?
19      A    Yes.
20      Q    Okay.  I checked your website yesterday and
21  your Twitter account, and it looks like, you say on
22  there anyway, that you're running for mayor.  Have you
23  decided to run for mayor?
24      A    Yes.
25      Q    And you're not running for a city council

Page 4

---

1 (Pages 1 to 4)

**Page 5**

```
1   position if one comes open?
2        A   I am running for mayor.
3        Q   Okay.  That isn't quite what I asked you.
4            You're not running for a city council
5   seat if one becomes open and you reside in it?
6        A   I am running for mayor at this time, and I
7   could change that if a council district seat comes open
8   during the remapping, but at this time I am definitely
9   running for mayor.
10       Q   Okay.  And I'm going to try my question
11  again.
12       A   Okay.
13       Q   Okay.
14       A   Well, that really was an answer, so I don't
15  know how else I'm going to answer it.
16       Q   I'm not sure.  So have you decided not to run
17  for a city council seat?
18       A   I have not decided not to run for a city
19  council seat, but I have definitely decided to run for
20  mayor, and I'm leaving my options open.
21       Q   What do you mean when you say you're leaving
22  your options open?
23       A   I'm saying that at this time I'm definitely
24  running for mayor, and if circumstances change or if we
25  feel like the environment has changed, then we could
```

**Page 6**

```
1   possibly decide to run for the city council position if
2   it comes open, but at this time most definitely running
3   for mayor.
4        Q   What kind of circumstances are you talking
5   about?
6        A   Just depending on the environment and however
7   things develop over the next few months.
8        Q   What do you mean by "the environment"?
9        A   The political environment.
10       Q   What -- tell me some of the specifics.
11       A   Strategically speaking, however we feel we
12  are most likely to be able to make a positive
13  difference in Austin, and right now it's mayor.  We, we
14  need leadership in the mayor's office, and I feel like
15  that I'm the best person for the job.
16       Q   So if the circumstances change and the
17  environment changes in a way that you change your mind,
18  have you decided which city council seat you want to
19  run for?
20       A   I do not want to run for a city council --
21       Q   I didn't --
22       A   -- seat.
23       Q   -- ask you that question.  If circumstances
24  change and you decide not to run for mayor and you run
25  for a city council seat instead, have you decided which
```

**Page 7**

```
1   city council seat you're going to run for?
2        A   Well, depending on how remapping goes, we
3   don't know what the district number's going to be, but
4   it's in the district where I live.
5        Q   Okay.  So you don't plan to leave.
6        A   No.
7        Q   Let me show you an exhibit.  I'm going to ask
8   to mark this Deposition, Virden Deposition Exhibit 1.
9            (Exhibit No. 1 marked.)
10       Q   Okay.  I will represent to you that that's a
11  colored map showing the general outlines -- or the
12  outlines of this current city council district.  You
13  understand that's what that --
14       A   Yes.
15       Q   -- appears to be?  And you'll notice there
16  that there's a little red arrow in District 10?  Do you
17  see that?
18       A   Yes.
19       Q   And you see on the, on the right-hand side
20  there's something that says, indicates, 8307 High Oak
21  Drive?
22       A   Yes.
23       Q   Does that appear to be, not precise, but a
24  pretty close approximation of where you live?
25       A   Yes.
```

**Page 8**

```
1        Q   Okay.  So for city council -- you don't plan
2   to move and you say there may be some remapping that
3   may put you in a district that you may decide to run
4   for, depending on what you decide to do about the mayor
5   and whether the circumstances change.  So let's look at
6   the districts.  Do you see District 7 there?
7        A   Yes.
8        Q   So that's the closest district as the lines
9   are now out- outside -- adjoining District 10 that's
10  not in District 10, right?  Closest district to your
11  current residence.
12       A   Currently.  Yes.
13       Q   Okay.  Do you know whether District 7 is on
14  the ballot in 2022?
15       A   It is.
16       Q   You sure of that?
17       A   No.  I'm sorry.  District 7 is not.  No.
18       Q   Do you see District 6 up there to the north?
19       A   Yes.
20       Q   Do you know whether District 6 is on the
21  ballot?
22       A   It is not on the ballot --
23       Q   Do you see --
24       A   -- at this moment.  No.
25       Q   Do you see District 9?
```

2 (Pages 5 to 8)

**Page 9**

```
 1      A   Yes.
 2      Q   Do you know whether it's on the ballot?
 3      A   It is.  It will be on in the November --
 4      Q   Do you know about how far the closest part of
 5  District 9 is to your home?  Do you have an estimate?
 6      A   Probably about five miles.
 7      Q   Okay.  Do you see District 10?
 8      A   Yes.
 9      Q   I'm sorry.  Not District 10.  That's obvious.
10  District 8?
11      A   Yes.
12      Q   And do you have an estimate about how far
13  District 8's closest line is to your house?
14      A   10 miles?  I don't know.
15      Q   So, and District 8 is on the ballot in
16  2022 --
17      A   Mm-hm.
18      Q   -- right?
19      A   Yes.
20      Q   Do you know whether there's an, going to be
21  an incumbent in District 8?
22      A   I don't know.
23      Q   Do you know whether there's going to be an
24  incumbent in District 9?
25      A   Well, I don't know for sure.  I think there's
```

**Page 10**

```
 1  been rumors that somebody was going to petition to run
 2  again, but I think she's been termed out, or she will
 3  be.
 4      Q   She's been what now?
 5      A   I believe that's Kathy Tovo's district, and I
 6  believe that she is already termed out.  She's put
 7  file- petition to run.
 8      Q   Okay.  And what about the mayoral race, do
 9  you know whether there will be in an incumbent in that
10  race?
11      A   Do not know that yet.  That's -- there's been
12  rumors that he was going to petition to run again as
13  well.
14      Q   And by "he" you mean Mayor Adler.
15      A   Yes.
16      Q   You understand that he's been elected to two
17  consecutive terms and will be termed out but for the
18  petition, right?
19      A   Yes.
20      Q   Does the issue of whether there's an
21  incumbent in the mayoral race factor in your evaluation
22  of whether to continue running for mayor?
23      A   I'm sorry.  Could you repeat the question?
24      Q   Sure.  I may not say it exactly the same.
25  Does the possibility of there being an incumbent in the
```

**Page 11**

```
 1  mayoral race running have any effect on your
 2  decision-making about whether to continue running for
 3  mayor?
 4      A   No.
 5      Q   When did you decide you were running for
 6  mayor?
 7      A   I decided to either -- I decided to run for a
 8  city office immediately after the runoff on December
 9  15th, and as time has gone by since December 15th it's
10  become more and more clear every week that the mayoral
11  office is the one that I want to have.
12      Q   And when did you make that decision?
13      A   Hm, I'm -- it's been a gradual decision, and
14  it's been solidified over -- I can't give you an exact
15  date on when I decided to --
16      Q   Give me an approximation.
17      A   I would say I started really getting serious
18  about it probably in February of this year.
19      Q   Okay.  When did you first post on your
20  campaign website that you were running for mayor?
21      A   I do not recall.
22      Q   Do you have an estimate?
23      A   Middle of May possibly.
24      Q   Was that before or after you filed your
25  amended -- amendment to your appointment to (inaudible)
```

**Page 12**

```
 1  treasurer?
 2      A   I do not recall.
 3          THE REPORTER:  Appointment for
 4  what?
 5          MR. HICKS:  Campaign treasurer.
 6      Q   You don't recall?
 7      A   I don't recall.
 8      Q   And on your Twitter account you say, at least
 9  yesterday it said, "JenniferforAustin for mayor 2022."
10      A   Mm-hm.
11      Q   Sorry.  I read the wrong one.  "Officially
12  running for mayor 2022."
13      A   (Nodding head)
14      Q   What does "officially" running mean?
15      A   Just, I guess it's just a word I chose to
16  announce to whoever might be reading that that I'm not
17  just thinking about it, it's really happening, we're
18  doing it.
19      Q   When did you post that Twitter?
20      A   I don't recall.
21      Q   Was it in the last week?
22      A   May I see the paper?
23      Q   Sure.  I'll -- let me let you know what I
24  did.  I copied it directly off and then pasted.
25      A   Okay.
```

3  (Pages 9 to 12)

1          MR. NAJVAR:  I'm going to object to
2  asked and answered.
3      A    And which part you're asking?
4      Q    (By Mr. Hicks)  You say "Officially running
5  for mayor" --
6      A    Oh, that was months, that was a few months
7  ago.  It's June -- I would say the beginning of May,
8  maybe before then.
9      Q    Okay.
10     A    I'm -- I don't recall, because I don't commit
11 those -- everything I do on social media to memory, the
12 dates of whatever I do.
13     Q    But you -- tell me again, when you say
14 "officially" you don't mean that you have filed for
15 mayor, right?
16     A    No.  We have not filed to run for any
17 specific office yet.
18     Q    Okay.  I'm just trying to understand what
19 "official" means.
20          Do you recall your, your amendment to
21 your campaign treasurer appointment?
22     A    Yes.
23     Q    And do you remember the description you gave
24 for the office running for "if known"?
25     A    I, I believe we did not declare an office on

                                          Page 13

1  if it's not required to check the box, then I didn't
2  check the box.
3      Q    Let me ask you to look at --
4          MR. HICKS:  Let me just go ahead
5  and mark this as Deposition Exhibit 2.  I don't
6  have -- y'all have copies of it.  I don't have extra
7  copies of it.
8          (Exhibit No. 2 marked.)
9          MR. NAJVAR:  Before you ask her a
10 question, since you don't have a copy for me, where,
11 where is this?
12          MR. HICKS:  It is attached -- you
13 attached it.  It's, it is -- I can tell you in just a
14 second.  I'll tell you precisely where it is.
15          MR. NAJVAR:  This is her amended
16 treasury appointment form?
17          MR. HICKS:  Yes.  David --
18          THE WITNESS:  Here, right there.  I
19 just saw it.
20     Q    (By Mr. Hicks)  Okay.  Do you see in Item 6
21 [sic] there it says "Office Sought" --
22     A    Yes.
23     Q    -- "(if known)"?  What do you say there?
24     A    "November 2022 Mayor or Council District."
25     Q    Okay.  And is the "or Council District" not

                                          Page 15

1  that amended treasurer report.
2      Q    Right.  It says "if known," right?  And you
3  didn't --
4      A    Yes.
5      Q    -- even know when you filed that, right?
6      A    I did not check a box on that.  I just -- it
7  just --
8      Q    Well, I know, but --
9      A    -- says "if known."
10     Q    -- my question is, did you know when you
11 filed it?
12     A    I was leaving my options open, and --
13     Q    Did you know?  Just can you answer that
14 question?
15          MR. NAJVAR:  I'm going to object,
16 and if you're going to ask her a question about a
17 document --
18          MR. HICKS:  I'll show --
19          MR. NAJVAR:  -- then give her the
20 document.
21          MR. HICKS:  It's my choice about
22 whether to do that.  If she needs to see it, I'm happy
23 to show it to her.
24     Q    So what did it mean, "if known," to you?
25     A    "If known," it means if I knew for sure, and

                                          Page 14

1  true anymore?
2      A    No.  It's not true or untrue, and I wasn't
3  required at this time to say whether or not I was
4  running for mayor or council.
5      Q    Because you didn't know.
6      A    It's not that I didn't know.  I haven't -- I
7  have the option to leave that open, and so that is what
8  I decided to do on this form.
9      Q    So what do you think "if known" means on that
10 item?  What do you think when you're filling it out?
11     A    And it is known that I was going to run for a
12 city seat, mayor or council district.
13     Q    Okay.
14     A    And that's, and that is an allowable answer
15 for that box.
16     Q    That's -- I don't think you get to decide
17 that.
18          So you at this point, that point, only
19 knew that you were going to run for one of those two
20 things, right?
21     A    Yes.  Those are the two offices I'm
22 considering, or was considering at that time.  Yes.
23     Q    All right.  And now you're still considering
24 those two offices, correct?
25     A    Possibly.

