**E**XHIBIT **7**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

JENNIFER VIRDEN,
   *Plaintiff*,

v.                         No. 1:21cv00271-RP

CITY OF AUSTIN,
   *Defendant*.

**DECLARATION OF JANNETTE GOODALL**

1. My name is Jannette Goodall. I am competent to make this declaration.

2. I currently serve as City Clerk for the City of Austin. I have held this position continuously since January 27, 2013.

3. My official responsibilities as Austin City Clerk include serving as the city custodian for official election results for elections for Austin City Council and on measures for amendments to the City Charter or City Code, campaign finance reports by those legally obligated to file them, candidate appointments of a campaign treasurer for their candidacy, and adopted city charter and city code provisions (including ordinances placing matters on the ballot for election). My official responsibilities also include publishing consumer price index adjustments (calculated by the City Controller's Office) pursuant to city charter campaign finance provisions and maintaining the city council election schedules and calendars.

3. The factual statements in this declaration are based on my personal knowledge and on review of documents maintained by the office of the City Clerk.

4. Jennifer M. Virden ("Virden") was a candidate for Austin City Council District 10 on the ballot for the November 3, 2020, election ("District 10's 2020 general election"). She filed her appointment of a campaign treasurer for District 10's 2020 general election on August 17. 2020. Early in-person voting for that election commenced on October 13, 2020.

5. Of the 45,772 votes case in District 10's 2020 general election, Virden came in second, receiving 11,637, or 25.42%, of the votes. The candidate garnering the most votes was Alison Alter ("Alter"), who received 15,640, or 34.17%, of the

vote. This necessitated a run-off between Alter and Virden, since no candidate in the District 10 race received more than 50% of the votes cast.

6. The District 10 run-off was held on December 15, 2020. Alter won, receiving 12,480, or 51.35%, of the votes cast. Virden received 11,824, or 48.65%, of the votes cast. Alter's term for the District 10 seat to which she was re-elected runs four years, until January 6, 2025.

7. Virden received $95,778.76 in total contributions before election day for District 10's 2020 general election. This total excludes Virden's personal loan of $50,000 to her general election campaign, which loan was repaid to her from her campaign account in the run-off period. Her campaign finance report shows the earliest contribution in that race is dated August 1, 2020.

8. Virden received $150,987.10 in total contributions for the District 10 2020 run-off election. Her campaign finance report filed January 15, 2021, shows the latest contribution in that race is dated December 15, 2020, and shows that it is for the election date of December 15, 2020, the date of the District 10 2020 run-off election. A copy of the first page of that report is Attachment B to this declaration.

9. The current individual contribution limit for a general election for an Austin Mayor or City Council position is $400. It cannot be determined at this time whether there will be an upward adjustment in this limit between now and the campaign period for the city's general election on November 8, 2022.

10. On April 12, 2017, the City of Austin's Ethics Review Commission, by a vote of 8-0, recommended amendments to §§ 2-2-2 and 2-2-7 of the Austin City Code, including an amendment that would add a subsection (B) to Code § 2-2-7 providing: "The campaign period for a general election begins 365 days before the date of the general election."

11. On October 5, 2017, the Austin City Council, by a vote of 10-1, adopted Ordinance No. 20171005-029, a copy of which is Attachment A to this declaration. The resolution amended Austin City Code §§ 2-2-2(4) and 2-2-7. These provisions, as amended, have been in effect continuously since their effective date of October 16, 2017.

12. The following elected positions for city offices are on the ballot for the November 8, 2022, election: Mayor and Council Districts 1, 3, 5, 8, and 9.

13. As of the date of this declaration, one candidate has appointed a campaign treasurer for the race for Austin Mayor in the November 2022 election.

14. As of the date of this declaration, Virden has not appointed a campaign treasurer for a candidacy for either Austin Mayor or any other City Council race in the November 2022 election.

15. Virden still has on file with the City her August 17, 2020, Appointment of a Campaign Treasurer, stating the office sought to be "Austin City Council, District 10." It has not been amended as of the date of this declaration. A copy of that appointment is Attachment C to this declaration.

16. The City of Austin is holding an election on May 1, 2021. Early in-person voting in that election begins on April 19, 2021. Only measures are on the ballot. No races for candidacies for city elected office are on the ballot.

I declare under penalty of perjury that the foregoing statements are true and correct.

Executed this 14th day of April, 2021.

*Jannette S. Goodall*
JANNETTE S. GOODALL