**EXHIBIT 10**

| CANDIDATE / OFFICEHOLDER CAMPAIGN FINANCE REPORT | | FORM C/OH COVER SHEET PG 1 |
|---|---|---|

| The C/OH Instruction Guide explains how to complete this form. | **1** Filer ID (Ethics Commission Filers) 00090501 | **2** Total pages filed: 27 |
|---|---|---|

| **3** CANDIDATE / OFFICEHOLDER NAME | MS / MRS / MR     FIRST                     MI Jennifer M | **OFFICE USE ONLY** |
|---|---|---|
| | NICKNAME     LAST                     SUFFIX Virden | Date Received ELECTRONICALLY FILED 07/15/2021 |

| **4** CANDIDATE / OFFICEHOLDER MAILING ADDRESS ☐ Change of Address | ADDRESS / PO BOX;   APT / SUITE #;   CITY;         ZIP CODE 8307 High Oak DR Austin, TX 78759 | Date Hand-delivered or Date Postmarked |
|---|---|---|
| | | Receipt #          Amount |
| | | Date Processed |
| | | Date Imaged |

| **5** CAMPAIGN TREASURER NAME | MS / MRS / MR     FIRST                     MI Robin |
|---|---|
| | NICKNAME     LAST                     SUFFIX Coopwood |

| **6** CAMPAIGN TREASURER ADDRESS (Residence or Business) | STREET ADDRESS (NO PO BOX PLEASE);     APT / SUITE #;   CITY;         STATE;   ZIP CODE 4408 Spicewood Springs RD Austin, TX 78759 |
|---|---|

**EXHIBIT**

*28*

sg
9/21/22    Virden

| **7** CAMPAIGN TREASURER PHONE | AREA CODE     PHONE NUMBER     EXTENSION (512) 415-6772 |
|---|---|

| **8** REPORT TYPE | ☐ January 15     ☐ 30th day before election     ☐ Runoff     ☐ 15th day after campaign treasurer appointment (officeholder only) |
|---|---|
| | ☒ July 15     ☐ 8th day before election     ☐ Exceeded modified reporting limit     ☐ Final Report (Attach C/OH-FR) |

| **9** PERIOD COVERED | Month   Day   Year 01/01/2021     THROUGH     Month   Day   Year 06/30/2021 |
|---|---|

| **10** ELECTION | ELECTION DATE Month   Day   Year 11/08/2022 | ELECTION TYPE ☐ Primary   ☐ Runoff   ☐ Other ☒ General   ☐ Special |
|---|---|---|

| **11** OFFICE | OFFICE HELD (if any) | **12** OFFICE SOUGHT (if known) Mayor |
|---|---|---|

**GO TO PAGE 2**

Forms provided by Texas Ethics Commission          www.ethics.state.tx.us          Version V2.1.1c645687

# CANDIDATE / OFFICEHOLDER REPORT: SUPPORT & TOTALS

**FORM C/OH**
**COVER SHEET PG 2**
2 of 27

| 13 C / OH NAME | Virden, Jennifer M | 14 Filer ID | (Ethics Commission Filers) |
|---|---|---|---|
| | | 00090501 | |

**15 NOTICE FROM POLITICAL COMMITTEE(S)**

This box is for notice of political contributions accepted or political expenditures made by political committees to support the candidate / officeholder. *These expenditures may have been made without the candidate's or officeholder's knowledge or consent.* Candidates and officeholders are required to report this information only if they receive notice of such expenditures.

☐ Additional Pages

| COMMITTEE TYPE | COMMITTEE NAME |
|---|---|
| ☐ GENERAL | |
| ☐ SPECIFIC | COMMITTEE ADDRESS |
| | COMMITTEE CAMPAIGN TREASURER NAME |
| | COMMITTEE CAMPAIGN TREASURER ADDRESS |

| 16 CONTRIBUTION TOTALS | 1. | TOTAL POLITICAL CONTRIBUTIONS OF $50 OR LESS (OTHER THAN PLEDGES, LOANS, OR GUARANTEES OF LOANS), UNLESS ITEMIZED | $ | 0.00 |
|---|---|---|---|---|
| | 2. | **TOTAL POLITICAL CONTRIBUTIONS** (OTHER THAN PLEDGES, LOANS, OR GUARANTEES OF LOANS) | $ | 0.00 |
| EXPENDITURE TOTALS | 3. | TOTAL POLITICAL EXPENDITURES OF $100 OR LESS, UNLESS ITEMIZED | $ | 11.90 |
| | 4. | **TOTAL POLITICAL EXPENDITURES** | $ | 19,591.28 |
| CONTRIBUTION BALANCE | 5. | TOTAL POLITICAL CONTRIBUTIONS MAINTAINED AS OF THE LAST DAY OF THE REPORTING PERIOD | $ | 813.27 |
| OUTSTANDING LOAN TOTALS | 6. | TOTAL PRINCIPAL AMOUNT OF ALL OUTSTANDING LOANS AS OF THE LAST DAY OF THE REPORTING PERIOD | $ | 0.00 |

**17 AFFADAVIT**

I swear, or affirm, under penalty of perjury, that the accompanying report is true and correct and includes all information required to be reported by me under Title 15, Election Code.

_____
Jennifer M  Virden
Signature of Candidate or Officeholder

AFFIX NOTARY STAMP / SEAL ABOVE

Sworn to and subscribed before me, by the said _____, this the _____ day of_____, 20_____, to certify which, witness my hand and seal of office.

| _____ | _____ | _____ |
|---|---|---|
| Signature of officer administering | Printed name of officer administering | Title of officer administering oath |

# SUBTOTALS - C/OH

FORM **C/OH**
**COVER SHEET PG 3**
3 of 27

**18** FILER NAME
Virden, Jennifer M

**19** Filer ID          (Ethics Commission Filers)
00090501

**20** SCHEDULE SUBTOTALS
NAME OF SCHEDULE

SUBTOTAL AMOUNT

| | | | |
|---|---|---|---|
| 1. | [X] | SCHEDULE A1:  MONETARY POLITICAL CONTRIBUTIONS | $ 0.00 |
| 2. | [X] | SCHEDULE A2:  NON-MONETARY (IN-KIND) POLITICAL CONTRIBUTIONS | $ 0.00 |
| 3. | [X] | SCHEDULE B:  PLEDGED CONTRIBUTIONS | $ 0.00 |
| 4. | [X] | SCHEDULE E:  LOANS | $ 0.00 |
| 5. | [X] | SCHEDULE F1:  POLITICAL EXPENDITURES FROM POLITICAL CONTRIBUTIONS | $ 18,887.39 |
| 6. | [X] | SCHEDULE F2:  UNPAID INCURRED OBLIGATIONS | $ 0.00 |
| 7. | [ ] | SCHEDULE F3:  PURCHASE OF INVESTMENTS FROM POLITICAL CONTRIBUTIONS | $ |
| 8. | [X] | SCHEDULE F4:  EXPENDITURES MADE BY CREDIT CARD | $ 357.29 |
| 9. | [X] | SCHEDULE G:  POLITICAL EXPENDITURES FROM PERSONAL FUNDS | $ 346.60 |
| 10. | [ ] | SCHEDULE H:  PAYMENT FROM POLITICAL CONTRIBUTIONS TO A BUSINESS OF C/OH | $ |
| 11. | [ ] | SCHEDULE I: NON-POLITICAL EXPENDITURES FROM POLITICAL CONTRIBUTIONS | $ |
| 12. | [ ] | SCHEDULE K: INTEREST, CREDITS, GAINS, REFUNDS, AND CONTRIBUTIONS RETURNED TO FILER | $ |

# PLEDGED CONTRIBUTIONS

SCHEDULE **B**

**The Instruction Guide explains how to complete this form.**

**1** Total pages Schedule B:
Sch: 1/1 Rpt: 4/27

**2** FILER NAME
Virden, Jennifer M

**3** Filer ID     (Ethics Commission Filers)
00090501

**4**
TOTAL OF UNITEMIZED PLEDGES
$                                                   0.00

| **5** Date | **6** Full name of pledgor ☐ out-of-state PAC (ID#:_____) | **8** Amount of pledge ($) | **9** In-kind description (If applicable) |
|---|---|---|---|
| | **7** Pledgor Address;          City;   State;   Zip Code | | |
| | | ☐ Check if travel outside of Texas. Complete Schedule T. | |

| **10** Principal occupation / Job title (See Instructions) | **11** Employer (See Instructions) |
|---|---|

# LOANS

### SCHEDULE E

**The Instruction Guide explains how to complete this form.**

| | |
|---|---|
| **1** Total pages Schedule E: Sch: 1/1 Rpt: 5/27 | |

**2** FILER NAME
Virden, Jennifer M

**3** Filer ID   (Ethics Commission Filers)
00090501

**4**

## TOTAL OF UNITEMIZED LOANS

**$**                  0.00

**5** Date of loan

**7** Name of lender          ☐ out-of-state PAC (ID#:_____)

**9** Loan Amount ($)

**6** Is lender a financial institution?

**8** Lender address;          City;          State;          Zip  Code

**10** Interest Rate

**11** Maturity Date

**12** Principal occupation / Job title (See Instructions)

**13** Employer (See Instructions)

**14** Description of Collateral
☐ None

**15** Check if personal funds were deposited into political account
                                    (See Instructions)
☐