                                          Page 16

4 (Pages 13 to 16)

**Page 17**

```
 1    Q    Are you or are you not?
 2    A    Possibly.  I --
 3    Q    I know, but I just need to know --
 4    A    I have --
 5    Q    -- are you considering.
 6    A    -- the option to change that.  Right now I'm
 7  running for mayor, and that's what I'm running for.
 8    Q    So --
 9    A    But if, if I decide in the future, then I
10  will run for a council district if it becomes open
11  where I live.  But right now I'm running for mayor.
12    Q    And you know you're running for mayor, right?
13    A    I know I'm running for mayor.
14    Q    Are you going to amend your filing for --
15    A    If my --
16    Q    -- a campaign -- may I finish the question?
17    A    Sure.
18    Q    Are you going to amend your campaign
19  treasurer appointment to reflect what you now know?
20    A    I will amend this if my lawyer advises me
21  that's what I need to do.
22    Q    Okay.  But otherwise you won't; is that
23  correct?
24    A    I'm going to defer to my lawyer.
25    Q    Well, are you going to do what he says?
```

**Page 18**

```
 1    A    Yes.  I'm going to do what he says in this
 2  regard.
 3    Q    Okay.  Now, I'm --
 4         MR. HICKS:  Since, since I'm
 5  having a hard time calling these things up quickly,
 6  I'll just mark this.  So Deposition Exhibit 3, it's the
 7  appoint -- I'm going to ask you to mark it as
 8  Deposition Exhibit 3.
 9         (Exhibit No. 3 marked.)
10    Q    It's the appointment, the original
11  appointment of a campaign treasurer back in 20 --
12    A    August.
13    Q    August of 2020.
14    A    Thank you.
15    Q    Do you see that?
16    A    Yes.
17    Q    Do you see in item 6 there you identify
18  District 10 --
19    A    Yes.
20    Q    -- as the district?  You knew you were
21  running for that, right?
22    A    Yes.
23    Q    What is the date of that?
24    A    August 17th, 2020.
25    Q    And you understand that you have to designate
```

**Page 19**

```
 1  a campaign treasurer before you can solicit and accept
 2  campaign contributions, correct?
 3    A    Yes.
 4    Q    So I'm going to show you, this is an
 5  excerpt --
 6         MR. HICKS:  I'll ask you to mark it
 7  first, Deposition Exhibit 4.
 8         (Exhibit No. 4 marked.)
 9    Q    And I'll tell you where to find it in just a
10  second.  And if you can't find, we can call it up for
11  you.
12         MR. HICKS:  Let me just say where,
13  where you can find it.  It's in the emailed documents
14  that I sent you, Jerad, yesterday afternoon.  It's
15  attachment, it's the first attachment --
16         Can you call it up, Carol?
17         MS. SMITH:  Okay.  Just a second.
18    Q    You already know what I'm going to --
19    A    Yeah.
20    Q    -- ask you right?
21    A    Yes.
22    Q    Let me -- but before you answer let's do --
23         MR. HICKS:  Jerad, do you need us
24  to call that up, or do you see what you want to see?
25         MR. NAJVAR:  Well, if you're asking
```

**Page 20**

```
 1  her about this page, I've got it here in front of me.
 2         MR. HICKS:  You're okay with that?
 3         MR. NAJVAR:  Yes.  I'm okay.
 4    Q    (By Mr. Hicks)  Can you just tell me what
 5  that is, or used to be?
 6    A    It's part of my filing, my campaign filing.
 7    Q    From?
 8    A    August, the first one.
 9    Q    August of --
10    A    Campaign finance report.
11    Q    Isn't -- it's the October 7 of 2020 campaign
12  finance report, correct?
13    A    Yes.  Approximately the due date for it.
14  Yeah.
15    Q    Yeah, yeah.  And you see -- that's an excerpt
16  from one of the packages, and you see on there there
17  are two people named Skaggs?
18    A    Yes.
19    Q    And do you see the date of the --
20    A    I do.
21    Q    -- contribution?  What's the date?
22    A    August 1st, 2020.
23    Q    Can you explain what happened there?
24    A    I cannot.  I don't know if that was a typo
25  or -- I know that I didn't take any contributions
```

GIVENS COURT REPORTING
6549 Fair Valley Trail, Austin, Texas 78749    (512) 301-7088    sgivens@austin.rr.com

1 before I filed, because I didn't even know anybody. So
2 that, that must be a typo.
3    Q   Okay. Do you remember the campaign
4 contributions coming in?
5    A   Well, not every single one of them, but yes,
6 I do remember --
7    Q   Do you remember those two?
8    A   Yeah. I do.
9    Q   And what, what's memorable about them?
10    A   Well, I remember that I believe it was by
11 check, and it was Skaggs. I like the -- I, I recognize
12 Jim Skaggs' name. I didn't know his wife's name was
13 Betty, but yeah.
14    Q   Okay. So are you saying that you did not
15 receive those contributions on that date indicated?
16    A   I am 99 percent sure that I did not receive
17 any contributions before August 17th. Not August 1st.
18 It's probably a typo, and I need to file a corrected
19 report.
20    Q   Is this the first -- is the race for District
21 10 the first elective office you've sought?
22    A   Yes.
23    Q   Public elected office --
24    A   Yes.
25    Q   -- you've sought? When did you get

Page 21

1    A   -- in July of 2019.
2    Q   When city council did?
3    A   Mm-hm.
4    Q   Try to answer yes or no, because it's hard
5 for --
6    A   Oh, yes. Sorry about that.
7    Q   Just out of the curiosity, have you ever
8 heard of the Zimmerman versus City of Austin lawsuit?
9    A   Yes.
10    Q   And did you follow that lawsuit at all when
11 it was going on?
12    A   No.
13    Q   When did you first learn about that lawsuit?
14    A   During my campaign.
15    Q   The District --
16    A   I just started hearing about it.
17    Q   For District 10?
18    A   Yeah. Yes.
19    Q   Did you consider yourself to be a successful
20 fundraiser in terms of campaign contribu- raising
21 campaign --
22    A   Yes.
23    Q   Let me finish.
24    A   Okay.
25    Q   Raising campaign funds during the race for

Page 23

1 interested in running for that seat?
2    A   Oh, whatever -- when everything was going
3 down about the, the homeless crisis exploding and then
4 defunding the police, and then I thought about it for
5 about a month or two and decided to file I think on the
6 last day.
7    Q   And you could -- as I recall, you announced
8 on August 17th, same day --
9    A   Mm-hm.
10    Q   -- you did the treasurer appointment,
11 correct?
12    A   Yes.
13    Q   Had you been following city council policy
14 developments for the years before that at all?
15    A   Very loosely.
16    Q   In what way had you followed it?
17    A   The news, just listening to the radio shows
18 in the morning, trying to run a business. But then
19 things became a little bit more than you could just
20 follow loosely.
21    Q   So when did you kind of buckle down and start
22 watching it closely?
23    A   When they lifted the camping ban in July
24 of --
25    Q   When they --

Page 22

1 District 10?
2    A   Yes.
3    Q   Really good fundraiser? Pretty good? Mid-
4 fair to middling? Do you have kind of a view of that?
5    A   I felt like we were very successful.
6    Q   And you mean you had a successful fundraising
7 operation in place and you successfully raised funds to
8 run your race, right?
9    A   Yes.
10    Q   I want to focus a bit now on the allegations
11 of harm you have made with respect to being restricted
12 under the city ordinance you're challenging from
13 raising funds outside the fundraising window.
14    A   Mm-hm.
15    Q   Okay? That's where I want to focus. I guess
16 I'll start first by asking you, is there anything in
17 the four declarations you filed in this case that you
18 want to change at this point?
19    A   Not that I know of.
20    Q   So can you tell me the best version you can
21 of the harm you're suffering right now from not being
22 able to raise funds outside the fundraising window in
23 your race for whatever it is you're going to run for?
24    A   Yes, I can. We had tremendous, tremendous
25 momentum coming off of that runoff where we nearly

Page 24

6 (Pages 21 to 24)

**Page 25**

1  caused an upset and unseated an incumbent 49 to 51
2  percent, and we have -- we knew right away that we were
3  going to be running in 2022.  We, we knew that we
4  wanted to continue with that momentum and represent the
5  people of Austin who are currently very unrepresented
6  on the city council.
7      Q   I'm going to ask you to focus on the
8  question.
9      A   I am.  I am.  So how I'm being harmed and how
10 the people -- the City of Austin --
11     Q   I want to know how you're being harmed.
12     A   I'm being harmed because I cannot raise money
13 to continue to disseminate my message and provide a
14 diversity of thought for the City of Austin where right
15 now there's a vacuum of 11 people on the city council
16 with apparently everything they seem to vote on is nearly in
17 unison, which that cannot possibly be representative of
18 the City of Austin.  And I need money to disseminate my
19 message on radio ads, mailers.  I need to hire a
20 political strategist, I need to hire a campaign
21 consultant, I need to hire a social media consultant,
22 which I have all teed up and ready to go, but I don't
23 have any campaign funds left to hire them.
24     Q   So in hiring let's say a campaign consultant.
25 Okay?  Just to focus on one of the things you said you

**Page 27**

1  person understand how politics work in Austin, so I'm
2  going to say yes, that one person would work for either
3  race.
4      Q   But before that you said it possibly could
5  make a difference, and that's what I was asking about,
6  what -- how would it make a difference.
7      A   Well, I'd like to retract that, then, because
8  I -- now that I'm being asked the question and having
9  thought about it, that the person that I would choose
10 would be good in either race.
11     Q   Okay.  And is it fair to say that harm that
12 you're describing, again, it's kind of, you know,
13 several things in the answer, but basically it boils
14 down to not being able to gather the funds so that you
15 can spend them to put together a campaign that gets
16 people hired and gets the message out?
17     A   Gets hired, gets the message out, and, and so
18 that I'm able to run as a candidate.  I'm not -- I
19 don't want to just share my message with the neighbors.
20 I need to raise money to run a campaign to win the
21 mayor's office, and that's going to take, I've heard,
22 over a million dollars to do, and it takes time to
23 raise a million dollars.
24     Q   Right.  And it takes time for anyone running
25 for that office to raise a million, correct?