**16** GUARANTOR INFORMATION

☐ not applicable

**17** Name of guarantor

**18** Guarantor address;          City;          State;          Zip  Code

**19** Amount Guaranteed ($)

**20** Principal occupation

**21** Employer (See Instructions)

# POLITICAL EXPENDITURES FROM POLITICAL CONTRIBUTIONS

SCHEDULE **F1**

### EXPENDITURE CATEGORIES FOR BOX 8(a)

| | | |
|---|---|---|
| Advertising Expense | Event Expense | Loan Repayment/Reimbursement |
| Accounting/Banking | Fees | Office Overhead/Rental Expense |
| Consulting Expense | Food/Beverage Expense | Polling Expense |
| Contributions/ Donations Made By - | Gift/Awards/Memorials Expense | Printing Expense |
| Candidate/Officeholder/Political Committee | Legal Services | Salaries/Wages/Contract Labor |
| Credit Card Payment | | |

Solicitation/Fundraising Expense
Transportation Equipment & Related Expense
Travel in District
Travel Out of District
OTHER (enter a category not listed above)

**The Instruction Guide explains how to complete this form.**

| 1 Total pages Schedule F1: | 2 FILER NAME | 3 Filer ID (Ethics Commission Filers) |
|---|---|---|
| Sch: 1/7 Rpt: 6/27 | Virden, Jennifer M | 00090501 |

| 4 Date | 5 Payee name |
|---|---|
| 03/06/2021 | Angela Washburn, CPA |

| 6 Amount ($) | 7 Payee address; City; State; Zip Code |
|---|---|
| $218.00 | 1504 Leander RD |
| | Georgetown, TX 78628 |

| 8 PURPOSE OF EXPENDITURE | (a) Category (See Categories listed at the top of this schedule) | (b) Description |
|---|---|---|
| | Accounting/Banking | ☐ Check if travel outside of Texas. Complete Schedule T. |
| | | ☐ Check if Austin, TX, officeholder living expense |
| | | Preparation of IRS forms. |

| 9 Complete ONLY if direct expenditure to benefit C/OH | Candidate/Officeholder name | Office sought | Office held |
|---|---|---|---|

| Date | Payee name |
|---|---|
| 06/27/2021 | Austin City Hall |

| Amount ($) | Payee address; City; State; Zip Code |
|---|---|
| $15.00 | 301 West 2nd ST |
| | Austin, TX 78701 |

| PURPOSE OF EXPENDITURE | (a) Category (See Categories listed at the top of this schedule) | (b) Description |
|---|---|---|
| | Parking Garage | ☐ Check if travel outside of Texas. Complete Schedule T. |
| | | ☐ Check if Austin, TX, officeholder living expense |
| | | Parking fee. |

| Complete ONLY if direct expenditure to benefit C/OH | Candidate/Officeholder name | Office sought | Office held |
|---|---|---|---|

| Date | Payee name |
|---|---|
| 01/13/2021 | Austin Monitor |

| Amount ($) | Payee address; City; State; Zip Code |
|---|---|
| $281.23 | 1023 Springdale RD |
| | Suite 1J |
| | Austin, TX 78721 |

| PURPOSE OF EXPENDITURE | (a) Category (See Categories listed at the top of this schedule) | (b) Description |
|---|---|---|
| | Subscription | ☐ Check if travel outside of Texas. Complete Schedule T. |
| | | ☐ Check if Austin, TX, officeholder living expense |
| | | Publication covering local politics. |

| Complete ONLY if direct expenditure to benefit C/OH | Candidate/Officeholder name | Office sought | Office held |
|---|---|---|---|

# POLITICAL EXPENDITURES FROM POLITICAL CONTRIBUTIONS

SCHEDULE **F1**

### EXPENDITURE CATEGORIES FOR BOX 8(a)

| | | |
|---|---|---|
| Advertising Expense | Event Expense | Loan Repayment/Reimbursement | Solicitation/Fundraising Expense |
| Accounting/Banking | Fees | Office Overhead/Rental Expense | Transportation Equipment & Related Expense |
| Consulting Expense | Food/Beverage Expense | Polling Expense | Travel In District |
| Contributions/ Donations Made By - | Gift/Awards/Memorials Expense | Printing Expense | Travel Out of District |
| Candidate/Officeholder/Political Committee | Legal Services | Salaries/Wages/Contract Labor | OTHER (enter a category not listed above) |
| Credit Card Payment | | | |

**The Instruction Guide explains how to complete this form.**

| 1 Total pages Schedule F1: Sch: 2/7 Rpt: 7/27 | 2 FILER NAME Virden, Jennifer M | 3 Filer ID (Ethics Commission Filers) 00090501 |
|---|---|---|

| 4 Date 01/24/2021 | 5 Payee name Constant Contact |
|---|---|

| 6 Amount ($) $47.97 | 7 Payee address; City; State; Zip Code 1601 Trapelo RD Waltham, MA 02451 |
|---|---|

| 8 PURPOSE OF EXPENDITURE | (a) Category (See Categories listed at the top of this schedule) Office Overhead/Rental Expense | (b) Description ☐ Check if travel outside of Texas. Complete Schedule T. ☐ Check if Austin, TX, officeholder living expense Email communications. |
|---|---|---|

| 9 Complete ONLY if direct expenditure to benefit C/OH | Candidate/Officeholder name | Office sought | Office held |
|---|---|---|---|

| Date 02/22/2021 | Payee name Constant Contact |
|---|---|

| Amount ($) $47.97 | Payee address; City; State; Zip Code 1601 Trapelo RD Waltham, MA 02451 |
|---|---|

| PURPOSE OF EXPENDITURE | (a) Category (See Categories listed at the top of this schedule) Office Overhead/Rental Expense | (b) Description ☐ Check if travel outside of Texas. Complete Schedule T. ☐ Check if Austin, TX, officeholder living expense Email communications. |
|---|---|---|

| Complete ONLY if direct expenditure to benefit C/OH | Candidate/Officeholder name | Office sought | Office held |
|---|---|---|---|

| Date 03/17/2021 | Payee name Constant Contact |
|---|---|

| Amount ($) $47.97 | Payee address; City; State; Zip Code 1601 Trapelo RD Waltham, MA 02451 |
|---|---|

| PURPOSE OF EXPENDITURE | (a) Category (See Categories listed at the top of this schedule) Office Overhead/Rental Expense | (b) Description ☐ Check if travel outside of Texas. Complete Schedule T. ☐ Check if Austin, TX, officeholder living expense Email communications. |
|---|---|---|

| Complete ONLY if direct expenditure to benefit C/OH | Candidate/Officeholder name | Office sought | Office held |
|---|---|---|---|

# POLITICAL EXPENDITURES FROM POLITICAL CONTRIBUTIONS

SCHEDULE **F1**

**EXPENDITURE CATEGORIES FOR BOX 8(a)**

| | | |
|---|---|---|
| Advertising Expense | Event Expense | Loan Repayment/Reimbursement | Solicitation/Fundraising Expense |
| Accounting/Banking | Fees | Office Overhead/Rental Expense | Transportation Equipment & Related Expense |
| Consulting Expense | Food/Beverage Expense | Polling Expense | Travel In District |
| Contributions/ Donations Made By - | Gift/Awards/Memorials Expense | Printing Expense | Travel Out of District |
| Candidate/Officeholder/Political Committee | Legal Services | Salaries/Wages/Contract Labor | OTHER (enter a category not listed above) |
| Credit Card Payment | | | |

**The Instruction Guide explains how to complete this form.**

| 1 Total pages Schedule F1: | 2 FILER NAME | 3 Filer ID | (Ethics Commission Filers) |
|---|---|---|---|
| Sch: 3/7 Rpt: 8/27 | Virden, Jennifer M | | 00090501 |

| 4 Date | 5 Payee name |
|---|---|
| 03/22/2021 | Constant Contact |

| 6 Amount ($) | 7 Payee address;     City;     State;  Zip  Code |
|---|---|
| $47.97 | 1601 Trapelo RD<br><br>Waltham, MA 02451 |

| 8 **PURPOSE OF EXPENDITURE** | **(a)** Category  (See Categories listed at the top of this schedule)<br>Office Overhead/Rental Expense | **(b)** Description<br>☐ Check if travel outside of Texas. Complete Schedule T.<br>☐ Check if Austin, TX, officeholder living expense<br>Email communications. |
|---|---|---|

| 9 Complete ONLY if direct expenditure to benefit C/OH | Candidate/Officeholder name | Office sought | Office held |
|---|---|---|---|

| Date | Payee name |
|---|---|
| 04/17/2021 | Constant Contact |

| Amount ($) | Payee address;     City;     State;  Zip  Code |
|---|---|
| $47.97 | 1601 Trapelo RD<br><br>Waltham, MA 02451 |

| **PURPOSE OF EXPENDITURE** | **(a)** Category  (See Categories listed at the top of this schedule)<br>Office Overhead/Rental Expense | **(b)** Description<br>☐ Check if travel outside of Texas. Complete Schedule T.<br>☐ Check if Austin, TX, officeholder living expense<br>Email communications. |
|---|---|---|

| Complete ONLY if direct expenditure to benefit C/OH | Candidate/Officeholder name | Office sought | Office held |
|---|---|---|---|

| Date | Payee name |
|---|---|
| 05/17/2021 | Constant Contact |

| Amount ($) | Payee address;     City;     State;  Zip  Code |
|---|---|
| $47.97 | 1601 Trapelo RD<br><br>Waltham, MA 02451 |

| **PURPOSE OF EXPENDITURE** | **(a)** Category  (See Categories listed at the top of this schedule)<br>Office Overhead/Rental Expense | **(b)** Description<br>☐ Check if travel outside of Texas. Complete Schedule T.<br>☐ Check if Austin, TX, officeholder living expense<br>Email communications. |
|---|---|---|

| Complete ONLY if direct expenditure to benefit C/OH | Candidate/Officeholder name | Office sought | Office held |
|---|---|---|---|