**Page 26**

1  can't do --
2      A   Mm-hm.
3      Q   -- unless you can raise the money.  How do
4  you choose a campaign consultant?
5      A   You hopefully --
6      Q   How do you choose?
7      A   How do I choose?
8      Q   Yeah.
9      A   Somebody that I can work well with who has
10 a -- is a like-minded person who wants to -- who's
11 behind the things that we stand for in our campaign,
12 somebody who can get the job done, who's had
13 experience, that kind of thing.
14     Q   And would the kind of campaign consultant you
15 would choose to hire differ depending on whether you're
16 running for mayor or for city council, a city council
17 district?
18     A   Possibly.
19     Q   In what way?
20     A   I'm not really that sure, because I'm not
21 that experienced of a candidate, but I have a couple
22 people in mind, and I, and I actually think that they
23 would be great either way.
24     Q   Well, I thought you said --
25     A   I think, I think it's most important that the

**Page 28**

1      A   Mm-hm.  Yes.
2      Q   Do you have an understanding about whether
3  political action committees -- under the city ordinance
4  and city charter whether political action committees
5  that are going to end up supporting your candidacy or
6  opposing your opponents can raise funds outside the
7  fundraising window?
8      A   I, I believe they can.
9      Q   And have -- are you aware of any PACs at this
10 point that you expect to support your candidacy or
11 oppose the candidacy of any of your opponents?
12     A   I'm not aware.
13     Q   Can you think of -- you described in
14 answering my question the harm that you see from the
15 temporal restriction of you right now.  Let me just
16 give you a chance to say:  Can you think of any other
17 harm to you from that?
18     A   Harm to me?
19     Q   From the ones you've already testified to
20 just a few minutes ago.
21     A   I think that it's a harm to me as it would be
22 to any candidate who's running against an incumbent,
23 especially in the city of Austin, to be arbitrarily
24 restricted to fundraise one year out from an election
25 versus all four years that the incumbents get to do

GIVENS COURT REPORTING
6549 Fair Valley Trail, Austin, Texas 78749    (512) 301-7088    sgivens@austin.rr.com

Page 29

```
 1  with a fully paid staff, unearned media, their mailing
 2  lists of 250,000 people.  Yeah.  I'm being harmed.
 3  It's not, it's not a fair fight.  I mean, it's very
 4  disadvantageous to challengers in the city of Austin
 5  against incumbents.
 6      Q    But you don't know if you're going to run for
 7  city council.
 8      A    That's true.
 9      Q    So let's assume you don't.
10      A    Mm-hm.
11      Q    How are you harmed in that regard?
12      A    We don't -- how do I think that -- hm.  I, I
13  think that everyone's harmed.  I think the City --
14      Q    I'm asking how you're harmed.  I'm not --
15      A    Okay.  I'm --
16      Q    I don't care about how everyone else --
17      A    Okay.
18      Q    -- is harmed.
19      A    I'll tell you.  I am a voter in the city of
20  Austin, and I'm being harmed when there are challengers
21  out there, potential candidates who might represent my
22  voice, I'm being harmed because they can't raise money
23  to run as a candidate.  They might be somebody I want
24  to vote for, and I don't even know they exist because
25  they don't even have money to get their message out.
```

Page 30

```
 1      Q    Okay.  Let's talk about you as a candidate.
 2      A    Mm-hm.
 3      Q    How are you harmed?
 4      A    I'm --
 5      Q    Assuming you aren't running --
 6      A    I'm, I'm --
 7      Q    -- in this --
 8      A    -- harmed --
 9      Q    Wait.  Let me finish the question.  Assuming
10  you aren't running against an incumbent for whatever
11  office you run in, how are you as a candidate harmed by
12  that fundraising limit beyond what you've already said?
13      A    I don't know if I need to reiterate the part
14  about where I have -- the momentum I had coming out of
15  that runoff, I am completely handcuffed and, and
16  completely silenced by the fact that I have to spend
17  one year from that runoff on December 15th to start
18  raising money again and continue my campaign.
19      Q    Okay.
20      A    I'm severely harmed by that.  I'm going to
21  have to start all over again on November 8th.
22      Q    And how will you know how big the harm is if
23  you don't get the restriction lifted?
24      A    How would anybody know that?
25      Q    Well, do you have any conception of how?
```

Page 31

```
 1      A    I could, I guess I could go back and look at
 2  my radio ads and see how much money I generated every
 3  time I ran a radio ad, because when I ran a radio ad
 4  they would pay for themselves probably three or four
 5  times over.  So I mean, there's a way, probably, to
 6  quantify how I'm being harmed.  I don't have those
 7  numbers in front of me, but I think they're
 8  significant.  Thousands and thousands of dollars.
 9      Q    Okay.  So the quantification is in terms of
10  how much money you raised, correct?
11      A    Yes.
12      Q    Okay.
13      A    I mean, that would be the only thing I would
14  have to base it on.
15      Q    And do you think the prime factor in your
16  being able to run a credible campaign is the ability to
17  raise money now instead of starting -- waiting until
18  November 8th of 2021?
19      A    I sure do.  I think that right now what -- to
20  prove my viability as a mayoral candidate, the faster
21  and more money I can raise the sooner, just causes
22  normal people to develop enthusiasm, jump onboard, and
23  believe that we can take it all the way to the finish
24  line.  I think, yeah, the momentum I had could have
25  been parlayed right into an amazing campaign where it
```

Page 32

```
 1  might have even benefited the City of Austin where more
 2  people might actually show up and vote.
 3      Q    So why are you bothering to run since you
 4  lost that momentum?
 5      A    Because I care about the City of Austin.
 6      Q    But you obviously think that losing that
 7  momentum did not ruin your candidacy, correct?
 8      A    I don't think it helped my candidacy.
 9      Q    Did it ruin it?
10      A    Well, "ruin" is a pretty strong word.  It --
11      Q    Did it harm it?
12      A    -- hindered it.
13      Q    Did it harm it?
14      A    It -- yeah.  I believe it harmed it.  I
15  believe that I have been harmed as a candidate by this
16  fundraising window.
17      Q    But not sufficiently to keep you from being a
18  viable candidate, correct?
19           MR. NAJVAR:  I'm going to, I'm
20  going to object to the extent it calls for a legal
21  conclusion.
22           MR. HICKS:  Okay.
23           MR. NAJVAR:  And you can, you can
24  answer.
25      A    I'm sorry.  Repeat that?
```

8 (Pages 29 to 32)

**Page 33**

```
1              MR. HICKS:  Do you mind reading
2    that one back?
3              (The referenced question was read
4    back by the court reporter.)
5         A    No.  Not sufficiently to keep me from being a
6    viable candidate.
7         Q    And how do you test, just sitting here right
8    knew, whether you're a viable candidate for mayor?
9         A    How do I test it?
10        Q    For yourself.
11        A    I feel like, just based on contacts I get
12   from supporters of the previous campaign, that the
13   platform we had then that was so successful those
14   issues are still on the table, still on the forefront,
15   still as important to everyone as they were before.
16   Because as you can see out front here, nothing's been
17   solved yet in that regard, regarding the homeless
18   crisis.  The police are still terribly underfunded and
19   struggling for support from the city council here in
20   Austin.
21             Those are two things that are -- have
22   amazing bipartisan support in this town, and I just
23   feel like the platform we have still speaks to
24   everyone.  And I'm still getting calls and emails, and
25   people are excited about having a voice like mine on
```

**Page 34**

```
1    the dais.
2         Q    So you aren't completely silenced in your
3    campaign, correct?
4         A    I am not nearly as widely heard --
5         Q    My --
6         A    -- as I am.
7         Q    That's not my question.
8         A    Completely to zero?  No.
9         Q    Earlier you had said you were completely
10   silenced, and I'm just asking you, you aren't
11   completely silenced, are you?
12        A    In a meaningful way I am.  I don't have a
13   broad reach with my social media the way that currently
14   everyone sitting on the city council and the mayor's
15   office do.
16        Q    Yeah.  But you aren't completely silenced.
17        A    I am not completely down to zero silenced.
18             MR. HICKS:  Let's -- can we take
19   a short -- we don't have to take a break, like go
20   have -- can we go off the record briefly?  I want to
21   check how much time I've used of the hour and then
22   think about what else I'm going to ask.  Is that okay
23   with everybody?
24             MR. NAJVAR:  That's fine.
25             (At 1:43 p.m. the proceedings went
```

**Page 35**

```
1    momentarily off the record, continuing at 1:44 p.m.)
2         Q    (By Mr. Hicks)  Actually, one thing I
3    just -- it's a minor clarification I'm trying to get.
4    So in one of your -- one of the filings in the case,
5    it's Document 17, I can't remember what it is.  You
6    have an attachment to your email of, Ms. Virden, to the
7    city clerk saying, "Here's my amended form."
8         A    Mm-hm.
9         Q    Do you recall that?
10        A    Yes.
11        Q    And you sent the email, and I'm just -- you
12   sent it on May 6th --
13        A    Mm-hm.
14        Q    -- 6 o'clock p.m., is what your email
15   attachment shows.
16        A    Yes.
17        Q    And I can show this to you.  I don't mind
18   showing it to you.  And you said --
19        A    I've got it.  I've got --
20        Q    You say to the city clerk, "Please confirm
21   your receipt.  Let me know if this is all you need, and
22   let me know if it needs to be eFiled."
23        A    Yes.
24        Q    You can see that.  So I noticed in one of
25   those exhibits in front of you --
```

**Page 36**

```
1         A    Yes.
2         Q    -- I can't remember which one --
3         A    Uh-huh.
4         Q    -- it --
5         A    This one maybe?
6         Q    Let me just make sure so we're clear.
7         A    Oh, this one maybe.  I think that one
8    probably.
9         Q    Let's see.  This is the -- yeah.  This one,
10   yeah, Deposition Exhibit 2.  Do you see the file-stamp
11   up there in the right-hand corner?
12        A    Yes, I do.
13        Q    That says "Received"?
14        A    Yes.
15        Q    It looks like the city clerk received it on
16   the 10th of May?
17        A    Uh-huh.  Yes.
18        Q    Do you know what happened between May 6th and
19   May 10th?
20        A    No.  I do not, and I was really con- we were
21   watching that, and I don't know what took the city
22   clerk's office four days to post this.
23        Q    So you had asked, Hey, let me know if I need
24   to do anything else --
25        A    Mm-hm.
```

GIVENS COURT REPORTING
6549 Fair Valley Trail, Austin, Texas 78749    (512) 301-7088    sgivens@austin.rr.com

**Page 37**

1    Q   -- in essence, right?

2    A   Mm-hm.

3    Q   The thing you just went over.

4    A   Yes.

5    Q   And you never heard anything back, right?

6    A   No.  I, I don't -- yeah.  I did, actually.  I

7    think I got an email back saying, We received it, I

8    think.

9    Q   But you never heard somebody say, Well, you

10   need to do this, this, and this differently or

11   anything?

12   A   No.  She said, You don't need to -- I can't

13   remember for sure, but I believe the email reply said

14   that I don't need to do anything differently, that

15   they'd received this.

16   Q   Okay.  I was just curious.  Okay.  So do you

17   understand what a bundler is?

18   A   Yes.

19   Q   What is a bundler?

20   A   A bundler is a --

21   Q   In your understanding.

22   A   My understanding, which again, I am a

23   relatively new candidate, but I had one bundler during

24   my campaign, and it's a person who --

25   Q   During the District 10 campaign, right?

**Page 38**

1    A   In my District 10 campaign.  It's a person

2    who receives campaign contributions on my half, I guess

3    like separate checks, and then they submit them all to

4    the -- to me in one envelope or whatever.

5    Q   Right.  They bundle them.  It's --

6    A   Yeah.  They bundle them.

7    Q   -- kind of, yeah, it's kind of obvious when

8    you talk through it.

9        And you said you had one bundler in your

10   campaign finance report.  That's what I'm looking at

11   here.

12   A   Mm-hm.  Yes.

13   Q   Winston Smith.

14   A   Yes.

15   Q   Do you -- who is Winston Smith?

16   A   He's a gentleman that contacted me --

17   Q   Did you know him beforehand?

18   A   I did not know him before.

19   Q   And he contacted you, you said?  I'm sorry to

20   interrupt.

21   A   He called me and he said he supported my

22   campaign and wanted to meet me, and --

23   Q   And at some point --

24   A   -- so I did.

25   Q   Sorry.

**Page 39**

1    A   So I did.  So I met him.

2    Q   And so at some point he gathered together

3    checks from some people I suppose that he knew or had

4    contact with, put them together, and gave them to

5    you --

6    A   Yes.

7    Q   -- as the bundled contribution, correct?

8    A   That's my understanding of what happened.

9    Yes.

10   Q   Okay.  Do you recall when that bundled set of

11   checks was delivered?

12   A   I do not.

13   Q   I don't know if it's a problem with forms or

14   what.  I couldn't find a date on it for me to

15   (inaudible) --

16   A   Do you want to -- I, I might be able to see

17   it.