# POLITICAL EXPENDITURES FROM POLITICAL CONTRIBUTIONS

SCHEDULE **F1**

## EXPENDITURE CATEGORIES FOR BOX 8(a)

| | | | |
|---|---|---|---|
| Advertising Expense | Event Expense | Loan Repayment/Reimbursement | Solicitation/Fundraising Expense |
| Accounting/Banking | Fees | Office Overhead/Rental Expense | Transportation Equipment & Related Expense |
| Consulting Expense | Food/Beverage Expense | Polling Expense | Travel In District |
| Contributions/ Donations Made By – | Gift/Awards/Memorials Expense | Printing Expense | Travel Out of District |
| Candidate/Officeholder/Political Committee | Legal Services | Salaries/Wages/Contract Labor | OTHER (enter a category not listed above) |
| Credit Card Payment | | | |

**The Instruction Guide explains how to complete this form.**

| 1  Total pages Schedule F1:<br>Sch: 4/7 Rpt: 9/27 | 2  FILER NAME<br>Virden, Jennifer M | 3  Filer ID     (Ethics Commission Filers)<br>00090501 |
|---|---|---|

| 4  Date<br>06/17/2021 | 5  Payee name<br>Constant Contact |
|---|---|

| 6  Amount ($)<br>$47.97 | 7  Payee address;     City;     State;  Zip  Code<br>1601 Trapelo RD<br><br>Waltham, MA 02451 |
|---|---|

| 8  **PURPOSE OF EXPENDITURE** | (a) Category  (See Categories listed at the top of this schedule)<br>Office Overhead/Rental Expense | (b) Description<br>☐ Check if travel outside of Texas. Complete Schedule T.<br>☐ Check if Austin, TX, officeholder living expense<br>Email communications. |
|---|---|---|

| 9  Complete ONLY if direct expenditure to benefit C/OH | Candidate/Officeholder name | Office sought | Office held |
|---|---|---|---|

| Date<br>01/01/2021 | Payee name<br>Fudman, Ed (Dr.) |
|---|---|

| Amount ($)<br>$4,000.00 | Payee address;     City;     State;  Zip  Code<br>5910 Doone Valley CT<br><br>Austin, TX 78731 |
|---|---|

| **PURPOSE OF EXPENDITURE** | (a) Category  (See Categories listed at the top of this schedule)<br>Salaries/Wages/Contract Labor | (b) Description<br>☐ Check if travel outside of Texas. Complete Schedule T.<br>☐ Check if Austin, TX, officeholder living expense<br>Campaign Manager |
|---|---|---|

| Complete ONLY if direct expenditure to benefit C/OH | Candidate/Officeholder name | Office sought | Office held |
|---|---|---|---|

| Date<br>01/25/2021 | Payee name<br>McClellan, Rhonda |
|---|---|

| Amount ($)<br>$500.00 | Payee address;     City;     State;  Zip  Code<br>8402 Daleview DR<br><br>Austin, TX 78757 |
|---|---|

| **PURPOSE OF EXPENDITURE** | (a) Category  (See Categories listed at the top of this schedule)<br>Salaries/Wages/Contract Labor | (b) Description<br>☐ Check if travel outside of Texas. Complete Schedule T.<br>☐ Check if Austin, TX, officeholder living expense<br>Bookkeeping. |
|---|---|---|

| Complete ONLY if direct expenditure to benefit C/OH | Candidate/Officeholder name | Office sought | Office held |
|---|---|---|---|

# POLITICAL EXPENDITURES FROM POLITICAL CONTRIBUTIONS

**SCHEDULE F1**

### EXPENDITURE CATEGORIES FOR BOX 8(a)

| | | |
|---|---|---|
| Advertising Expense | Event Expense | Loan Repayment/Reimbursement |
| Accounting/Banking | Fees | Office Overhead/Rental Expense |
| Consulting Expense | Food/Beverage Expense | Polling Expense |
| Contributions/ Donations Made By - | Gift/Awards/Memorials Expense | Printing Expense |
| Candidate/Officeholder/Political Committee | Legal Services | Salaries/Wages/Contract Labor |
| Credit Card Payment | | |

| | | |
|---|---|---|
| Solicitation/Fundraising Expense | | |
| Transportation Equipment & Related Expense | | |
| Travel in District | | |
| Travel Out of District | | |
| OTHER (enter a category not listed above) | | |

**The Instruction Guide explains how to complete this form.**

| 1 Total pages Schedule F1:<br>Sch: 5/7 Rpt: 10/27 | 2 FILER NAME<br>Virden, Jennifer M | 3 Filer ID (Ethics Commission Filers)<br>00090501 |
|---|---|---|

| 4 Date<br>02/02/2021 | 5 Payee name<br>Najvar Law Firm PLLC |
|---|---|

| 6 Amount ($)<br>$10,000.00 | 7 Payee address; City; State; Zip Code<br>2180 N Loop W<br>#255<br>Houston, TX 77018 |
|---|---|

| 8 PURPOSE OF EXPENDITURE | (a) Category (See Categories listed at the top of this schedule)<br>Legal Services | (b) Description<br>☐ Check if travel outside of Texas. Complete Schedule T.<br>☐ Check if Austin, TX, officeholder living expense<br>Legal fees. |
|---|---|---|

| 9 Complete ONLY if direct expenditure to benefit C/OH | Candidate/Officeholder name | Office sought | Office held |
|---|---|---|---|

| Date<br>03/12/2021 | Payee name<br>Office Depot |
|---|---|

| Amount ($)<br>$86.49 | Payee address; City; State; Zip Code<br>4501 W. Braker LN<br><br>Austin, TX 78759 |
|---|---|

| PURPOSE OF EXPENDITURE | (a) Category (See Categories listed at the top of this schedule)<br>Office Overhead/Rental Expense | (b) Description<br>☐ Check if travel outside of Texas. Complete Schedule T.<br>☐ Check if Austin, TX, officeholder living expense<br>Office supplies. |
|---|---|---|

| Complete ONLY if direct expenditure to benefit C/OH | Candidate/Officeholder name | Office sought | Office held |
|---|---|---|---|

| Date<br>02/11/2021 | Payee name<br>Parsons, Brad |
|---|---|

| Amount ($)<br>$500.00 | Payee address; City; State; Zip Code<br>3706 Greystone DR<br><br>Austin, TX 78731 |
|---|---|

| PURPOSE OF EXPENDITURE | (a) Category (See Categories listed at the top of this schedule)<br>Salaries/Wages/Contract Labor | (b) Description<br>☐ Check if travel outside of Texas. Complete Schedule T.<br>☐ Check if Austin, TX, officeholder living expense<br>Campaign Assistant |
|---|---|---|

| Complete ONLY if direct expenditure to benefit C/OH | Candidate/Officeholder name | Office sought | Office held |
|---|---|---|---|

# POLITICAL EXPENDITURES FROM POLITICAL CONTRIBUTIONS

SCHEDULE **F1**

## EXPENDITURE CATEGORIES FOR BOX 8(a)

| | | | |
|---|---|---|---|
| Advertising Expense | Event Expense | Loan Repayment/Reimbursement | Solicitation/Fundraising Expense |
| Accounting/Banking | Fees | Office Overhead/Rental Expense | Transportation Equipment & Related Expense |
| Consulting Expense | Food/Beverage Expense | Polling Expense | Travel In District |
| Contributions/ Donations Made By - | Gift/Awards/Memorials Expense | Printing Expense | Travel Out of District |
| Candidate/Officeholder/Political Committee | Legal Services | Salaries/Wages/Contract Labor | OTHER (enter a category not listed above) |
| Credit Card Payment | | | |

**The Instruction Guide explains how to complete this form.**

| 1 Total pages Schedule F1:<br>Sch: 6/7 Rpt: 11/27 | 2 FILER NAME<br>Virden, Jennifer M | 3 Filer ID   (Ethics Commission Filers)<br>00090501 |
|---|---|---|

| 4 Date<br>04/09/2021 | 5 Payee name<br>Parsons, Brad |
|---|---|

| 6 Amount ($)<br>$500.00 | 7 Payee address;      City;      State;  Zip  Code<br>3706 Greystone DR<br><br>Austin, TX 78731 |
|---|---|

| 8 PURPOSE OF EXPENDITURE | (a) Category  (See Categories listed at the top of this schedule)<br>Salaries/Wages/Contract Labor | (b) Description<br>☐ Check if travel outside of Texas. Complete Schedule T.<br>☐ Check if Austin, TX, officeholder living expense<br>Campaign Assistant |
|---|---|---|

| 9 Complete ONLY if direct expenditure to benefit C/OH | Candidate/Officeholder name | Office sought | Office held |
|---|---|---|---|

| Date<br>04/09/2021 | Payee name<br>PostNet |
|---|---|

| Amount ($)<br>$41.98 | Payee address;      City;      State;  Zip  Code<br>3571 Far West BLVD<br><br>Austin, TX 78731 |
|---|---|

| PURPOSE OF EXPENDITURE | (a) Category  (See Categories listed at the top of this schedule)<br>Printing Expense | (b) Description<br>☐ Check if travel outside of Texas. Complete Schedule T.<br>☐ Check if Austin, TX, officeholder living expense<br>Ballot information for speaking engagement. |
|---|---|---|

| Complete ONLY if direct expenditure to benefit C/OH | Candidate/Officeholder name | Office sought | Office held |
|---|---|---|---|

| Date<br>02/04/2021 | Payee name<br>The UPS Store |
|---|---|

| Amount ($)<br>$180.00 | Payee address;      City;      State;  Zip  Code<br>8127 Mesa DR<br>Suite #B206<br>Austin, TX 78759 |
|---|---|

| PURPOSE OF EXPENDITURE | (a) Category  (See Categories listed at the top of this schedule)<br>Office Overhead/Rental Expense | (b) Description<br>☐ Check if travel outside of Texas. Complete Schedule T.<br>☐ Check if Austin, TX, officeholder living expense<br>USPS post office box rental. |
|---|---|---|

| Complete ONLY if direct expenditure to benefit C/OH | Candidate/Officeholder name | Office sought | Office held |
|---|---|---|---|