18   Q   Oh, sure.  Let me just for the record

19   represent this is from Attachment C to the city clerk's

20   declaration that she submitted yesterday as part of the

21   corrected 12/8/20 report.

22   A   So you just want to know what day that the

23   bundling --

24   Q   I just was curious --

25   A   -- the bundled check was received?

**Page 40**

1    Q   -- because there's no date on that that I can

2    see.  It may --

3    A   So they -- so in the report, the filing, you

4    do this, but then it's also reflected elsewhere in the

5    report. So it may be that the date information is in

6    the other place in the report.  That's my recollection.

7    I don't see the dates either, just like you don't.

8    Q   Okay.  That's all I have on that.  I'm close

9    to finishing.  In fact, I may be finished.  Just a

10   second.

11       Your current view, as you said toward

12   the beginning of the deposition, is that you're running

13   for mayor but you haven't foreclosed that you may

14   change your mind and run for one of the city council

15   seats that you end up in on the redistricting.  Is that

16   a fair shorthand version of what you said?

17   A   With one addition.  I do not intend to change

18   it to a council seat even if it becomes available.

19   It's an option, but I am -- just, just because a

20   district seat might become available does not mean I'm

21   going to change it to run for the district -- or the

22   council seat.  I right now am 100 percent committed to

23   running for the mayor's seat.

24   Q   Okay.  And how will it be made known by you

25   when and if you decided to instead run for a council

GIVENS COURT REPORTING

6549 Fair Valley Trail, Austin, Texas 78749   (512) 301-7088   sgivens@austin.rr.com

Page 41

```
 1   seat?
 2       A    I will announce it if I made that decision.
 3       Q    And how will you announce it?
 4       A    Well, I would -- depending on if I have money
 5   or not, if I'm able to raise campaign funds.  If I'm
 6   able to raise campaign funds, I might announce it on
 7   the radio.  If I can't announce it on the radio because
 8   I don't have any money, then I'll announce it on my
 9   Facebook page, my campaign Facebook page, my personal
10   Facebook page, my Twitter account, maybe in a Constant
11   Contact email blast.  That's how I keep my supporters
12   informed.
13       Q    How many people are on the blast, the
14   Constant Contact blast?
15       A    I do not know exactly.  I think around 2,500.
16       Q    And you're able to maintain that going right
17   now, right?
18       A    It's, like, $79 a month, and I have a few
19   hundred dollars left, that and my post office box.
20       Q    By 79 -- you said how much money?
21       A    It's about $79 a month --
22       Q    You said something about --
23       A    -- for Constant Contact.
24       Q    Sorry.  You said how much money you had left,
25   I didn't catch that.
```

Page 42

```
 1       A    I could look.
 2       Q    I don't need an exact amount.  I'm just
 3   trying to --
 4       A    It's a few hundred dollars.
 5       Q    And you meant by "left" you mean from the,
 6   from the former campaign?
 7       A    Correct.
 8       Q    From the contributions --
 9       A    Correct.
10       Q    -- that you've got left over from the former
11   campaign.
12       A    Correct.
13       Q    And let's say those run out.  You, you still
14   could fund the Constant Contact, it would just be out
15   of your own funds, correct?
16       A    I would probably be willing to do that.  Yes.
17       Q    I'm not saying whether you would, but you
18   could if you --
19       A    Oh, I could.  Yeah.
20       Q    Assuming you have the money.
21       A    I could.
22       Q    Yes.  What, what is sent out through this?
23       A    I'm sorry?
24       Q    What is sent out through the Constant Contact
25   blast?
```

Page 43

```
 1       A    Well, for example, when we had the May 1st
 2   ballot initiatives, the propositions, I sent out my
 3   recommendations on how I would vote for each one of the
 4   propositions.  That kind of thing.  Or if there's
 5   another like-minded candidate out there running, we
 6   might support that like-minded candidate.  Like, Jen
 7   Stevens, she was running for Eanes ISD, so we sent out
 8   an email support for her.  It's just whatever we feel
 9   like the supporters might want to hear from me about.
10       Q    And you said about 2,500 people?
11       A    Mm-hm.  Yes.
12       Q    And have you sent out a blast saying you're
13   running for mayor?
14       A    Yes.  I believe so.  Maybe not on Constant
15   Contact.  I could -- honestly, I believe we have.  Yes.
16       Q    When did you send that out?
17       A    I can't recall exactly when that was.
18       Q    Do you recall roughly?
19       A    Oh, five or six weeks ago.
20       Q    And how do people get to be on the list to
21   receive this blast?
22       A    During the campaign for District 10 it was a
23   lot easier to get people to -- they were going to the
24   website on their own.  So I have a website where they
25   can subscribe to the email list.
```

Page 44

```
 1       Q    A campaign website.
 2       A    Yes.
 3       Q    Okay.  Go ahead.  Sorry.
 4       A    Now it's a little bit trickier to get
 5   people directed to the website, because I used to do
 6   it via radio ads.  We would finish our radio ads
 7   during the campaign with, you know, Please go to
 8   JenniferforAustin.com to subscribe to the email list,
 9   but more importantly, to donate.
10            So I can't do that anymore, so -- I would
11   would direct people to the website from the radio ads.
12   Right now I do it just with miscellaneous posts and
13   tweets whenever I feel it makes sense.
14       Q    And do people have to affirmatively say, I
15   want to be on the blast list for Constant Contact, or
16   how do they end up on the list?
17       A    Well, I believe that the website just asks
18   them if they want to subscribe to the, to the
19   newsletters.  I don't understand the question so much.
20   I, I think --
21       Q    How does someone --
22       A    -- I think they, they voluntarily subscribe.
23   They fill in their information, their name, address,
24   and check "Subscribe."
25       Q    Okay.  That's to the newsletter, right?  I'm,
```

11 (Pages 41 to 44)

1    I'm a little confused about --
2        A    Or maybe it's just our email list.  I, I
3    don't know if it's only for the newsletter, but it's
4    probably our email list, and then we use our email list
5    for the newsletters.
6        Q    Okay.  But do you have an understanding about
7    whether people that visit your website are
8    automatically added to the email list or not?  Do you?
9        A    I don't believe they're automatically added.
10   I think they have to input their information.
11       Q    And you mentioned Twitter as a way to get
12   your, your message out some, right?  How, how, how do
13   you -- how does that work, and can you tell how
14   many -- terrible set of questions.
15            Can you tell how many people view your
16   tweets with respect to campaign matters?
17       A    With respect to?
18       Q    Campaign matters, your candidacy.
19       A    There is a, a, an icon you can click onto to
20   see the tweet activity, you know, how many impressions
21   you make or how many profile clicks or how many times
22   somebody has clicked on a hashtag.  I mean, they, they
23   do give you some statistics.
24       Q    And have you done that?
25       A    Yeah.

Page 45

1    change if you're running, if you end up running against
2    an incumbent or a nonincumbent?
3        A    The, the necessity to build the campaign
4    account and -- it matters no matter which office you're
5    running for.  It's important to, in my opinion, to
6    build the campaign account for use now and for when
7    it's closer to election day when it, when it really
8    gets down to the nitty-gritty.
9        Q    Okay.  And you, and you described a few
10   things that Mr. Hicks asked you what you used your
11   Constant Contact account for, and you described a few
12   things.
13            Let's say we were able to get an
14   injunction in this case and you were able to fundraise
15   after that.  Would, would fundraising for your campaign
16   presently be one of the things that you want to use the
17   Constant Contact list for?
18       A    Yes.  I would immediately send out a Constant
19   Contact and announce to God and everybody that we are
20   now able to receive campaign contributions and get
21   serious.
22            MR. NAJVAR:  Pass the witness.
23            FURTHER EXAMINATION
24   BY MR. HICKS:
25       Q    On that latter question, so let's assume the

Page 47

1        Q    And, and so --
2        A    Yes.
3        Q    -- how many, how many people?
4        A    It varies.  It can go from 3,500 to 1,500.
5    It's all over the place, depending on the interest
6    level of the tweet and the time of day.  I mean, some
7    things are more interesting to people than others, and
8    that's how you learn it.  Sometimes it's only 22.  It
9    really varies amazingly.
10            MR. HICKS:  I pass the witness.
11   Thank you.
12            EXAMINATION
13   BY MR. NAJVAR:
14       Q    Ms. Virden, I just have a couple of questions
15   to follow up.  Mr. Hicks was asking you about the
16   burden that you, that you, you know, perceive or
17   experience from this inability to raise money
18   immediately, and you had described a couple things.
19   You described a lack of momentum or that you felt like
20   you had a momentum coming out of the last campaign for
21   District 10, and you wanted, I think you said you
22   wanted to keep that up.  And you also said you wanted
23   to, you know, speak about issues and build your
24   campaign account for mayor.
25            Is all of that -- does any of that

Page 46

1    current ban is lifted, just to make up a time, July
2    1st.  The judge in the case says, I'm going to grant a
3    preliminary injunction, that the stay, that we don't
4    see the stay for (inaudible) entertain one.  Just kind
5    of assume it's lifted judicially.  What will you do?
6        A    What will I do?  With the money?
7        Q    No.  What will you do to get the money?
8        A    Oh.  I'll immediately start asking all of my
9    supporters to start hosting fundraising events, I'll
10   get started on Constant Contact, Twitter, my campaign
11   Facebook, my personal Facebook, and just say, you know,
12   We are up and running, let's -- the sooner we can start
13   generating enough money, then we'll start doing the
14   radio ads and we'll start putting our voice out there
15   for every single issue that comes across the dais and
16   try to slow this runaway train that we call our Austin
17   City Council.
18       Q    So isn't it too late to do that?
19       A    Too late to do what?
20       Q    To get that kind of campaign moving and
21   fundraising activity to do it.
22       A    It's got to start somewhere.  I assume you're
23   talking about the fact that I've claimed that we've
24   been completely halted, the momentum?
25       Q    No.  I just mean come July 1st you haven't

Page 48

12 (Pages 45 to 48)

**Page 49**

```
 1   been able -- you're arguing that it's not fair -- this
 2   is not a fair characterization, I think.
 3             You've been arguing that you're harmed
 4   by the code's provision about not being able to
 5   fundraise, and I'm just asking come July 1st if you
 6   could start it up, why aren't you harmed so badly it's
 7   too late?
 8        A    Because I could have done so much more if I'd
 9   been able to start fundraising right out December 15th.
10   That means I've gone from December to July without
11   being able to fundraise.
12        Q    Right, but --
13        A    And spend money and influence everything
14   that's coming across the dais.
15        Q    But you still think that July, come July 1st
16   if you could start up -- and we're just making that
17   date up for purposes of the discussion.  You still
18   think that by July 1st you can get things moving and
19   get the job done in your candidacy the way you want to
20   get it done, right?
21        A    I have been harmed because I haven't --
22        Q    I'm not asking that question.  I'm asking
23   about July 1st.  You think you can get moving at that
24   point, correct, in a way that keeps your candidacy
25   moving forward?  Answer that question first.  You
```

**Page 50**

```
 1   can talk --
 2        A    But not as I well as I could have if I'd been
 3   able to start --
 4        Q    So the answer --
 5        A    -- on December 16th.
 6        Q    -- is yes, correct?  You said --
 7        A    I -- not as well -- my answer is, not as
 8   well as I could have if I'd been able to maintain
 9   that -- take that momentum from December 15th and go
10   on.  Now I've --
11        Q    That's not my question.
12        A    -- I've not been able to raise money --
13        Q    Yeah.  That's --
14        A    -- since December 15th to your hypothetical
15   July whatever date.
16        Q    1st.
17             MR. HICKS:  But objection,
18   nonresponsive.
19        Q    My question was, come July 1st -- I want you
20   to answer the question I asked.  You can, you can
21   pontificate about other stuff, but I want you to answer
22   the question I asked.
23             Come July 1st do you think it would be
24   sufficient for you to get your campaign going in order
25   to run a viable campaign for mayor if, if the
```

**Page 51**

```
 1   restriction is lifted?  Do you think that or not?
 2        A    I believe so.  Yes.
 3        Q    Okay.
 4             MR. HICKS:  I have no further
 5   questions.
 6             MR. NAJVAR:  That's it.
 7             (At 2:01 p.m. the proceedings
 8   adjourned.)
```

**Page 52**

```
 1                 CHANGES AND SIGNATURE
 2                   JENNIFER VIRDEN
 3                    June 16, 2021
 4   PAGE   LINE   CHANGE                 REASON
 5   _____
 6   _____
 7   _____
 8   _____
 9   _____
10   _____
11   _____
12   _____
13   _____
14   _____
15   _____
16   _____
17   _____
18   _____
19   _____
20   _____
21   _____
22   _____
23   _____
24   _____
25   _____
```

13 (Pages 49 to 52)

**Page 53**

ACKNOWLEDGMENT OF DEPONENT

I, JENNIFER VIRDEN, do hereby certify that I have read the foregoing pages and that the same is a correct transcription of the answers given by me to the questions therein propounded, except for the corrections or changes in form or substance, if any, noted in the attached Changes and Signature Page (Errata).