# POLITICAL EXPENDITURES FROM POLITICAL CONTRIBUTIONS

SCHEDULE **F1**

### EXPENDITURE CATEGORIES FOR BOX 8(a)

| | | | |
|---|---|---|---|
| Advertising Expense | Event Expense | Loan Repayment/Reimbursement | Solicitation/Fundraising Expense |
| Accounting/Banking | Fees | Office Overhead/Rental Expense | Transportation Equipment & Related Expense |
| Consulting Expense | Food/Beverage Expense | Polling Expense | Travel In District |
| Contributions/ Donations Made By - | Gift/Awards/Memorials Expense | Printing Expense | Travel Out of District |
| Candidate/Officeholder/Political Committee | Legal Services | Salaries/Wages/Contract Labor | OTHER (enter a category not listed above) |
| Credit Card Payment | | | |

**The Instruction Guide explains how to complete this form.**

| 1 Total pages Schedule F1: <br> Sch: 7/7 Rpt: 12/27 | 2 FILER NAME <br> Virden, Jennifer M | 3 Filer ID    (Ethics Commission Filers) <br> 00090501 |
|---|---|---|

| 4 Date <br> 02/02/2021 | 5 Payee name <br> UFCU |
|---|---|

| 6 Amount ($) <br> $12.00 | 7 Payee address;    City;    State;  Zip  Code <br> P. O. Box 9350 <br><br> Austin, TX 78766 |
|---|---|

| 8 **PURPOSE OF EXPENDITURE** | (a) Category  (See Categories listed at the top of this schedule) <br> Accounting/Banking | (b) Description <br> ☐ Check if travel outside of Texas. Complete Schedule T. <br> ☐ Check if Austin, TX, officeholder living expense <br> Processing fee. |
|---|---|---|

| 9 Complete ONLY if direct expenditure to benefit C/OH | Candidate/Officeholder name | Office sought | Office held |
|---|---|---|---|

| Date <br> 04/07/2021 | Payee name <br> Waterloo Media |
|---|---|

| Amount ($) <br> $2,205.00 | Payee address;    City;    State;  Zip  Code <br> 8309 N. IH 35 <br><br> Austin, TX 78753 |
|---|---|

| **PURPOSE OF EXPENDITURE** | (a) Category  (See Categories listed at the top of this schedule) <br> Advertising Expense | (b) Description <br> ☐ Check if travel outside of Texas. Complete Schedule T. <br> ☐ Check if Austin, TX, officeholder living expense <br> Radio ads. |
|---|---|---|

| Complete ONLY if direct expenditure to benefit C/OH | Candidate/Officeholder name | Office sought | Office held |
|---|---|---|---|

# EXPENDITURES MADE BY CREDIT CARD

SCHEDULE **F4**

### EXPENDITURE CATEGORIES FOR BOX 10(a)

| | | | |
|---|---|---|---|
| Advertising Expense | Event Expense | Loan Repayment/Reimbursement | Solicitation/Fundraising Expense |
| Accounting/Banking | Fees | Office Overhead/Rental Expense | Transportation Equipment & Related Expense |
| Consulting Expense | Food/Beverage Expense | Polling Expense | Travel In District |
| Contributions/ Donations Made By - | Gift/Awards/Memorials Expense | Printing Expense | Travel Out of District |
| Candidate/Officeholder/Political Committee | Legal Services | Salaries/Wages/Contract Labor | OTHER (enter a category not listed above) |

**The Instruction Guide explains how to complete this form.**

| 1 Total pages Schedule F4: | 2 FILER NAME | 3 Filer ID (Ethics Commission Filers) |
|---|---|---|
| Sch: 1/9 Rpt: 13/27 | Virden, Jennifer M | 00090501 |

| 4 | | |
|---|---|---|
| TOTAL OF UNITEMIZED EXPENDITURES CHARGED TO A CREDIT CARD | $ | 0.00 |

| 5 Date | 6 Payee name |
|---|---|
| 01/23/2021 | Intuit QuickBooks Online |

| 7 Amount ($) | 8 Payee address; City; State; Zip Code |
|---|---|
| $26.65 | 2632 Marine Way |
| | Mountain View, CA 94043 |

| 9 TYPE OF EXPENDITURE | [X] Political | [ ] Non-Political |
|---|---|---|

| 10 PURPOSE OF EXPENDITURE | (a) Category (See Categories listed at the top of this schedule) | (b) Description |
|---|---|---|
| | Accounting/Banking | [ ] Check if travel outside of Texas, Complete Schedule T.<br>[ ] Check if Austin, TX, officeholder living expense<br>Bookkeeping. |

| 11 Complete ONLY if direct expenditure to benefit C/OH | Candidate/Officeholder name | Office sought | Office held |
|---|---|---|---|

| Date | Payee name |
|---|---|
| 02/23/2021 | Intuit QuickBooks Online |

| Amount ($) | Payee address; City; State; Zip Code |
|---|---|
| $26.65 | 2632 Marine Way |
| | Mountain View, CA 94043 |

| TYPE OF EXPENDITURE | [X] Political | [ ] Non-Political |
|---|---|---|

| PURPOSE OF EXPENDITURE | (a) Category (See Categories listed at the top of this schedule) | (b) Description |
|---|---|---|
| | Accounting/Banking | [ ] Check if travel outside of Texas, Complete Schedule T.<br>[ ] Check if Austin, TX, officeholder living expense<br>Bookkeeping. |

| Complete ONLY if direct expenditure to benefit C/OH | Candidate/Officeholder name | Office sought | Office held |
|---|---|---|---|

# EXPENDITURES MADE BY CREDIT CARD

SCHEDULE **F4**

### EXPENDITURE CATEGORIES FOR BOX 10(a)

Advertising Expense
Accounting/Banking
Consulting Expense
Contributions/ Donations Made By -
  Candidate/Officeholder/Political Committee

Event Expense
Fees
Food/Beverage Expense
Gift/Awards/Memorials Expense
Legal Services

Loan Repayment/Reimbursement
Office Overhead/Rental Expense
Polling Expense
Printing Expense
Salaries/Wages/Contract Labor

Solicitation/Fundraising Expense
Transportation Equipment & Related Expense
Travel In District
Travel Out of District
OTHER (enter a category not listed above)

**The Instruction Guide explains how to complete this form.**

| 1 Total pages Schedule F4:<br>Sch: 2/9 Rpt: 14/27 | 2 FILER NAME<br>Virden, Jennifer M | 3 Filer ID (Ethics Commission Filers)<br>00090501 |
|---|---|---|

| 4 TOTAL OF UNITEMIZED EXPENDITURES CHARGED TO A CREDIT CARD | $ | 0.00 |
|---|---|---|

| 5 Date<br>03/23/2021 | 6 Payee name<br>Intuit QuickBooks Online |
|---|---|

| 7 Amount ($)<br>    $26.65 | 8 Payee address;    City;    State;   Zip Code<br>2632 Marine Way<br><br>Mountain View, CA 94043 |
|---|---|

| 9 TYPE OF<br>EXPENDITURE | [X] Political      [ ] Non-Political |
|---|---|

| 10 PURPOSE<br>OF<br>EXPENDITURE | (a) Category  (See Categories listed at the top of this schedule)<br>Accounting/Banking | (b) Description<br>[ ] Check if travel outside of Texas. Complete Schedule T.<br>[ ] Check if Austin, TX, officeholder living expense<br>Bookkeeping. |
|---|---|---|

11 Complete ONLY if direct    Candidate/Officeholder name      Office sought        Office held
    expenditure to benefit C/OH

| Date<br>04/23/2021 | Payee name<br>Intuit QuickBooks Online |
|---|---|

| Amount ($)<br>    $26.65 | Payee address;    City;    State;   Zip Code<br>2632 Marine Way<br><br>Mountain View, CA 94043 |
|---|---|

| TYPE OF<br>EXPENDITURE | [X] Political      [ ] Non-Political |
|---|---|

| PURPOSE<br>OF<br>EXPENDITURE | (a) Category  (See Categories listed at the top of this schedule)<br>Accounting/Banking | (b) Description<br>[ ] Check if travel outside of Texas. Complete Schedule T.<br>[ ] Check if Austin, TX, officeholder living expense<br>Bookkeeping. |
|---|---|---|

Complete ONLY if direct    Candidate/Officeholder name      Office sought        Office held
expenditure to benefit C/OH

# EXPENDITURES MADE BY CREDIT CARD

SCHEDULE **F4**

| EXPENDITURE CATEGORIES FOR BOX 10(a) | | |
|---|---|---|
| Advertising Expense<br>Accounting/Banking<br>Consulting Expense<br>Contributions/ Donations Made By -<br>    Candidate/Officeholder/Political Committee | Event Expense<br>Fees<br>Food/Beverage Expense<br>Gift/Awards/Memorials Expense<br>Legal Services | Loan Repayment/Reimbursement<br>Office Overhead/Rental Expense<br>Polling Expense<br>Printing Expense<br>Salaries/Wages/Contract Labor | Solicitation/Fundraising Expense<br>Transportation Equipment & Related Expense<br>Travel In District<br>Travel Out of District<br>OTHER (enter a category not listed above) |