JENNIFER VIRDEN

DATE

**Page 54**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

JENNIFER VIRDEN,           §
                           §
     Plaintiff,            §
                           § CIVIL ACTION NO.
v.                         §
                           § 1:21-CV-271-RP
THE CITY OF AUSTIN,        §
                           §
     Defendant.            §

REPORTER'S CERTIFICATION OF THE
ORAL DEPOSITION OF JENNIFER VIRDEN
June 16, 2021

I, Sandra S. Givens, Certified Shorthand Reporter in and for the State of Texas, hereby certify to the following:

That the witness, JENNIFER VIRDEN, was duly sworn by the officer and that the transcript of the oral deposition is a true record of the testimony given by the witness;

That the original deposition transcript was submitted to: JENNIFER VIRDEN;

That a copy of this certificate was served on all parties and/or the witness shown herein on June 7, 2021.

I further certify that pursuant to FRCP Rule 30(f)(1) that the signature of the deponent was

**Page 55**

requested by the deponent, and that the signature is to be returned within 3 days from the date of receipt of the transcript.  If returned, the attached Changes and Signature Page contains any changes and the reasons therefor;

That $510.80 is the deposition officer's charges to the City of Austin for preparing the original deposition transcript, expedite fees, and any copies of exhibits;

That the amount of time used by each party at the deposition is as follows:

Renea Hicks - 50 minutes
Jerad Najvar - 2 minutes

That pursuant to information given to the deposition officer at the time said testimony was taken, the following includes counsel for all parties of record:

Renea Hicks - Attorney for Defendant
Jerad Najvar - Attorney for Plaintiff

I further certify that I am neither counsel for, related to, nor employed by any of the parties or attorneys in the action in which this proceeding was taken, and further, that I am not financially or otherwise interested in the outcome of the action.

**Page 56**

Certified to by me this 18th day of June 2021.

GIVENS COURT REPORTING
6549 Fair Valley Trail
Austin, Texas 78749
(512) 301-7088

SANDRA S. GIVENS, CSR
Certification No. 5000
# sg-1876      Certificate Expires 1/1/22

GIVENS COURT REPORTING
6549 Fair Valley Trail, Austin, Texas 78749    (512) 301-7088    sgivens@austin.rr.com

**A**

**ability** 31:16
**able** 6:12 24:22
  27:14,18 31:16
  39:16 41:5,6
  41:16 47:13,14
  47:20 49:1,4,9
  49:11 50:3,8
  50:12
**accept** 19:1
**account** 4:21
  12:8 41:10
  46:24 47:4,6
  47:11
**ACKNOWLE...**
  53:1
**action** 1:5 28:3,4
  54:5 55:22,24
**activity** 45:20
  48:21
**ad** 31:3,3
**added** 45:8,9
**addition** 40:17
**address** 44:23
**adjoining** 8:9
**adjourned** 51:8
**Adler** 10:14
**ads** 25:19 31:2
  44:6,6,11
  48:14
**advises** 17:20
**affirmatively**
  44:14
**afternoon** 19:14
**ago** 13:7 28:20
  43:19
**ahead** 15:4 44:3
**allegations**
  24:10
**allowable** 16:14
**amazing** 31:25
  33:22
**amazingly** 46:9
**amend** 17:14,18
  17:20
**amended** 11:25
  14:1 15:15

35:7
**amendment**
  3:16,19 11:25
  13:20
**amount** 42:2
  55:10
**and/or** 54:22
**announce** 12:16
  41:2,3,6,7,8
  47:19
**announced** 22:7
**answer** 5:14,15
  14:13 16:14
  19:22 23:4
  27:13 32:24
  49:25 50:4,7
  50:20,21
**answered** 13:2
**answering** 28:14
**answers** 53:5
**anticipate** 4:17
**anybody** 21:1
  30:24
**anymore** 16:1
  44:10
**anyway** 4:22
**apparently**
  25:16
**appear** 7:23
**Appearances**
  3:3
**appears** 7:15
**appoint** 18:7
**appointment**
  3:16,19 11:25
  12:3 13:21
  15:16 17:19
  18:10,11 22:10
**Approximately**
  4:16 20:13
**approximation**
  7:24 11:16
**arbitrarily**
  28:23
**arguing** 49:1,3
**arrow** 7:16
**asked** 5:3 13:2

27:8 36:23
  47:10 50:20,22
**asking** 13:3
  19:25 24:16
  27:5 29:14
  34:10 46:15
  48:8 49:5,22
  49:22
**asks** 44:17
**assume** 29:9
  47:25 48:5,22
**Assuming** 30:5
  30:9 42:20
**attached** 15:12
  15:13 53:8
  55:3
**attachment**
  19:15,15 35:6
  35:15 39:19
**Attorney** 55:18
  55:18
**attorneys** 55:22
**August** 18:12,13
  18:24 20:8,9
  20:22 21:17,17
  22:8
**Austin** 1:2,6,21
  1:22 2:4,11,14
  2:15 3:15,19
  4:8,10 6:13
  23:8 25:5,10
  25:14,18 27:1
  28:23 29:4,20
  32:1,5 33:20
  48:16 54:2,6
  55:7 56:3
**austin@najva...**
  2:7
**automatically**
  45:8,9
**available** 40:18
  40:20
**aware** 28:9,12

**B**

**B** 3:11
**back** 18:11 31:1
  33:2,4 37:5,7

**badly** 49:6
**ballot** 8:14,21,22
  9:2,15 43:2
**ban** 22:23 48:1
**base** 31:14
**based** 33:11
**basically** 27:13
**beginning** 13:7
  40:12
**believe** 10:5,6
  13:25 21:10
  28:8 31:23
  32:14,15 37:13
  43:14,15 44:17
  45:9 51:2
**benefited** 32:1
**best** 6:15 24:20
**Betty** 21:13
**beyond** 30:12
**big** 30:22
**bipartisan** 33:22
**bit** 22:19 24:10
  44:4
**blast** 41:11,13
  41:14 42:25
  43:12,21 44:15
**boils** 27:13
**bothering** 32:3
**box** 2:11 14:6
  15:1,2 16:15
  41:19
**break** 34:19
**briefly** 34:20
**broad** 34:13
**buckle** 22:21
**build** 46:23 47:3
  47:6
**bundle** 38:5,6
**bundled** 39:7,10
  39:25
**bundler** 37:17
  37:19,20,23
  38:9
**bundling** 39:23
**burden** 46:16
**business** 22:18

**C**

**C** 2:1 39:19
**call** 4:11 19:10
  19:16,24 48:16
**called** 38:21
**calling** 18:5
**calls** 32:20 33:24
**campaign** 3:16
  3:19 11:20
  12:5 13:21
  17:16,18 18:11
  19:1,2 20:6,10
  20:11 21:3
  23:14,20,21,25
  25:20,23,24
  26:4,11,14
  27:15,20 30:18
  31:16,25 33:12
  34:3 37:24,25
  38:1,2,10,22
  41:5,6,9 42:6
  42:11 43:22
  44:1,7 45:16
  45:18 46:20,24
  47:3,6,15,20
  48:10,20 50:24
  50:25
**camping** 22:23
**candidacy** 28:5
  28:10,11 32:7
  32:8 45:18
  49:19,24
**candidate** 3:17
  3:19 26:21
  27:18 28:22
  29:23 30:1,11
  31:20 32:15,18
  33:6,8 37:23
  43:5,6
**candidates**
  29:21
**care** 29:16 32:5
**Carol** 2:13
  19:16
**carol.smith@...**
  2:16
**case** 24:17 35:4
  47:14 48:2

catch 41:25
cause 1:17
caused 25:1
causes 31:21
certificate 54:21
  56:8
Certification 3:9
  54:9 56:7
Certified 54:12
  56:1
certify 53:3
  54:13,24 55:20
challengers 29:4
  29:20
challenging
  24:12
chance 28:16
change 5:7,24
  6:16,17,24 8:5
  17:6 24:18
  40:14,17,21
  47:1 52:4
changed 5:25
changes 3:8 6:17
  52:1 53:7,8
  55:3,4
characterizati...
  49:2
charges 55:6
charter 28:4
check 14:6 15:1
  15:2 21:11
  34:21 39:25
  44:24
checked 4:20
checks 38:3 39:3
  39:11
choice 14:21
choose 26:4,6,7
  26:15 27:9
chose 12:15
circumstances
  5:24 6:4,16,23
  8:5
city 1:6,21 2:14
  3:15,15,20 4:9
  4:25 5:4,17,18

6:1,18,20,25
  7:1,12 8:1 11:8
  16:12 22:13
  23:2,8 24:12
  25:6,10,14,18
  26:16,16 28:3
  28:4,23 29:4,7
  29:13,19 32:1
  32:5 33:19
  34:14 35:7,20
  36:15,21 39:19
  40:14 48:17
  54:6 55:7
Civil 1:5,23 54:5
claimed 48:23
clarification
  35:3
clear 11:10 36:6
clerk 35:7,20
  36:15
clerk's 36:22
  39:19
click 45:19
clicked 45:22
clicks 45:21
close 7:24 40:8
closely 22:22
closer 47:7
closest 8:8,10
  9:4,13
code's 49:4
colored 7:11
come 48:25 49:5
  49:15 50:19,23
comes 5:1,7 6:2
  48:15
coming 21:4
  24:25 30:14
  46:20 49:14
commit 13:10
committed
  40:22
committees 28:3
  28:4
completely
  30:15,16 34:2
  34:8,9,11,16

34:17 48:24
con- 36:20
conception
  30:25
conclusion
  32:21
confirm 35:20
confused 45:1
consecutive
  10:17
consider 23:19
considering
  16:22,22,23
  17:5
Constant 41:10
  41:14,23 42:14
  42:24 43:14
  44:15 47:11,17
  47:18 48:10
consultant 25:21
  25:21,24 26:4
  26:14
contact 39:4
  41:11,14,23
  42:14,24 43:15
  44:15 47:11,17
  47:19 48:10
contacted 38:16
  38:19
contacts 33:11
contains 55:4
continue 10:22
  11:2 25:4,13
  30:18
continuing 35:1
contribu- 23:20
contribution
  20:21 39:7
contributions
  3:21 19:2
  20:25 21:4,15
  21:17 38:2
  42:8 47:20
copied 12:24
copies 15:6,7
  55:8
copy 15:10