**The Instruction Guide explains how to complete this form.**

| 1 | Total pages Schedule F4:<br>Sch: 3/9 Rpt: 15/27 | 2 | FILER NAME<br>Virden, Jennifer M | 3 | Filer ID    (Ethics Commission Filers)<br>00090501 |
|---|---|---|---|---|---|

| 4 | TOTAL OF UNITEMIZED EXPENDITURES CHARGED TO A CREDIT CARD | $ | 0.00 |
|---|---|---|---|

| 5 | Date<br>05/23/2021 | 6 | Payee name<br>Intuit QuickBooks Online |
|---|---|---|---|

| 7 | Amount ($)<br>$26.65 | 8 | Payee address;   City;     State;  Zip  Code<br>2632 Marine Way<br><br>Mountain View, CA 94043 |
|---|---|---|---|

| 9 | TYPE OF<br>EXPENDITURE | [X] Political     [ ] Non-Political |
|---|---|---|

| 10 | PURPOSE<br>OF<br>EXPENDITURE | (a) Category  (See Categories listed at the top of this schedule)<br>Accounting/Banking | (b) Description<br>[ ] Check if travel outside of Texas. Complete Schedule T.<br>[ ] Check if Austin, TX, officeholder living expense<br>Bookkeeping. |
|---|---|---|---|

| 11 | Complete ONLY if direct<br>expenditure to benefit C/OH | Candidate/Officeholder name | Office sought | Office held |
|---|---|---|---|---|

| | Date<br>01/20/2021 | | Payee name<br>wix.com |
|---|---|---|---|

| | Amount ($)<br>$30.31 | | Payee address;   City;     State;  Zip  Code<br>2601 Mission ST<br><br>San Francisco, CA 94110 |
|---|---|---|---|

| | TYPE OF<br>EXPENDITURE | [X] Political     [ ] Non-Political |
|---|---|---|

| | PURPOSE<br>OF<br>EXPENDITURE | (a) Category  (See Categories listed at the top of this schedule)<br>Office Overhead/Rental Expense | (b) Description<br>[ ] Check if travel outside of Texas. Complete Schedule T.<br>[ ] Check if Austin, TX, officeholder living expense<br>Campaign website build service. |
|---|---|---|---|

| | Complete ONLY if direct<br>expenditure to benefit C/OH | Candidate/Officeholder name | Office sought | Office held |
|---|---|---|---|---|

# EXPENDITURES MADE BY CREDIT CARD

SCHEDULE **F4**

**EXPENDITURE CATEGORIES FOR BOX 10(a)**

| | | | |
|---|---|---|---|
| Advertising Expense | Event Expense | Loan Repayment/Reimbursement | Solicitation/Fundraising Expense |
| Accounting/Banking | Fees | Office Overhead/Rental Expense | Transportation Equipment & Related Expense |
| Consulting Expense | Food/Beverage Expense | Polling Expense | Travel in District |
| Contributions/ Donations Made By - | Gift/Awards/Memorials Expense | Printing Expense | Travel Out of District |
| Candidate/Officeholder/Political Committee | Legal Services | Salaries/Wages/Contract Labor | OTHER (enter a category not listed above) |

**The Instruction Guide explains how to complete this form.**

| 1 Total pages Schedule F4: | 2 FILER NAME | 3 Filer ID (Ethics Commission Filers) |
|---|---|---|
| Sch: 4/9 Rpt: 16/27 | Virden, Jennifer M | 00090501 |

| 4 | | |
|---|---|---|
| TOTAL OF UNITEMIZED EXPENDITURES CHARGED TO A CREDIT CARD | $ | 0.00 |

| 5 Date | 6 Payee name |
|---|---|
| 01/20/2021 | wix.com |

| 7 Amount ($) | 8 Payee address; City; State; Zip Code |
|---|---|
| $7.03 | 2601 Mission ST |
| | San Francisco, CA 94110 |

| 9 TYPE OF EXPENDITURE | [X] Political    [ ] Non-Political |
|---|---|

| 10 PURPOSE OF EXPENDITURE | **(a) Category** (See Categories listed at the top of this schedule) | **(b) Description** |
|---|---|---|
| | Office Overhead/Rental Expense | [ ] Check if travel outside of Texas. Complete Schedule T. |
| | | [ ] Check if Austin, TX, officeholder living expense |
| | | Campaign email address expense. |

| 11 Complete ONLY if direct expenditure to benefit C/OH | Candidate/Officeholder name | Office sought | Office held |
|---|---|---|---|

| Date | Payee name |
|---|---|
| 06/17/2021 | wix.com |

| Amount ($) | Payee address; City; State; Zip Code |
|---|---|
| $30.31 | 2601 Mission ST |
| | San Francisco, CA 94110 |

| TYPE OF EXPENDITURE | [X] Political    [ ] Non-Political |
|---|---|

| PURPOSE OF EXPENDITURE | **(a) Category** (See Categories listed at the top of this schedule) | **(b) Description** |
|---|---|---|
| | Office Overhead/Rental Expense | [ ] Check if travel outside of Texas. Complete Schedule T. |
| | | [ ] Check if Austin, TX, officeholder living expense |
| | | Campaign website build service. |

| Complete ONLY if direct expenditure to benefit C/OH | Candidate/Officeholder name | Office sought | Office held |
|---|---|---|---|

# EXPENDITURES MADE BY CREDIT CARD

SCHEDULE **F4**

| EXPENDITURE CATEGORIES FOR BOX 10(a) | | |
|---|---|---|
| Advertising Expense<br>Accounting/Banking<br>Consulting Expense<br>Contributions/ Donations Made By -<br>Candidate/Officeholder/Political Commitee | Event Expense<br>Fees<br>Food/Beverage Expense<br>Gift/Awards/Memorials Expense<br>Legal Services | Loan Repayment/Reimbursement<br>Office Overhead/Rental Expense<br>Polling Expense<br>Printing Expense<br>Salaries/Wages/Contract Labor |

Solicitation/Fundraising Expense
Transportation Equipment & Related Expense
Travel in District
Travel Out of District
OTHER (enter a category not listed above)

**The Instruction Guide explains how to complete this form.**

| 1 Total pages Schedule F4:<br>Sch: 5/9 Rpt: 17/27 | 2 FILER NAME<br>Virden, Jennifer M | 3 Filer ID          (Ethics Commission Filers)<br>00090501 |
|---|---|---|

| 4 TOTAL OF UNITEMIZED EXPENDITURES CHARGED TO A CREDIT CARD | $ | 0.00 |
|---|---|---|

| 5 Date<br>02/20/2021 | 6 Payee name<br>wix.com |
|---|---|

| 7 Amount ($)<br>$7.03 | 8 Payee address;      City;      State;  Zip  Code<br>2601 Mission ST<br><br>San Francisco, CA 94110 |
|---|---|

| 9 TYPE OF<br>EXPENDITURE | [X] Political      [ ] Non-Political |
|---|---|

| 10 PURPOSE<br>OF<br>EXPENDITURE | (a) Category  (See Categories listed at the top of this schedule)<br>Office Overhead/Rental Expense | (b) Description<br>[ ] Check if travel outside of Texas. Complete Schedule T.<br>[ ] Check if Austin, TX, officeholder living expense<br>Campaign email address expense. |
|---|---|---|

| 11 Complete ONLY if direct<br>expenditure to benefit C/OH | Candidate/Officeholder name      Office sought      Office held |
|---|---|

| Date<br>03/17/2021 | Payee name<br>wix.com |
|---|---|

| Amount ($)<br>$30.31 | Payee address;      City;      State;  Zip  Code<br>2601 Mission ST<br><br>San Francisco, CA 94110 |
|---|---|

| TYPE OF<br>EXPENDITURE | [X] Political      [ ] Non-Political |
|---|---|

| PURPOSE<br>OF<br>EXPENDITURE | (a) Category  (See Categories listed at the top of this schedule)<br>Office Overhead/Rental Expense | (b) Description<br>[ ] Check if travel outside of Texas. Complete Schedule T.<br>[ ] Check if Austin, TX, officeholder living expense<br>Campaign website build service. |
|---|---|---|

| Complete ONLY if direct<br>expenditure to benefit C/OH | Candidate/Officeholder name      Office sought      Office held |
|---|---|

# EXPENDITURES MADE BY CREDIT CARD

SCHEDULE **F4**

### EXPENDITURE CATEGORIES FOR BOX 10(a)

| | | |
|---|---|---|
| Advertising Expense | Event Expense | Solicitation/Fundraising Expense |
| Accounting/Banking | Fees | Transportation Equipment & Related Expense |
| Consulting Expense | Food/Beverage Expense | Travel in District |
| Contributions/ Donations Made By - | Gift/Awards/Memorials Expense | Travel Out of District |
| Candidate/Officeholder/Political Committee | Legal Services | OTHER (enter a category not listed above) |
| | Loan Repayment/Reimbursement | |
| | Office Overhead/Rental Expense | |
| | Polling Expense | |
| | Printing Expense | |
| | Salaries/Wages/Contract Labor | |