54:21
corner 36:11
correct 16:24
  17:23 19:2
  20:12 22:11
  27:25 31:10
  32:7,18 34:3
  39:7 42:7,9,12
  42:15 49:24
  50:6 53:4
corrected 21:18
  39:21
corrections 53:7
council 3:15,17
  3:20 4:25 5:4,7
  5:17,19 6:1,18
  6:20,25 7:1,12
  8:1 15:24,25
  16:4,12 17:10
  22:13 23:2
  25:6,15 26:16
  26:16 29:7
  33:19 34:14
  40:14,18,22,25
  48:17
counsel 55:16,20
couple 26:21
  46:14,18
court 1:1 33:4
  54:1 56:2
credible 31:16
crisis 22:3 33:18
CSR 1:19 56:7
curiosity 23:7
curious 37:16
  39:24
current 7:12
  8:11 40:11
  48:1
currently 8:12
  25:5 34:13

————————
        D
————————
D 3:1
dais 34:1 48:15
  49:14
date 11:15 18:23
  20:13,19,21

21:15 39:14
  40:1,5 49:17
  50:15 53:15
  55:2
dates 13:12 40:7
David 15:17
day 1:18 22:6,8
  39:22 46:6
  47:7 56:1
days 36:22 55:2
December 11:8
  11:9 30:17
  49:9,10 50:5,9
  50:14
decide 6:1,24
  8:3,4 11:5
  16:16 17:9
decided 4:23
  5:16,18,19
  6:18,25 11:7,7
  11:15 16:8
  22:5 40:25
decision 11:12
  11:13 41:2
decision-maki...
  11:2
declaration
  39:20
declarations
  24:17
declare 13:25
Defendant 1:7
  1:16 2:9 54:7
  55:18
defer 17:24
definitely 5:8,19
  5:23 6:2
defunding 22:4
delivered 39:11
Department
  2:14
depending 6:6
  7:2 8:4 26:15
  41:4 46:5
deponent 53:1
  54:25 55:1
deposition 1:10

1:15 7:8,8 15:5
18:6,8 19:7
36:10 40:12
54:10,17,19
55:6,8,11,15
**described** 28:13
46:18,19 47:9
47:11
**describing** 27:12
**description** 3:13
13:23
**designate** 18:25
**develop** 6:7
31:22
**developments**
22:14
**differ** 26:15
**difference** 6:13
27:5,6
**differently**
37:10,14
**direct** 44:11
**directed** 44:5
**directly** 12:24
**disadvantageo...**
29:4
**discussion** 49:17
**disseminate**
25:13,18
**district** 1:1,1
3:17,20 5:7 7:3
7:4,12,16 8:3,6
8:8,9,10,10,13
8:17,18,20,25
9:5,7,9,10,13
9:15,21,24
10:5 15:24,25
16:12 17:10
18:18,20 21:20
23:15,17 24:1
26:17 37:25
38:1 40:20,21
43:22 46:21
54:1,1
**districts** 3:15
8:6
**diversity** 25:14

**DIVISION** 1:2
54:2
**document** 14:17
14:20 35:5
**documents**
19:13
**doing** 12:18
48:13
**dollars** 27:22,23
31:8 41:19
42:4
**donate** 44:9
**Drive** 4:7,15
7:21
**due** 20:13
**duly** 1:16 4:2
54:15

─────────
**E**

**E** 2:1,1 3:1,11
**Eanes** 43:7
**Earlier** 34:9
**easier** 43:23
**effect** 11:1
**eFiled** 35:22
**either** 11:7
26:23 27:2,10
40:7
**elected** 10:16
21:23
**election** 4:18
28:24 47:7
**elective** 21:21
**email** 35:6,11,14
37:7,13 41:11
43:8,25 44:8
45:2,4,4,8
**emailed** 19:13
**emails** 33:24
**employed** 55:21
**entertain** 48:4
**enthusiasm**
31:22
**envelope** 38:4
**environment**
5:25 6:6,8,9,17
**Errata** 53:9
**especially** 28:23

**essence** 37:1
**estimate** 9:5,12
11:22
**evaluation** 10:21
**events** 48:9
**everybody** 34:23
47:19
**everyone's**
29:13
**exact** 11:14 42:2
**exactly** 10:24
41:15 43:17
**Examination**
3:6,6,7 4:3
46:12 47:23
**example** 43:1
**excerpt** 19:5
20:15
**excited** 33:25
**exhibit** 3:14,16
3:18,21 7:7,8,9
15:5,8 18:6,8,9
19:7,8 36:10
**exhibits** 3:4
35:25 55:9
**exist** 29:24
**expect** 28:10
**expedite** 55:8
**experience**
26:13 46:17
**experienced**
26:21
**Expires** 56:8
**explain** 20:23
**exploding** 22:3
**extent** 32:20
**extra** 15:6

─────────
**F**

**Facebook** 41:9,9
41:10 48:11,11
**fact** 30:16 40:9
48:23
**factor** 10:21
31:15
**fair** 24:4 27:11
29:3 40:16
49:1,2 56:3

**far** 9:4,12
**faster** 31:20
**February** 11:18
**Federal** 1:22
**feel** 5:25 6:11,14
33:11,23 43:8
44:13
**fees** 55:8
**felt** 24:5 46:19
**fight** 29:3
**file** 21:18 22:5
**file-** 10:7
**file-stamp** 36:10
**filed** 4:10 11:24
13:14,16 14:5
14:11 21:1
24:17
**filing** 17:14 20:6
20:6 40:3
**filings** 35:4
**fill** 44:23
**filling** 16:10
**finance** 20:10,12
38:10
**financially**
55:23
**find** 19:9,10,13
39:14
**fine** 34:24
**finish** 17:16
23:23 30:9
31:23 44:6
**finished** 40:9
**finishing** 40:9
**FIRM** 2:5
**first** 4:2 11:19
19:7,15 20:8
21:20,21 23:13
24:16 49:25
**five** 9:6 43:19
**floor** 1:21 2:15
**focus** 24:10,15
25:7,25
**follow** 22:20
23:10 46:15
**followed** 22:16
**following** 22:13

54:14 55:16
**follows** 4:2
55:11
**foreclosed** 40:13
**forefront** 33:14
**foregoing** 53:4
**form** 3:21 15:16
16:8 35:7 53:7
**former** 42:6,10
**forms** 39:13
**forward** 49:25
**four** 24:17 28:25
31:4 36:22
**FRCP** 54:24
**front** 20:1 31:7
33:16 35:25
**full** 4:5
**fully** 29:1
**fund** 42:14
**fundraise** 28:24
47:14 49:5,11
**fundraiser**
23:20 24:3
**fundraising**
4:11 24:6,13
24:22 28:7
30:12 32:16
47:15 48:9,21
49:9
**funds** 23:25 24:7
24:13,22 25:23
27:14 28:6
41:5,6 42:15
**further** 3:7
47:23 51:4
54:24 55:20,23
**future** 17:9

─────────
**G**

**gather** 27:14
**gathered** 39:2
**general** 7:11
**generated** 31:2
**generating**
48:13
**gentleman** 38:16
**getting** 11:17
33:24

give 11:14,16
  14:19 28:16
  45:23
given 53:5 54:17
  55:14
Givens 1:19
  54:12 56:2,7
go 15:4 25:22
  31:1 34:19,20
  44:3,7 46:4
  50:9
God 47:19
goes 7:2
going 5:10,15
  7:1,3,7 9:20,23
  10:1,12 13:1
  14:15,16 16:11
  16:19 17:14,18
  17:24,25 18:1
  18:7 19:4,18
  22:2 23:11
  24:23 25:3,7
  27:2,21 28:5
  29:6 30:20
  32:19,20 34:22
  40:21 41:16
  43:23 48:2
  50:24
good 24:3,3
  27:10
gradual 11:13
grant 48:2
great 26:23
guess 12:15
  24:15 31:1
  38:2

          H
H 3:11
half 38:2
Hall 1:21
halted 48:24
handcuffed
  30:15
happened 20:23
  36:18 39:8
happening
  12:17

happy 14:22
hard 18:5 23:4
harm 24:11,21
  27:11 28:14,17
  28:18,21 30:22
  32:11,13
harmed 25:9,11
  25:12 29:2,11
  29:13,14,18,20
  29:22 30:3,8
  30:11,20 31:6
  32:14,15 49:3
  49:6,21
hashtag 45:22
head 12:13
hear 43:9
heard 23:8
  27:21 34:4
  37:5,9
hearing 23:16
helped 32:8
Hey 36:23
Hicks 2:10,10
  3:6,7 4:4,9
  12:5 13:4
  14:18,21 15:4
  15:12,17,20
  18:4 19:6,12
  19:23 20:2,4
  32:22 33:1
  34:18 35:2
  46:10,15 47:10
  47:24 50:17
  51:4 55:12,18
High 4:7,14 7:20
hindered 32:12
hire 25:19,20,21
  25:23 26:15
hired 27:16,17
hiring 25:24
hm 11:13 29:12
home 9:5
homeless 22:3
  33:17
honestly 43:15
hopefully 26:5
hosting 48:9

hour 34:21
house 9:13
Houston 2:6
hundred 41:19
  42:4
hypothetical
  50:14

          I
icon 45:19
identify 18:17
immediately
  11:8 46:18
  47:18 48:8
important 26:25
  33:15 47:5
importantly
  44:9
impressions
  45:20
inability 46:17
inaudible 11:25
  39:15 48:4
includes 55:16
incumbent 9:21
  9:24 10:9,21
  10:25 25:1
  28:22 30:10
  47:2
incumbents
  28:25 29:5
indicated 21:15
indicates 7:20
influence 49:13
information
  40:5 44:23
  45:10 55:14
informed 41:12
initiatives 43:2
injunction 47:14
  48:3
input 45:10
instance 1:16
intend 40:17
interest 46:5
interested 22:1
  55:24
interesting 46:7

interrupt 38:20
ISD 43:7
issue 10:20
  48:15
issues 33:14
  46:23
item 15:20 16:10
  18:17

          J
Jen 43:6
Jennifer 1:3,11
  1:15 3:5 4:1,7
  52:2 53:3,13
  54:3,10,15,20
JenniferforAu...
  12:9
JenniferforAu...
  44:8
Jerad 2:4 19:14
  19:23 55:12,18
jerad@najvar...
  2:7
Jim 21:12
job 6:15 26:12
  49:19
judge 48:2
judicially 48:5
July 22:23 23:1
  48:1,25 49:5
  49:10,15,15,18
  49:23 50:15,19
  50:23
jump 31:22
June 1:12,18
  13:7 52:3
  54:11,22 56:1

          K
Kathy 10:5
keep 32:17 33:5
  41:11 46:22
keeps 49:24
kind 6:4 22:21
  24:4 26:13,14
  27:12 38:7,7
  43:4 48:4,20
knew 14:25

16:19 18:20
  25:2,3 33:8
  39:3
know 4:12 5:15
  7:3 8:13,20 9:2
  9:4,14,20,22
  9:23,25 10:9
  10:11 12:23
  14:5,8,10,13
  16:5,6 17:3,3
  17:12,13,19
  19:18 20:24,25
  21:1,12 24:19
  25:11 27:12
  29:6,24 30:13
  30:22,24 35:21
  35:22 36:18,21
  36:23 38:17,18
  39:13,22 41:15
  44:7 45:3,20
  46:16,23 48:11
known 13:24
  14:2,9,24,25
  15:23 16:9,11
  40:24

          L
lack 46:19
late 48:18,19
  49:7
Law 2:5,10,14
lawsuit 4:10
  23:8,10,13
lawyer 17:20,24
leadership 6:14
learn 23:13 46:8
leave 7:5 16:7
leaving 5:20,21
  14:12
left 25:23 41:19
  41:24 42:5,10
legal 32:20
let's 8:5 19:22
  25:24 29:9
  30:1 34:18
  36:9 42:13
  47:13,25 48:12
level 46:6