**The Instruction Guide explains how to complete this form.**

| 1 Total pages Schedule F4: | 2 FILER NAME | 3 Filer ID (Ethics Commission Filers) |
|---|---|---|
| Sch: 6/9 Rpt: 18/27 | Virden, Jennifer M | 00090501 |

| 4 | |
|---|---|
| TOTAL OF UNITEMIZED EXPENDITURES CHARGED TO A CREDIT CARD | $ 0.00 |

| 5 Date | 6 Payee name |
|---|---|
| 03/20/2021 | wix.com |

| 7 Amount ($) | 8 Payee address;   City;   State;  Zip  Code |
|---|---|
| $7.03 | 2601 Mission ST |
| | San Francisco, CA 94110 |

| 9 TYPE OF EXPENDITURE | [X] Political        [ ] Non-Political |
|---|---|

| 10 PURPOSE OF EXPENDITURE | **(a) Category** (See Categories listed at the top of this schedule) Office Overhead/Rental Expense | **(b) Description** [ ] Check if travel outside of Texas. Complete Schedule T. [ ] Check if Austin, TX, officeholder living expense Campaign email address expense. |
|---|---|---|

| 11 Complete ONLY if direct expenditure to benefit C/OH | Candidate/Officeholder name       Office sought       Office held |
|---|---|

| Date | Payee name |
|---|---|
| 04/17/2021 | wix.com |

| Amount ($) | Payee address;   City;   State;  Zip  Code |
|---|---|
| $30.31 | 2601 Mission ST |
| | San Francisco, CA 94110 |

| TYPE OF EXPENDITURE | [X] Political        [ ] Non-Political |
|---|---|

| PURPOSE OF EXPENDITURE | **(a) Category** (See Categories listed at the top of this schedule) Office Overhead/Rental Expense | **(b) Description** [ ] Check if travel outside of Texas. Complete Schedule T. [ ] Check if Austin, TX, officeholder living expense Campaign website build service. |
|---|---|---|

| Complete ONLY if direct expenditure to benefit C/OH | Candidate/Officeholder name       Office sought       Office held |
|---|---|

# EXPENDITURES MADE BY CREDIT CARD

SCHEDULE **F4**

| EXPENDITURE CATEGORIES FOR BOX 10(a) | | | |
|---|---|---|---|
| Advertising Expense | Event Expense | Loan Repayment/Reimbursement | Solicitation/Fundraising Expense |
| Accounting/Banking | Fees | Office Overhead/Rental Expense | Transportation Equipment & Related Expense |
| Consulting Expense | Food/Beverage Expense | Polling Expense | Travel in District |
| Contributions/ Donations Made By - | Gift/Awards/Memorials Expense | Printing Expense | Travel Out of District |
| Candidate/Officeholder/Political Committee | Legal Services | Salaries/Wages/Contract Labor | OTHER (enter a category not listed above) |

**The Instruction Guide explains how to complete this form.**

| 1 Total pages Schedule F4: | 2 FILER NAME | | 3 Filer ID (Ethics Commission Filers) |
|---|---|---|---|
| Sch: 7/9 Rpt: 19/27 | Virden, Jennifer M | | 00090501 |

| 4 | | |
|---|---|---|
| TOTAL OF UNITEMIZED EXPENDITURES CHARGED TO A CREDIT CARD | $ | 0.00 |

| 5 Date | 6 Payee name |
|---|---|
| 05/17/2021 | wix.com |

| 7 Amount ($) | 8 Payee address;   City;   State;   Zip Code |
|---|---|
| $30.31 | 2601 Mission ST |
| | San Francisco, CA 94110 |

| 9 | TYPE OF EXPENDITURE | [X] Political | [ ] Non-Political |
|---|---|---|---|

| 10 | PURPOSE OF EXPENDITURE | (a) Category (See Categories listed at the top of this schedule) | (b) Description |
|---|---|---|---|
| | | Office Overhead/Rental Expense | [ ] Check if travel outside of Texas. Complete Schedule T. |
| | | | [ ] Check if Austin, TX, officeholder living expense |
| | | | Campaign website build service. |

| 11 Complete ONLY if direct expenditure to benefit C/OH | Candidate/Officeholder name | Office sought | Office held |
|---|---|---|---|

| Date | Payee name |
|---|---|
| 05/20/2021 | wix.com |

| Amount ($) | Payee address;   City;   State;   Zip Code |
|---|---|
| $7.03 | 2601 Mission ST |
| | San Francisco, CA 94110 |

| TYPE OF EXPENDITURE | [X] Political | [ ] Non-Political |
|---|---|---|

| PURPOSE OF EXPENDITURE | (a) Category (See Categories listed at the top of this schedule) | (b) Description |
|---|---|---|
| | Office Overhead/Rental Expense | [ ] Check if travel outside of Texas. Complete Schedule T. |
| | | [ ] Check if Austin, TX, officeholder living expense |
| | | Campaign email address expense. |

| Complete ONLY if direct expenditure to benefit C/OH | Candidate/Officeholder name | Office sought | Office held |
|---|---|---|---|

# EXPENDITURES MADE BY CREDIT CARD

SCHEDULE **F4**

### EXPENDITURE CATEGORIES FOR BOX 10(a)

| | | | |
|---|---|---|---|
| Advertising Expense | Event Expense | Loan Repayment/Reimbursement | Solicitation/Fundraising Expense |
| Accounting/Banking | Fees | Office Overhead/Rental Expense | Transportation Equipment & Related Expense |
| Consulting Expense | Food/Beverage Expense | Polling Expense | Travel In District |
| Contributions/ Donations Made By - | Gift/Awards/Memorials Expense | Printing Expense | Travel Out of District |
| Candidate/Officeholder/Political Committee | Legal Services | Salaries/Wages/Contract Labor | OTHER (enter a category not listed above) |

**The Instruction Guide explains how to complete this form.**

| 1 Total pages Schedule F4: | 2 FILER NAME | 3 Filer ID (Ethics Commission Filers) |
|---|---|---|
| Sch: 8/9 Rpt: 20/27 | Virden, Jennifer M | 00090501 |

| 4 TOTAL OF UNITEMIZED EXPENDITURES CHARGED TO A CREDIT CARD | $ | 0.00 |
|---|---|---|

| 5 Date | 6 Payee name |
|---|---|
| 06/20/2021 | wix.com |

| 7 Amount ($) | 8 Payee address;    City;    State;  Zip  Code |
|---|---|
| $7.03 | 2601 Mission ST |
| | San Francisco, CA 94110 |

| 9 TYPE OF EXPENDITURE | [X] Political | [ ] Non-Political |
|---|---|---|

| 10 PURPOSE OF EXPENDITURE | **(a)** Category  (See Categories listed at the top of this schedule) | **(b)** Description |
|---|---|---|
| | Office Overhead/Rental Expense | [ ] Check if travel outside of Texas. Complete Schedule T. |
| | | [ ] Check if Austin, TX, officeholder living expense |
| | | Campaign email address expense. |

| 11 Complete ONLY if direct expenditure to benefit C/OH | Candidate/Officeholder name | Office sought | Office held |
|---|---|---|---|

| Date | Payee name |
|---|---|
| 02/17/2021 | wix.com |

| Amount ($) | Payee address;    City;    State;  Zip  Code |
|---|---|
| $30.31 | 2601 Mission ST |
| | San Francisco, CA 94110 |

| TYPE OF EXPENDITURE | [X] Political | [ ] Non-Political |
|---|---|---|

| PURPOSE OF EXPENDITURE | **(a)** Category  (See Categories listed at the top of this schedule) | **(b)** Description |
|---|---|---|
| | Office Overhead/Rental Expense | [ ] Check if travel outside of Texas. Complete Schedule T. |
| | | [ ] Check if Austin, TX, officeholder living expense |
| | | Campaign website build service. |

| Complete ONLY if direct expenditure to benefit C/OH | Candidate/Officeholder name | Office sought | Office held |
|---|---|---|---|

# EXPENDITURES MADE BY CREDIT CARD

SCHEDULE **F4**

| EXPENDITURE CATEGORIES FOR BOX 10(a) | | | |
|---|---|---|---|
| Advertising Expense<br>Accounting/Banking<br>Consulting Expense<br>Contributions/ Donations Made By -<br>   Candidate/Officeholder/Political Committee | Event Expense<br>Fees<br>Food/Beverage Expense<br>Gift/Awards/Memorials Expense<br>Legal Services | Loan Repayment/Reimbursement<br>Office Overhead/Rental Expense<br>Polling Expense<br>Printing Expense<br>Salaries/Wages/Contract Labor | Solicitation/Fundraising Expense<br>Transportation Equipment & Related Expense<br>Travel in District<br>Travel Out of District<br>OTHER (enter a category not listed above) |

**The Instruction Guide explains how to complete this form.**

| 1 Total pages Schedule F4:<br>Sch: 9/9 Rpt: 21/27 | 2 FILER NAME<br>Virden, Jennifer M | 3 Filer ID    (Ethics Commission Filers)<br>00090501 |
|---|---|---|

| 4 | | |
|---|---|---|
| TOTAL OF UNITEMIZED EXPENDITURES CHARGED TO A CREDIT CARD | $ | 0.00 |

| 5 Date<br>04/20/2021 | 6 Payee name<br>wix.com |
|---|---|

| 7 Amount ($)<br>     $7.03 | 8 Payee address;    City;    State; Zip Code<br>2601 Mission ST<br><br>San Francisco, CA 94110 |
|---|---|

| 9 | TYPE OF<br>EXPENDITURE | [X] Political | [ ] Non-Political |
|---|---|---|---|

| 10 | PURPOSE<br>OF<br>EXPENDITURE | **(a)** Category   (See Categories listed at the top of this schedule)<br>Office Overhead/Rental Expense | **(b)** Description<br>[ ] Check if travel outside of Texas. Complete Schedule T.<br>[ ] Check if Austin, TX, officeholder living expense<br>Campaign email address expense. |
|---|---|---|---|

| 11 Complete ONLY if direct<br>expenditure to benefit C/OH | Candidate/Officeholder name | Office sought | Office held |
|---|---|---|---|