**lifted** 22:23
  30:23 48:1,5
  51:1
**like-minded**
  26:10 43:5,6
**limit** 30:12
**line** 9:13 31:24
  52:4
**lines** 8:8
**list** 43:20,25
  44:8,15,16
  45:2,4,4,8
  47:17
**listening** 22:17
**lists** 29:2
**little** 7:16 22:19
  44:4 45:1
**live** 4:6,14 7:4
  7:24 17:11
**lived** 4:15
**living** 4:17
**long** 4:15
**look** 8:5 15:3
  31:1 42:1
**looking** 38:10
**looks** 4:21 36:15
**Loop** 2:5
**loosely** 22:15,20
**losing** 32:6
**lost** 32:4
**lot** 43:23

**M**

**M.B** 2:4
**machine** 1:20
**mailers** 25:19
**mailing** 29:1
**maintain** 41:16
  50:8
**making** 49:16
**map** 3:15 7:11
**Marie** 4:7
**mark** 7:8 15:5
  18:6,7 19:6
**marked** 7:9 15:8
  18:9 19:8
**matter** 47:4
**matters** 45:16

45:18 47:4
**MAX** 2:10
**mayor** 3:17 4:22
  4:23 5:2,6,9,20
  5:24 6:3,13,24
  8:4 10:14,22
  11:3,6,20 12:9
  12:12 13:5,15
  15:24 16:4,12
  17:7,11,12,13
  26:16 33:8
  40:13 43:13
  46:24 50:25
**mayor's** 6:14
  27:21 34:14
  40:23
**mayoral** 10:8,21
  11:1,10 31:20
**mean** 5:21 6:8
  10:14 12:14
  13:14 14:24
  24:6 29:3 31:5
  31:13 40:20
  42:5 45:22
  46:6 48:25
**meaningful**
  34:12
**means** 13:19
  14:25 16:9
  49:10
**meant** 42:5
**media** 13:11
  25:21 29:1
  34:13
**meet** 38:22
**memorable** 21:9
**memory** 13:11
**mentioned**
  45:11
**message** 25:13
  25:19 27:16,17
  27:19 29:25
  45:12
**met** 39:1
**method** 1:20
**Mid-** 24:3
**Middle** 11:23

**middling** 24:4
**miles** 9:6,14
**million** 27:22,23
  27:25
**mind** 6:17 26:22
  33:1 35:17
  40:14
**mine** 33:25
**minor** 35:3
**minutes** 28:20
  55:12,12
**miscellaneous**
  44:12
**Mm-hm** 9:17
  12:10 22:9
  23:3 24:14
  26:2 28:1
  29:10 30:2
  35:8,13 36:25
  37:2 38:12
  43:11
**moment** 8:24
**momentarily**
  35:1
**momentum**
  24:25 25:4
  30:14 31:24
  32:4,7 46:19
  46:20 48:24
  50:9
**Monetary** 3:21
**money** 25:12,18
  26:3 27:20
  29:22,25 30:18
  31:2,10,17,21
  41:4,8,20,24
  42:20 46:17
  48:6,7,13
  49:13 50:12
**month** 22:5
  41:18,21
**months** 6:7 13:6
  13:6
**morning** 22:18
**move** 8:2
**moving** 48:20
  49:18,23,25

**N**

**N** 2:1 3:1
**Najvar** 2:4 3:6
  13:1 14:15,19
  15:9,15 19:25
  20:3 32:19,23
  34:24 46:13
  47:22 51:6
  55:12,18
**name** 4:5 21:12
  21:12 44:23
**named** 20:17
**NAVJAR** 2:5
**nearly** 24:25
  25:16 34:4
**necessity** 47:3
**need** 6:14 17:3
  17:21 19:23
  21:18 25:18,19
  25:20,21 27:20
  30:13 35:21
  36:23 37:10,12
  37:14 42:2
**needs** 14:22
  35:22
**neighbors** 27:19
**neither** 55:20
**never** 37:5,9
**new** 37:23
**news** 22:17
**newsletter** 44:25
  45:3
**newsletters**
  44:19 45:5
**nitty-gritty** 47:8
**Nodding** 12:13
**nonincumbent**
  47:2
**nonresponsive**
  50:18
**normal** 31:22
**north** 2:5 8:18
**noted** 53:8
**nothing's** 33:16
**notice** 7:15
**noticed** 35:24
**November** 3:17

9:3 15:24
  30:21 31:18
**number's** 7:3
**numbered** 1:17
**numbers** 31:7

**O**

**o'clock** 35:14
**Oak** 4:7,14 7:20
**object** 13:1
  14:15 32:20
**objection** 50:17
**obvious** 9:9 38:7
**obviously** 32:6
**October** 20:11
**office** 2:10 6:14
  11:8,11 13:17
  13:24,25 15:21
  21:21,23 27:21
  27:25 30:11
  34:15 36:22
  41:19 47:4
**officer** 54:16
  55:15
**officer's** 55:6
**offices** 16:21,24
**official** 13:19
**officially** 12:11
  12:14 13:4,14
**Oh** 13:6 22:2
  23:6 36:7
  39:18 42:19
  43:19 48:8
**okay** 4:14,20 5:3
  5:10,12,13 7:5
  7:10 8:1,13 9:7
  10:8 11:19
  12:25 13:9,18
  15:20,25 16:13
  17:22 18:3
  19:17 20:2,3
  21:3,14 23:24
  24:15 25:25
  27:11 29:15,17
  30:1,19 31:9
  31:12 32:22
  34:22 37:16,16
  39:10 40:8,24

44:3,25 45:6
47:9 51:3
**onboard** 31:22
**ones** 28:19
**open** 5:1,5,7,20
5:22 6:2 14:12
16:7 17:10
**operation** 24:7
**opinion** 47:5
**opponents** 28:6
28:11
**oppose** 28:11
**opposing** 28:6
**option** 16:7 17:6
40:19
**options** 5:20,22
14:12
**oral** 1:10,15
54:10,16
**order** 50:24
**ordinance** 24:12
28:3
**original** 18:10
54:19 55:7
**out-** 8:9
**outcome** 55:24
**outlines** 7:11,12
**outside** 8:9
24:13,22 28:6

**P**

**P** 2:1,1
**p.m** 1:18,19
34:25 35:1,14
51:7
**P.O** 2:11
**packages** 20:16
**PACs** 28:9
**page** 3:13 20:1
41:9,9,10 52:4
53:8 55:4
**pages** 53:4
**paid** 29:1
**paper** 12:22
**Paralegal** 2:14
**parlayed** 31:25
**part** 9:4 13:3
20:6 30:13

39:20
**parties** 54:22
55:16,21
**party** 55:10
**pass** 46:10 47:22
**pasted** 12:24
**pay** 31:4
**people** 20:17
25:5,10,15
26:22 27:16
29:2 31:22
32:2 33:25
39:3 41:13
43:10,20,23
44:5,11,14
45:7,15 46:3,7
**perceive** 46:16
**percent** 21:16
25:2 40:22
**person** 6:15
26:10 27:1,2,9
37:24 38:1
**personal** 41:9
48:11
**petition** 10:1,7
10:12,18
**place** 24:7 40:6
46:5
**Plaintiff** 1:4 2:3
54:4 55:18
**plan** 7:5 8:1
**platform** 33:13
33:23
**Please** 35:20
44:7
**PLLC** 2:5
**point** 16:18,18
24:18 28:10
38:23 39:2
49:24
**police** 22:4
33:18
**policy** 22:13
**political** 3:21
6:9 25:20 28:3
28:4
**politics** 27:1

**pontificate**
50:21
**position** 5:1 6:1
**positive** 6:12
**possibility** 10:25
**possibly** 6:1
11:23 16:25
17:2 25:17
26:18 27:4
**post** 11:19 12:19
36:22 41:19
**posts** 44:12
**potential** 29:21
**precise** 7:23
**precisely** 15:14
**preliminary**
48:3
**preparing** 55:7
**presently** 47:16
**pretty** 7:24 24:3
32:10
**previous** 33:12
**prime** 31:15
**probably** 9:6
11:18 21:18
31:4,5 36:8
42:16 45:4
**problem** 39:13
**Procedure** 1:23
**proceeding**
55:22
**proceedings**
34:25 51:7
**produced** 1:15
**profile** 45:21
**propositions**
43:2,4
**propounded**
53:6
**prove** 31:20
**provide** 25:13
**provision** 49:4
**Public** 21:23
**purposes** 49:17
**pursuant** 1:22
54:24 55:14
**put** 8:3 10:6

27:15 39:4
**putting** 48:14

**Q**

**quantification**
31:9
**quantify** 31:6
**question** 5:10
6:23 10:23
14:10,14,16
15:10 17:16
25:8 27:8
28:14 30:9
33:3 34:7
44:19 47:25
49:22,25 50:11
50:19,20,22
**questions** 45:14
46:14 51:5
53:6
**quickly** 18:5
**quite** 5:3

**R**

**R** 2:1
**race** 10:8,10,21
11:1 21:20
23:25 24:8,23
27:3,10
**radio** 22:17
25:19 31:2,3,3
41:7,7 44:6,6
44:11 48:14
**raise** 24:22
25:12 26:3
27:20,23,25
28:6 29:22
31:17,21 41:5
41:6 46:17
50:12
**raised** 24:7
31:10
**raising** 23:20,25
24:13 30:18
**ran** 31:3,3
**reach** 34:13
**read** 12:11 33:3
53:4

**reading** 12:16
33:1
**ready** 25:22
**really** 5:14
11:17 12:17
24:3 26:20
36:20 46:9
47:7
**REASON** 52:4
**reasons** 55:4
**recall** 11:21 12:2
12:6,7,20
13:10,20 22:7
35:9 39:10
43:17,18
**receipt** 35:21
55:2
**receive** 21:15,16
43:21 47:20
**received** 36:13
36:15 37:7,15
39:25
**receives** 38:2
**recognize** 21:11
**recollection** 40:6
**recommendati...**
43:3
**record** 34:20
35:1 39:18
54:17 55:17
**red** 7:16
**redistricting**
40:15
**referenced** 33:3
**reflect** 17:19
**reflected** 40:4
**regard** 18:2
29:11 33:17
**regarding** 33:17
**reiterate** 30:13
**related** 55:21
**relatively** 37:23
**remapping** 5:8
7:2 8:2
**remember** 13:23
21:3,6,7,10
35:5 36:2

37:13
Renea 2:10,10
4:9 55:12,18
repeat 10:23
32:25
reply 37:13
report 14:1
20:10,12 21:19
38:10 39:21
40:3,5,6
reported 1:20
reporter 12:3
33:4 54:12
Reporter's 3:9
54:9
REPORTING
56:2
represent 4:9
7:10 25:4
29:21 39:19
representative
25:17
requested 55:1
required 15:1
16:3
reside 5:5
residence 8:11
respect 24:11
45:16,17
restricted 24:11
28:24
restriction 28:15
30:23 51:1
restrictions 4:11
retract 27:7
returned 55:2,3
rhicks@renea...
2:12
right 6:13 8:10
9:18 10:18
13:15 14:2,2,5
15:18 16:20,23
17:6,11,12
18:21 19:20
24:8,21 25:2
25:14 27:24
28:15 31:19,25