# POLITICAL EXPENDITURES FROM PERSONAL FUNDS

SCHEDULE **G**

**EXPENDITURE CATEGORIES FOR BOX 8(a)**

| | | | |
|---|---|---|---|
| Advertising Expense | Event Expense | Loan Repayment/Reimbursement | Solicitation/Fundraising Expense |
| Accounting/Banking | Fees | Office Overhead/Rental Expense | Transportation Equipment & Related Expense |
| Consulting Expense | Food/Beverage Expense | Polling Expense | Travel In District |
| Contributions/ Donations Made By - | Gift/Awards/Memorials Expense | Printing Expense | Travel Out of District |
| Candidate/Officeholder/Political Committee | Legal Services | Salaries/Wages/Contract Labor | OTHER (enter a category not listed above) |
| Credit Card Payment | | | |

**The Instruction Guide explains how to complete this form.**

| 1  Total pages Schedule G:  Sch: 1/6 Rpt: 22/27 | 2  FILER NAME  Virden, Jennifer M | 3  Filer ID   (Ethics Commission Filers)  00090501 |
|---|---|---|

| 4  Date  02/17/2021 | 5  Payee name  Capital One | |
|---|---|---|

| 6  Amount ($)                 $30.31  [X] Reimbursement from political contributions intended | 7  Payee address;      City;        State;  Zip  Code  P. O. Box 60599    City of Industry, CA 91716 | |
|---|---|---|

| 8  **PURPOSE OF EXPENDITURE** | (a) Category   (See Categories listed at the top of this schedule)  Credit Card Payment | (b)  Description  [ ] Check if travel outside of Texas,  Complete Schedule T.  [ ] Check if Austin, TX, officeholder living expense  Payment of credit card bill for campaign website build service. |
|---|---|---|

| 9  Complete ONLY if direct expenditure to benefit C/OH | Candidate/Officeholder name | Office sought | Office held |
|---|---|---|---|

| Date  02/17/2021 | Payee name  Capital One | |
|---|---|---|

| Amount ($)                 $7.03  [X] Reimbursement from political contributions intended | Payee address;      City;        State;  Zip  Code  P. O. Box 60599    City of Industry, CA 91716 | |
|---|---|---|

| **PURPOSE OF EXPENDITURE** | Category   (See Categories listed at the top of this schedule)  Credit Card Payment | Description  [ ] Check if travel outside of Texas,  Complete Schedule T.  [ ] Check if Austin, TX, officeholder living expense  Credit card payment for campaign email address expense. |
|---|---|---|

| Complete ONLY if direct expenditure to benefit C/OH | Candidate/Officeholder name | Office sought | Office held |
|---|---|---|---|

| Date  03/17/2021 | Payee name  Capital One | |
|---|---|---|

| Amount ($)                 $30.31  [X] Reimbursement from political contributions intended | Payee address;      City;        State;  Zip  Code  P. O. Box 60599    City of Industry, CA 91716 | |
|---|---|---|

| **PURPOSE OF EXPENDITURE** | Category   (See Categories listed at the top of this schedule)  Credit Card Payment | Description  [ ] Check if travel outside of Texas,  Complete Schedule T.  [ ] Check if Austin, TX, officeholder living expense  Credit card payment for campaign website build service. |
|---|---|---|

| Complete ONLY if direct expenditure to benefit C/OH | Candidate/Officeholder name | Office sought | Office held |
|---|---|---|---|

# POLITICAL EXPENDITURES FROM PERSONAL FUNDS

SCHEDULE **G**

**EXPENDITURE CATEGORIES FOR BOX 8(a)**

| | | | |
|---|---|---|---|
| Advertising Expense<br>Accounting/Banking<br>Consulting Expense<br>Contributions/ Donations Made By -<br>   Candidate/Officeholder/Political Committee<br>Credit Card Payment | Event Expense<br>Fees<br>Food/Beverage Expense<br>Gift/Awards/Memorials Expense<br>Legal Services | Loan Repayment/Reimbursement<br>Office Overhead/Rental Expense<br>Polling Expense<br>Printing Expense<br>Salaries/Wages/Contract Labor | Solicitation/Fundraising Expense<br>Transportation Equipment & Related Expense<br>Travel in District<br>Travel Out of District<br>OTHER (enter a category not listed above) |

**The Instruction Guide explains how to complete this form.**

| 1 Total pages Schedule G:<br>Sch: 2/6 Rpt: 23/27 | 2 FILER NAME<br>Virden, Jennifer M | 3 Filer ID   (Ethics Commission Filers)<br>00090501 |
|---|---|---|

| 4 Date<br>03/17/2021 | 5 Payee name<br>Capital One |
|---|---|

| 6 Amount ($)<br>$7.03<br>[X] Reimbursement from political contributions intended | 7 Payee address;   City;   State;   Zip Code<br>P. O. Box 60599<br><br>City of Industry, CA 91716 |
|---|---|

| 8 PURPOSE OF EXPENDITURE | (a) Category   (See Categories listed at the top of this schedule)<br>Credit Card Payment | (b) Description   [ ] Check if travel outside of Texas.  Complete Schedule T.<br>[ ] Check if Austin, TX, officeholder living expense<br>Credit card payment for campaign email address service. |
|---|---|---|

| 9 Complete ONLY if direct expenditure to benefit C/OH | Candidate/Officeholder name | Office sought | Office held |
|---|---|---|---|

| Date<br>04/19/2021 | Payee name<br>Capital One |
|---|---|

| Amount ($)<br>$30.31<br>[X] Reimbursement from political contributions intended | Payee address;   City;   State;   Zip Code<br>P. O. Box 60599<br><br>City of Industry, CA 91716 |
|---|---|

| PURPOSE OF EXPENDITURE | Category   (See Categories listed at the top of this schedule)<br>Credit Card Payment | Description   [ ] Check if travel outside of Texas.  Complete Schedule T.<br>[ ] Check if Austin, TX, officeholder living expense<br>Credit card payment for campaign website build service. |
|---|---|---|

| Complete ONLY if direct expenditure to benefit C/OH | Candidate/Officeholder name | Office sought | Office held |
|---|---|---|---|

| Date<br>04/19/2021 | Payee name<br>Capital One |
|---|---|

| Amount ($)<br>$7.03<br>[X] Reimbursement from political contributions intended | Payee address;   City;   State;   Zip Code<br>P. O. Box 60599<br><br>City of Industry, CA 91716 |
|---|---|

| PURPOSE OF EXPENDITURE | Category   (See Categories listed at the top of this schedule)<br>Credit Card Payment | Description   [ ] Check if travel outside of Texas.  Complete Schedule T.<br>[ ] Check if Austin, TX, officeholder living expense<br>Credit card payment for campaign email address service. |
|---|---|---|

| Complete ONLY if direct expenditure to benefit C/OH | Candidate/Officeholder name | Office sought | Office held |
|---|---|---|---|

# POLITICAL EXPENDITURES FROM PERSONAL FUNDS

SCHEDULE **G**

---

**EXPENDITURE CATEGORIES FOR BOX 8(a)**

| | | |
|---|---|---|
| Advertising Expense | Event Expense | Solicitation/Fundraising Expense |
| Accounting/Banking | Fees | Transportation Equipment & Related Expense |
| Consulting Expense | Food/Beverage Expense | Travel In District |
| Contributions/ Donations Made By - | Gift/Awards/Memorials Expense | Travel Out Of District |
| Candidate/Officeholder/Political Committee | Legal Services | OTHER (enter a category not listed above) |
| Credit Card Payment | | |
| | Loan Repayment/Reimbursement | |
| | Office Overhead/Rental Expense | |
| | Polling Expense | |
| | Printing Expense | |
| | Salaries/Wages/Contract Labor | |

**The Instruction Guide explains how to complete this form.**

---

| 1 Total pages Schedule G: <br> Sch: 3/6 Rpt: 24/27 | 2 FILER NAME <br> Virden, Jennifer M | 3 Filer ID   (Ethics Commission Filers) <br> 00090501 |
|---|---|---|

| 4 Date <br> 05/19/2021 | 5 Payee name <br> Capital One | |
|---|---|---|

| 6 Amount ($) <br> $30.31 <br> [X] Reimbursement from political contributions intended | 7 Payee address;   City;   State;   Zip Code <br> P. O. Box 60599 <br><br> City of Industry, CA 91716 | |
|---|---|---|

| 8 **PURPOSE OF EXPENDITURE** | (a) Category   (See Categories listed at the top of this schedule) <br> Credit Card Payment | (b) Description   ☐ Check if travel outside of Texas.  Complete Schedule T. <br> ☐ Check if Austin, TX, officeholder living expense <br> Credit card payment for campaign website build service. |
|---|---|---|

| 9 Complete ONLY if direct expenditure to benefit C/OH | Candidate/Officeholder name | Office sought | Office held |
|---|---|---|---|

---

| Date <br> 05/19/2021 | Payee name <br> Capital One |
|---|---|

| Amount ($) <br> $7.03 <br> [X] Reimbursement from political contributions intended | Payee address;   City;   State;   Zip Code <br> P. O. Box 60599 <br><br> City of Industry, CA 91716 |
|---|---|

| **PURPOSE OF EXPENDITURE** | Category   (See Categories listed at the top of this schedule) <br> Credit Card Payment | Description   ☐ Check if travel outside of Texas.  Complete Schedule T. <br> ☐ Check if Austin, TX, officeholder living expense <br> Credit card payment for campaign email address service. |
|---|---|---|

| Complete ONLY if direct expenditure to benefit C/OH | Candidate/Officeholder name | Office sought | Office held |
|---|---|---|---|