33:7 37:1,5,25
38:5 40:22
41:16,17 44:12
44:25 45:12
49:9,12,20
right-hand 7:19
36:11
roughly 43:18
ruin 32:7,9,10
Rule 54:24
Rules 1:22
rumors 10:1,12
run 4:23 5:16,18
5:19 6:1,19,20
6:24,24 7:1 8:3
10:1,7,12 11:7
13:16 16:11,19
17:10 22:18
24:8,23 27:18
27:20 29:6,23
30:11 31:16
32:3 40:14,21
40:25 42:13
50:25
runaway 48:16
running 4:22,25
5:2,4,6,9,24
6:2 10:22 11:1
11:2,5,20
12:12,14 13:4
13:24 16:4
17:7,7,11,12
17:13 18:21
22:1 25:3
26:16 27:24
28:22 30:5,10
40:12,23 43:5
43:7,13 47:1,1
47:5 48:12
runoff 11:8
24:25 30:15,17

——————
S
——————
S 1:19 2:1 3:11
54:12 56:7
Sandra 1:19
54:12 56:7
saw 15:19

saying 5:23
21:14 35:7
37:7 42:17
43:12
says 7:20 14:2,9
15:21 17:25
18:1 36:13
48:2
seat 5:5,7,17,19
6:18,22,25 7:1
16:12 22:1
40:18,20,22,23
41:1
seats 40:15
second 15:14
19:10,17 40:10
see 7:17,19 8:6
8:18,23,25 9:7
12:22 14:22
15:20 18:15,17
19:24,24 20:15
20:16,19 28:14
31:2 33:16
35:24 36:9,10
39:16 40:2,7
45:20 48:4
send 43:16
47:18
sense 44:13
sent 19:14 35:11
35:12 42:22,24
43:2,7,12
separate 38:3
serious 11:17
47:21
served 54:21
set 39:10 45:14
severely 30:20
sg-1876 56:8
share 27:19
short 34:19
shorthand 1:20
40:16 54:12
show 7:7 14:18
14:23 19:4
32:2 35:17
showing 7:11

35:18
shown 54:22
shows 22:17
35:15
sic 15:21
side 7:19
signature 3:8
52:1 53:8
54:25 55:1,4
significant 31:8
silenced 30:16
34:2,10,11,16
34:17
single 21:5
48:15
sitting 33:7
34:14
six 43:19
Skaggs 20:17
21:11
Skaggs' 21:12
slow 48:16
Smith 2:13
19:17 38:13,15
social 13:11
25:21 34:13
solicit 19:1
solidified 11:14
solved 33:17
somebody 10:1
26:9,12 29:23
37:9 45:22
sooner 31:21
48:12
sorry 8:17 9:9
10:23 12:11
23:6 32:25
38:19,25 41:24
42:23 44:3
sought 15:21
21:21,25
speak 46:23
speaking 6:11
speaks 33:23
specific 13:17
specifics 6:10
spend 27:15

30:16 49:13
staff 29:1
stand 26:11
start 22:21
24:16 30:17,21
48:8,9,12,13
48:14,22 49:6
49:9,16 50:3
started 11:17
23:16 48:10
starting 31:17
state 1:20 4:5
54:13
STATES 1:1
54:1
statistics 45:23
stay 48:3,4
Stevens 43:7
Strategically
6:11
strategist 25:20
Street 1:21 2:15
strong 32:10
struggling 33:19
stuff 50:21
styled 1:17
submit 38:3
submitted 39:20
54:20
subscribe 43:25
44:8,18,22,24
substance 53:7
successful 23:19
24:5,6 33:13
successfully
24:7
suffering 24:21
sufficient 50:24
sufficiently
32:17 33:5
Suite 2:9
support 28:10
33:19,22 43:6
43:8
supported 38:21
supporters
33:12 41:11

43:9 48:9
**supporting** 28:5
**suppose** 39:3
**sure** 5:16 8:16
 9:25 10:24
 12:23 14:25
 17:17 21:16
 26:20 31:19
 36:6 37:13
 39:18
**sworn** 1:17 4:2
 54:15

**T**

**T** 3:11
**table** 33:14
**take** 20:25 27:21
 31:23 34:18,19
 50:9
**taken** 1:17 55:16
 55:23
**takes** 27:22,24
**talk** 30:1 38:8
 50:1
**talking** 4:12 6:4
 48:23
**teed** 25:22
**tell** 6:10 13:13
 15:13,14 19:9
 20:4 24:20
 29:19 45:13,15
**temporal** 4:11
 28:15
**termed** 10:2,6
 10:17
**terms** 10:17
 23:20 31:9
**terrible** 45:14
**terribly** 33:18
**test** 33:7,9
**testified** 4:2
 28:19
**testimony** 54:17
 55:15
**Texas** 1:1,20,22
 2:6,11,15 4:8
 54:1,13 56:3
**Thank** 18:14

46:11
**therefor** 55:5
**they'd** 37:15
**thing** 26:13
 31:13 35:2
 37:3 43:4
**things** 6:7 16:20
 18:5 22:19
 25:25 26:11
 27:13 33:21
 46:7,18 47:10
 47:12,16 49:18
**think** 9:25 10:2
 16:9,10,16
 22:5 26:22,25
 26:25 28:13,16
 28:21 29:12,13
 29:13 31:7,15
 31:19,24 32:6
 32:8 34:22
 36:7 37:7,8
 41:15 44:20,22
 45:10 46:21
 49:2,15,18,23
 50:23 51:1
**thinking** 12:17
**thought** 22:4
 25:14 26:24
 27:9
**thousands** 31:8
 31:8
**three** 31:4
**till** 4:17,18
**time** 5:6,8,23 6:2
 11:9 16:3,22
 18:5 27:22,24
 31:3 34:21
 46:6 48:1
 55:10,15
**times** 31:5 45:21
**Tovo's** 10:5
**town** 33:22
**Trail** 56:3
**train** 48:16
**transcript** 54:16
 54:19 55:3,8
**transcription**

53:5
**treasurer** 3:17
 3:19 12:1,5
 13:21 14:1
 17:19 18:11
 19:1 22:10
**treasury** 15:16
**tremendous**
 24:24,24
**trickier** 44:4
**true** 16:1,2 29:8
 54:17
**try** 5:10 23:4
 48:16
**trying** 13:18
 22:18 35:3
 42:3
**tweet** 45:20 46:6
**tweets** 44:13
 45:16
**Twitter** 4:21
 12:8,19 41:10
 45:11 48:10
**two** 10:16 16:19
 16:21,24 20:17
 21:7 22:5
 33:21
**typo** 20:24 21:2
 21:18

**U**

**Uh-huh** 36:3,17
**underfunded**
 33:18
**understand** 7:13
 10:16 13:18
 18:25 27:1
 37:17 44:19
**understanding**
 28:2 37:21,22
 39:8 45:6
**unearned** 29:1
**unison** 25:17
**UNITED** 1:1
 54:1
**unrepresented**
 25:5
**unseated** 25:1

**untrue** 16:2
**upset** 25:1
**use** 45:4 47:6,16

**V**

**v** 1:5 54:5
**vacuum** 25:15
**Valley** 56:3
**varies** 46:4,9
**version** 24:20
 40:16
**versus** 23:8
 28:25
**viability** 31:20
**viable** 32:18
 33:6,8 50:25
**view** 24:4 40:11
 45:15
**Virden** 1:3,11
 1:15 3:5 4:1,5
 4:7 7:8 35:6
 46:14 52:2
 53:3,13 54:3
 54:10,15,20
**visit** 45:7
**voice** 29:22
 33:25 48:14
**voluntarily**
 44:22
**vote** 25:16 29:24
 32:2 43:3
**voter** 29:19

**W**

**W** 1:21 2:15
**Wait** 30:9
**waiting** 31:17
**want** 6:18,20
 11:11 19:24
 24:10,15,18
 25:11 27:19
 29:23 34:20
 39:16,22 43:9
 44:15,18 47:16
 49:19 50:19,21
**wanted** 25:4
 38:22 46:21,22
 46:22

**wants** 26:10
**wasn't** 16:2
**watching** 22:22
 36:21
**way** 6:17 22:16
 26:19,23 31:5
 31:23 34:12,13
 45:11 49:19,24
**we'll** 48:13,14
**we're** 12:17 36:6
 49:16
**we've** 48:23
**website** 4:20
 11:20 43:24,24
 44:1,5,11,17
 45:7
**week** 11:10
 12:21
**weeks** 43:19
**went** 34:25 37:3
**West** 2:5
**WESTERN** 1:1
 54:1
**Whatley** 2:4
**widely** 34:4
**wife's** 21:12
**willing** 42:16
**win** 27:20
**window** 24:13
 24:22 28:7
 32:16
**Winston** 38:13
 38:15
**witness** 1:16
 15:18 46:10
 47:22 54:15,18
 54:22
**word** 12:15
 32:10
**work** 26:9 27:1
 27:2 45:13
**wrong** 12:11

**X**

**X** 3:1,11

**Y**

**y'all** 15:6

**yeah** 19:19
  20:14,15,15
  21:8,13 23:18
  26:8 29:2
  31:24 32:14
  34:16 36:9,10
  37:6 38:6,7
  42:19 45:25
  50:13
**year** 11:18 28:24
  30:17
**years** 4:16 22:14
  28:25
**yesterday** 4:20
  12:9 19:14
  39:20

**Z**

**zero** 34:8,17
**Zimmerman**
  23:8

**0**

**1**

**1** 3:14 7:8,9
**1,500** 46:4
**1/1/22** 56:8
**1:09** 1:18
**1:21-CV-271-...**
  1:6 54:6
**1:43** 34:25
**1:44** 35:1
**10** 3:20 7:16 8:9
  8:10 9:7,9,14
  18:18 21:21
  23:17 24:1
  37:25 38:1
  43:22 46:21
**100** 40:22
**10th** 36:16,19
**11** 25:15
**12/8/20** 39:21
**13** 4:16
**15** 3:16
**15th** 11:9,9
  30:17 49:9
  50:9,14

**16** 52:3 54:11
**16th** 50:5
**17** 1:12 35:5
**17th** 1:18 18:24
  21:17 22:8
**18** 3:18
**18th** 56:1
**19** 3:21
**1st** 20:22 21:17
  43:1 48:2,25
  49:5,15,18,23
  50:16,19,23

**2**

**2** 3:3,16 15:5,8
  36:10 55:12
**2,500** 41:15
  43:10
**2:01** 51:7
**2:02** 1:18
**20** 18:11
**2019** 23:1
**2020** 18:13,24
  20:11,22
**2021** 1:12,18
  31:18 52:3
  54:11,23 56:1
**2022** 3:17 4:18
  8:14 9:16 12:9
  12:12 15:24
  25:3
**2180** 2:5
**22** 46:8
**250,000** 29:2
**255** 2:5
**281** 2:6
**2nd** 1:21 2:15

**3**

**3** 3:4,18 18:6,8,9
  55:2
**3,500** 46:4
**30(f)(1)** 54:25
**301** 1:21 2:15
**301-7088** 56:4
**303187** 2:11

**4**

**4** 3:6,21 19:7,8
**404-4696** 2:6
**46** 3:6
**47** 3:7
**480-8231** 2:12
**49** 25:1
**4th** 1:21 2:15

**5**

**5/6/21** 3:17
**50** 55:12
**5000** 56:7
**51** 25:1
**510.80** 55:6
**512** 2:12,16 56:4
**52** 3:8
**54** 3:9

**6**

**6** 8:18,20 15:20
  18:17 35:14
**6549** 56:3
**6th** 35:12 36:18

**7**

**7** 3:14 8:6,13,17
  20:11 54:22
**77018** 2:6
**78701** 1:22 2:15
**78731** 2:11
**78749** 56:3
**78759** 4:8
**79** 41:18,20,21

**8**

**8** 9:10,15,21
**8's** 9:13
**8/17/20** 3:19
**8307** 4:7,14 7:20
**8th** 30:21 31:18

**9**

**9** 8:25 9:5,24
**974-2147** 2:16
**99** 21:16