---

| Date <br> 06/17/2021 | Payee name <br> Capital One |
|---|---|

| Amount ($) <br> $30.31 <br> [X] Reimbursement from political contributions intended | Payee address;   City;   State;   Zip Code <br> P. O. Box 60599 <br><br> City of Industry, CA 91716 |
|---|---|

| **PURPOSE OF EXPENDITURE** | Category   (See Categories listed at the top of this schedule) <br> Office Overhead/Rental Expense | Description   ☐ Check if travel outside of Texas.  Complete Schedule T. <br> ☐ Check if Austin, TX, officeholder living expense <br> Campaign website build service. |
|---|---|---|

| Complete ONLY if direct expenditure to benefit C/OH | Candidate/Officeholder name | Office sought | Office held |
|---|---|---|---|

---

# POLITICAL EXPENDITURES FROM PERSONAL FUNDS

SCHEDULE **G**

---

**EXPENDITURE CATEGORIES FOR BOX 8(a)**

| | | |
|---|---|---|
| Advertising Expense | Event Expense | Loan Repayment/Reimbursement |
| Accounting/Banking | Fees | Office Overhead/Rental Expense |
| Consulting Expense | Food/Beverage Expense | Polling Expense |
| Contributions/ Donations Made By - | Gift/Awards/Memorials Expense | Printing Expense |
| Candidate/Officeholder/Political Committee | Legal Services | Salaries/Wages/Contract Labor |
| Credit Card Payment | | |

Solicitation/Fundraising Expense
Transportation Equipment & Related Expense
Travel in District
Travel Out of District
OTHER (enter a category not listed above)

**The Instruction Guide explains how to complete this form.**

| 1 Total pages Schedule G: <br> Sch: 4/6 Rpt: 25/27 | 2 FILER NAME <br> Virden, Jennifer M | 3 Filer ID   (Ethics Commission Filers) <br> 00090501 |
|---|---|---|

| 4 Date <br> 06/17/2021 | 5 Payee name <br> Capital One |
|---|---|

| 6 Amount ($) <br> $7.03 <br> ☒ Reimbursement from political contributions intended | 7 Payee address;   City;   State;   Zip Code <br> P. O. Box 60599 <br><br> City of Industry, CA 91716 |
|---|---|

| 8 PURPOSE OF EXPENDITURE | (a) Category   (See Categories listed at the top of this schedule) <br> Office Overhead/Rental Expense | (b) Description   ☐ Check if travel outside of Texas.  Complete Schedule T. <br> ☐ Check if Austin, TX, officeholder living expense <br> Campaign email address service. |
|---|---|---|

| 9 Complete ONLY if direct expenditure to benefit C/OH | Candidate/Officeholder name | Office sought | Office held |
|---|---|---|---|

---

| Date <br> 01/29/2021 | Payee name <br> Chase Card Services |
|---|---|

| Amount ($) <br> $26.65 <br> ☒ Reimbursement from political contributions intended | Payee address;   City;   State;   Zip Code <br> P. O. Box 6294 <br><br> Carol Stream, IL 60197 |
|---|---|

| PURPOSE OF EXPENDITURE | Category   (See Categories listed at the top of this schedule) <br> Credit Card Payment | Description   ☐ Check if travel outside of Texas.  Complete Schedule T. <br> ☐ Check if Austin, TX, officeholder living expense <br> Credit card payment for QuickBooks Online service. |
|---|---|---|

| Complete ONLY if direct expenditure to benefit C/OH | Candidate/Officeholder name | Office sought | Office held |
|---|---|---|---|

---

| Date <br> 02/25/2021 | Payee name <br> Chase Card Services |
|---|---|

| Amount ($) <br> $26.65 <br> ☒ Reimbursement from political contributions intended | Payee address;   City;   State;   Zip Code <br> P. O. Box 6294 <br><br> Carol Stream, IL 60197 |
|---|---|

| PURPOSE OF EXPENDITURE | Category   (See Categories listed at the top of this schedule) <br> Credit Card Payment | Description   ☐ Check if travel outside of Texas.  Complete Schedule T. <br> ☐ Check if Austin, TX, officeholder living expense <br> Credit card payment for QuickBooks Online service. |
|---|---|---|

| Complete ONLY if direct expenditure to benefit C/OH | Candidate/Officeholder name | Office sought | Office held |
|---|---|---|---|

# POLITICAL EXPENDITURES FROM PERSONAL FUNDS

SCHEDULE **G**

**EXPENDITURE CATEGORIES FOR BOX 8(a)**

| | | |
|---|---|---|
| Advertising Expense | Event Expense | Solicitation/Fundraising Expense |
| Accounting/Banking | Fees | Transportation Equipment & Related Expense |
| Consulting Expense | Food/Beverage Expense | Travel In District |
| Contributions/ Donations Made By - | Gift/Awards/Memorials Expense | Travel Out of District |
| Candidate/Officeholder/Political Committee | Legal Services | OTHER (enter a category not listed above) |
| Credit Card Payment | | |

Loan Repayment/Reimbursement
Office Overhead/Rental Expense
Polling Expense
Printing Expense
Salaries/Wages/Contract Labor

**The Instruction Guide explains how to complete this form.**

| 1  Total pages Schedule G:<br>Sch: 5/6 Rpt: 26/27 | 2  FILER NAME<br>Virden, Jennifer M | 3  Filer ID   (Ethics Commission Filers)<br>00090501 |
|---|---|---|

| 4  Date<br>03/30/2021 | 5  Payee name<br>Chase Card Services | |
|---|---|---|

| 6  Amount ($)<br>$26.65<br>[X] Reimbursement from political contributions intended | 7  Payee address;   City;      State;  Zip Code<br>P. O. Box 6294<br><br>Carol Stream, IL 60197 | |
|---|---|---|

| 8  PURPOSE OF EXPENDITURE | (a) Category  (See Categories listed at the top of this schedule)<br>Credit Card Payment | (b)  Description  [ ] Check if travel outside of Texas. Complete Schedule T.<br>[ ] Check if Austin, TX, officeholder living expense<br>Credit card payment for QuickBooks Online service. |
|---|---|---|

| 9  Complete ONLY if direct expenditure to benefit C/OH | Candidate/Officeholder name | Office sought | Office held |
|---|---|---|---|

| Date<br>04/28/2021 | Payee name<br>Chase Card Services | |
|---|---|---|

| Amount ($)<br>$26.65<br>[X] Reimbursement from political contributions intended | Payee address;   City;      State;  Zip Code<br>P. O. Box 6294<br><br>Carol Stream, IL 60197 | |
|---|---|---|

| PURPOSE OF EXPENDITURE | Category  (See Categories listed at the top of this schedule)<br>Credit Card Payment | Description  [ ] Check if travel outside of Texas. Complete Schedule T.<br>[ ] Check if Austin, TX, officeholder living expense<br>Credit card payment for QuickBooks Online service. |
|---|---|---|

| Complete ONLY if direct expenditure to benefit C/OH | Candidate/Officeholder name | Office sought | Office held |
|---|---|---|---|

| Date<br>06/01/2021 | Payee name<br>Chase Card Services | |
|---|---|---|

| Amount ($)<br>$26.65<br>[X] Reimbursement from political contributions intended | Payee address;   City;      State;  Zip Code<br>P. O. Box 6294<br><br>Carol Stream, IL 60197 | |
|---|---|---|

| PURPOSE OF EXPENDITURE | Category  (See Categories listed at the top of this schedule)<br>Credit Card Payment | Description  [ ] Check if travel outside of Texas. Complete Schedule T.<br>[ ] Check if Austin, TX, officeholder living expense<br>Credit card payment for QuickBooks Online service. |
|---|---|---|

| Complete ONLY if direct expenditure to benefit C/OH | Candidate/Officeholder name | Office sought | Office held |
|---|---|---|---|

# POLITICAL EXPENDITURES FROM PERSONAL FUNDS

SCHEDULE **G**

### EXPENDITURE CATEGORIES FOR BOX 8(a)

| | | | |
|---|---|---|---|
| Advertising Expense | Event Expense | Loan Repayment/Reimbursement | Solicitation/Fundraising Expense |
| Accounting/Banking | Fees | Office Overhead/Rental Expense | Transportation Equipment & Related Expense |
| Consulting Expense | Food/Beverage Expense | Polling Expense | Travel In District |
| Contributions/ Donations Made By - | Gift/Awards/Memorials Expense | Printing Expense | Travel Out of District |
| Candidate/Officeholder/Political Committee | Legal Services | Salaries/Wages/Contract Labor | OTHER (enter a category not listed above) |
| Credit Card Payment | | | |

**The Instruction Guide explains how to complete this form.**

| | | | |
|---|---|---|---|
| **1** Total pages Schedule G:<br>Sch: 6/6 Rpt: 27/27 | **2** FILER NAME<br>Virden, Jennifer M | | **3** Filer ID   (Ethics Commission Filers)<br>00090501 |

| | |
|---|---|
| **4** Date<br>06/29/2021 | **5** Payee name<br>Chase Card Services |

| | |
|---|---|
| **6** Amount ($)<br>$26,65<br>[X] Reimbursement from political contributions intended | **7** Payee address;    City;    State;   Zip  Code<br>P. O. Box 6294<br><br>Carol Stream, IL 60197 |

| | | |
|---|---|---|
| **8** **PURPOSE OF EXPENDITURE** | **(a)** Category   (See Categories listed at the top of this schedule)<br>Credit Card Payment | **(b)** Description  [ ] Check if travel outside of Texas.  Complete Schedule T.<br>[ ] Check if Austin, TX, officeholder living expense<br><br>Credit card payment for QuickBooks Online service. |

| | | | |
|---|---|---|---|
| **9** Complete <u>ONLY</u> if direct expenditure to benefit C/OH | Candidate/Officeholder name | Office sought | Office held |