**EXHIBIT 11**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

JENNIFER VIRDEN,
    *Plaintiff,*

                           :                                                        

vs.                             :       No. 1:21cv271-RP

CITY OF AUSTIN,
    *Defendant.*

## VIRDEN'S FIRST SUPPLEMENTAL RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES

**INTERROGATORIES**

**1.  Identify all persons, other than those already listed in Part A of Plaintiff's Ini- tial Disclosures dated March 15, 2022, who you believe have knowledge of relevant facts and identify, including for those already listed in Part A of Plaintiff's Initial Disclosures dated March 15, 2022, the issues upon which you believe they have knowledge.**

    *Response:*

No additional persons to identify at present.  As to the issues upon which those persons identified in the initial disclosures have relevant knowledge, all of those persons identified other than Virden submitted verifications of their intent to contribute on the dates provided.  Those persons have knowledge surrounding their intent to contribute as reflected in their verified statements.

**2.  For the period between December 16, 2020, and November 8, 2021, list all cam-paign expenditures made by you in connection with, or in furtherance of, a candidacy for the November 2022 General Election, and for each such expenditure, identify whether it was from your personal funds, a loan from you, contributions to your previous campaign, or contributions to a campaign for the November 2022 General Election.**

    *Response:*

1

**EXHIBIT**

**15**

9/21/22          Virden

Virden objects to the extent this interrogatory presumes that a candidate can or must trace the source of funds for any given campaign or political expenditure to a particular category of funds that are commingled in a campaign account. Texas law does not require candidates to use or designate any particular accounting method or to trace funds in the manner suggested. Virden had less than $3,800 remaining in the account after the December 2020 runoff election, as stated in her Complaint. Compl. ¶ 32. Subsequent funds deposited into the account are reflected in her campaign finance reports, which also reflect whether funds were from contributions or a loan from personal funds, or if Virden made a reportable expenditure from her own personal funds (not already deposited into the campaign account). Virden provides the campaign finance reports covering the requested period, which reflects the information responsive to the request.

3.   **For the period between December 16, 2020, and November 8, 2021, identify any campaign activity in which you participated.**

   *Response:*

April 9, 2021 – Virden was invited to and did speak at Westminster Austin Senior Living about City of Austin issues and the May 1, 2021 ballot measures.

4.   **For the period between October 17, 2017, and December 16, 2021, identify any campaign activity in which you participated, excluding any campaign activities di- rectly in connection with your 2020 campaign for the City Council District 10 seat.**

   *Response:*

Virden collected signatures for the Save Austin Now camping ban petitions during June-July 2020 and January 2021.

5.   **Identify any direct campaign expenditures by you between October 17, 2017, and December 16, 2021.**

   *Response:*

Virden did not make any "direct campaign expenditures" during the relevant period.

**First Supplemental Response:** AustinHaus Realty paid for advertising identified under Interrogatory No. 7, below.

6.   **Identify any campaign contributions by you to a political committee between October 17, 2017, and December 16, 2021.**

   *Response:*

2

Virden made several campaign contributions to candidates in recent elections, and will supplement this response by April 22, 2022.

**First Supplemental Response:**

Virden made the following "campaign contributions" under the Texas Election Code:
- $45 to Texas Realtors PAC in September 2020
- $30 to Save Austin Now PAC in March 2021
- $100 to Justin Berry in December 2021
- $100 to Ellen Troxclair in December 2021
- $400 to Rupal Chaudhari (for Travis County Judge) in late 2021

**7. Identify any campaign contributions or campaign expenditures by you between October 17, 2017, and December 16, 2021, in support of a measure, or the proponents of a measure, intended to be included as a proposition on a City of Austin ballot.**

*Response:*

Virden paid for radio advertising on KLBJ regarding certain measures on the May 1, 2021 Austin ballot.

**First Supplemental Response:**

AustinHaus Realty paid for radio advertising on KLBJ regarding Proposition A on the November 2, 2021 Austin ballot. These advertisements cost $475 in the aggregate.

**8. Please describe any monetary damages (nominal and compensatory) to you personally since October 17, 2017, proximately caused by the City of Austin charter and statutory provisions you challenge, as described in ¶ 1 of the Joint Federal Rule of Civil Procedure 26(f) Report And Proposed Scheduling Order (Doc. 43) in this case.**

*Response:*

Virden is entitled to nominal damages for the violation of her speech and associational rights, even in the absence of any actual damages. *Carey v. Piphus,* 435 U.S. 247 (1978). Virden does not seek any monetary damages in her personal capacity other than nominal damages.

**9. Please describe any monetary damages (nominal and compensatory) to you as a candidate since October 17, 2017, proximately caused by the City of Austin charter and statutory provisions you challenge, as described in ¶ 1 of the Joint Federal Rule of Civil Procedure 26(f) Report And Proposed**

3

**Scheduling Order (Doc. 43) in this case.**

   *Response:*

Virden is entitled to nominal damages for the violation of her speech and
associational rights as a candidate, even in the absence of any actual damages. *Carey
v. Piphus*, 435 U.S. 247 (1978). Virden does not seek any monetary damages in her
capacity as a candidate other than nominal damages.

   **10. Identify any campaign communications by you in connection with the
November 2022 General Election for the period between December 16, 2020,
and November 8, 2021.**

   *Response:*

Constant Contact emails:


1.

| | | |
|---|---|---|
| **Subject** | Thank you! | |
| **Pre header** | Please accept my sincere gratitude to all of OUR campaign supporters, who have tirelessly campaigned for me and who believed in me and our platform. | |
| **Sent** | December 16th 2020 at 8:51 pm EST | |
| **Email link** | https://conta.cc/3ag5Rgs | |

2.

| | |
|---|---|
| **Subject** | ** Camping Ban on the Ballot, May 1, Early Voting Apr. 19-27th ** |
| **Pre header** | Save Austin Now Public Camping Ban Petition on the Ballot, May 1, Early Voting Apr. 19-27th |
| **Sent** | February 9th 2021 at 4:11 pm EST |
| **Email link** | https://conta.cc/3cTfXFr |

3.

| | |
|---|---|
| **Subject** | FOR IMMEDIATE RELEASE: Virden Takes Action in Federal Court |
| **Pre header** | Jennifer Virden Files First Amendment Challenge to Austin's |

|  | Campaign Blackout Period |
| --- | --- |
| **Sent** | March 26th 2021 at 10:45 am EDT |
| **Email link** | https://conta.cc/3d7DK2J |

4.

|  |  |
| --- | --- |
| **Subject** | VOTERS GUIDE: May 1st Propositions on the Austin Ballot |
| **Pre header** | Jennifer Virden on May 1st Propositions, Early Voting April 19-27th, E-Day May 1st |
| **Sent** | April 13th 2021 at 9:33 am EDT |
| **Email link** | https://conta.cc/3dVzP9G |

5.

|  |  |
| --- | --- |
| **Subject** | REMINDER: May 1st Propositions on the Austin Ballot |
| **Pre header** | Jennifer Virden on May 1st Propositions, Early Voting April 19-27th, E-Day May 1st |
| **Sent** | April 25th 2021 at 6:32 pm EDT |
| **Email link** | https://conta.cc/3vnIGbt |

6.

|  |  |
| --- | --- |
| **Subject** | ELECTION DAY: May 1st Propositions on the Austin Ballot |
| **Pre header** | YES ON PROP. B, NO ON ALL THE REST, more polling places |
| **Sent** | April 30th 2021 at 9:56 pm EDT |
| **Email link** | https://conta.cc/2PHNwRE |

7.

|  |  |
| --- | --- |
| **Subject** | ** Save Austin Now Police Petition for Nov. Ballot ** |
| **Pre header** | SAFE Austin Now: Ensure Adequate Police Staffing, Double Training, Enact Reform |
| **Sent** | June 13th 2021 at 1:32 am EDT |
| **Email link** | https://conta.cc/3zhiZvX |

8.

| | |
|---|---|
| **Subject** | ** LAST CALL: Save Austin Now Police Petition for Nov. Ballot ** |
| **Pre header** | SAFE Austin Now: Ensure Adequate Police Staffing, Double Training, Enact Reform |
| **Sent** | July 17th 2021 at 8:00 am EDT |
| **Email link** | https://conta.cc/3iodBzz |

9.

| | |
|---|---|
| **Subject** | ** COVID Good News, Social Media Poll ** |
| **Pre header** | *Regeneron*, Candidate Poll, Position Papers |
| **Sent** | August 22nd 2021 at 1:23 pm EDT |
| **Email link** | https://conta.cc/3sFIt2V |

10.

| | |
|---|---|
| **Subject** | ** Supporting Prop. A on the Nov. 2, 2021 Ballot ** |
| **Pre header** | Early Voting Starts Oct. 18th - 29th |
| **Sent** | October 5th 2021 at 7:56 pm EDT |
| **Email link** | https://conta.cc/3BkoGd2 |

11.

| | |
|---|---|
| **Subject** | ** TODAY: Election Day FOR Prop. A ** |
| **Pre header** | APD Police Staffing levels in CRISIS |
| **Sent** | November 2nd 2021 at 6:00 am EDT |
| **Email link** | https://conta.cc/3Etphdr |

12.

| | |
|---|---|
| **Subject** | "I'm in!" Jennifer Virden confirms candidacy for Austin Mayor ... |
| **Pre header** | Austin voters eager for change; Jennifer is the one to lead it ... |
| **Sent** | November 8th 2021 |

| Email link | https://conta.cc/3kgVCg8 |
|---|---|
| Email link | https://conta.cc/3mXVALX |
| Email link | https://conta.cc/3qfL7gV |

Virden's communications on her Facebook and Twitter campaign pages are all "relating to" her November 2022 candidacy, and all of those posts are available on the respective pages, the URLs of which are provided here. Virden here specifically lists certain posts that most directly advocate or discuss her campaign or a political issue:

Facebook ("FB"), https://www.facebook.com/jennifer4austin:

1. **Facebook Dec. 16, 2020** https://www.facebook.com/112081817291028/posts/181118397054036/?d=n
2. **FB Jan. 8, 2021** https://www.facebook.com/112081817291028/posts/198204348678774/?d=n
3. **FB Feb. 5, 2021** https://www.facebook.com/112081817291028/posts/217183523447523/?d=n
4. **FB Feb. 9, 2021** https://www.facebook.com/112081817291028/posts/220114466487762/?d=n
5. **FB Mar. 25, 2021** https://www.facebook.com/112081817291028/posts/251395096693032/?d=n
6. **FB Apr. 8, 2021** https://www.facebook.com/112081817291028/posts/261153409050534/?d=n
7. **FB Apr. 15, 2021** https://www.facebook.com/112081817291028/posts/265927955239746/?d=n
8. **FB Apr. 16, 2021** https://www.facebook.com/112081817291028/posts/266571721842036/?d=n
9. **FB Apr. 18, 2021 (1)** https://www.facebook.com/112081817291028/posts/267981551701053/?d=n

7

10. **FB Apr. 18, 2021**
**(2)** https://www.facebook.com/112081817291028/posts/268009141698294/?d=n

11. **FB Apr. 30, 2021**
**(1)** https://www.facebook.com/112081817291028/posts/276078760891332/?d=n

12. **FB Apr. 30, 2021**
**(2)** https://www.facebook.com/112081817291028/posts/276128250886383/?d=n

13. **FB May 1, 2021**
**(1)** https://www.facebook.com/112081817291028/posts/276830417482833/?d=n

14. **FB May 1, 2021**
**(2)** https://www.facebook.com/112081817291028/posts/276854300813778/?d=n

15. **FB June 17, 2021** https://www.facebook.com/112081817291028/posts/308881310944410/?d=n

16. **FB June 20, 2021** https://www.facebook.com/112081817291028/posts/310963520736189/?d=n

17. **FB June 21, 2021** https://www.facebook.com/112081817291028/posts/311591267340081/?d=n

18. **FB June 27, 2021** https://www.facebook.com/112081817291028/posts/315724243593450/?d=n

19. **FB June 28, 2021** https://www.facebook.com/112081817291028/posts/316173333548541/?d=n

20. **FB Aug. 15, 2021** https://www.facebook.com/112081817291028/posts/349084336924107/?d=n

21. **FB Nov. 8, 2021**
**(1)** https://www.facebook.com/100063618503963/posts/288971843233430/?d=n

22. **FB Nov. 8, 2021**
**(2)** https://www.facebook.com/100063618503963/posts/289036143227000/?d=n

23. **FB Nov. 8, 2021**
**(3)** https://www.facebook.com/100063618503963/posts/289212949875986/?d=n
24 **FB Nov. 8, 2021**
**(4)** https://www.facebook.com/100063618503963/posts/289228229874458/?d=n

Twitter, https://twitter.com/Jennifer4Austin:
1. **Jennifer Virden** @Jennifer4Austin   Dec 16, 2020 https://t.co/rJW0Y2WkcY
2. **Jennifer Virden** @Jennifer4Austin   Feb 2, 2021 Austin has become a magnet for the homeless under #ATXCouncil's ill conceived policies. Read the captions of these two pics, says it all. https://t.co/ayD3dgmbap @statesman @GregAbbott_TX 😡😡#TXLege https://t.co/csnBdIypgS
3. **Jennifer Virden** @Jennifer4Austin   Feb 4, 2021 ON THE BALLOT! https://t.co/ExaYFtRePE
4. **Jennifer Virden** @Jennifer4Austin   Feb 9, 2021 Newsletter: ** Camping Ban on the Ballot, May 1, Early Voting Apr. 19-27th ** https://t.co/GceL7JMrrc #ATXCouncil #SaveAustinNow #StrongMayor #BallotLanguage #TenOne
5. **Jennifer Virden** @Jennifer4Austin   Feb 16, 2021 AUSTIN: 34 hours and counting without electricity. Fire place going and inside temp was 48 degrees. Outside temp was 10 degrees at that time. #ATXCouncil @austinenergy https://t.co/N7o9TvpZTP
6. **Jennifer Virden** @Jennifer4Austin   Feb 18, 2021 National news. Adamant to camp. https://t.co/9fCI4zHOjc https://t.co/zZiiu8aY2H
7. **Jennifer Virden** @Jennifer4Austin   Mar 1, 2021 #ATXCouncil "will receive an update tomorrow (Tues) about APD's progress to overhaul recruiting and training ... We hope ... quick action to restart cadet classes. Council Work session will be on ATXN. The police training update is scheduled to begin at 1:30 p.m." via @gacc97
8. **Jennifer Virden** @Jennifer4Austin   Mar 3, 2021 *Steve "Anyone" Adler* - TX Supreme Court REQUIRES #ATXCouncil change camping ban ballot language. (full text decision) #ForPropB #TXLege https://t.co/ImHqCqdQoH
9. **Jennifer Virden** @Jennifer4Austin   Mar 5, 2021 "Clean Up Austin! Yes on Prop. B!" Vote May 1, Early Voting Apr. 19-27 #ATXCouncil #TXLege See: https://t.co/vwgeBm8qBU
10. **Jennifer Virden** @Jennifer4Austin   Mar 13, 2021 I agree with the right and left. I am officially AGAINST Props D - H on the May 1st Austin Ballot - #ATXCouncil Orders Elections for Eight Propositions on May 1, 2021 | See props at: https://t.co/BVzqvMxEQm
11. **Jennifer Virden** @Jennifer4Austin   Mar 23, 2021 New APD Cadets are desperately needed, as APD will have more than 100 vacant officer positions by the end of this month. "Murder was up 42%, arson up 31%, auto theft, 31%, aggravated assaults, up" Response times are significantly slower. https://t.co/ZVNbnme25O Pic via @ATXPOA FB https://t.co/jtSlvYJ9fo
12. **Jennifer Virden** @Jennifer4Austin   Mar 25, 2021 Virden Files First Amendment Challenge to Austin's Campaign Blackout Period (full-text) https://t.co/WrF7eDfKzf #ATXCouncil #TXLege
13. **Jennifer Virden** @Jennifer4Austin   Mar 28, 2021 Predictable. #ATXCouncil https://t.co/K4EhtOadaF
14. **Jennifer Virden** @Jennifer4Austin   Mar 31, 2021 All 8 Propositions (A - H) on the May 1st Austin Ballot: https://t.co/BVzqvMxEQm Early Voting Apr. 19-27th. All Voting Locations: https://t.co/3nmhrzYNAN #ForPropB #YesPropB ✅ https://t.co/KhXptgOwe4
15. **Jennifer Virden** @Jennifer4Austin   Apr 4, 2021 Are you tired of the blight, the structure fires, the needles, the litter, the tents, the increased knifing crime...the VAGRANCY? Well then, we all need to *Vote For Prop. B*, your friends and family too! Early Voting April 19th-27th, E-Day May 1. See: https://t.co/5fcQ0MVRKm https://t.co/PK0Ms61AYr
16. **Jennifer Virden** @Jennifer4Austin   Apr 6, 2021 WARNING: 63 Officers left APD in the past 3

9

months. This will be a serious crisis soon if #ATXCouncil does not correct their MISTAKES quickly, BEFORE the next Cadet Class graduates... Re: https://t.co/94DDaNlftb #TXLege https://t.co/JOoaaZoPpD

17. **Jennifer Virden** @Jennifer4Austin  Apr 7, 2021 The Truth about 'Democracy Dollars' https://t.co/4HyDR2L9aB #NoPropH https://t.co/6nko3Arkol

18. **Jennifer Virden** @Jennifer4Austin  Apr 7, 2021 No 'Strong Mayor'! #NoPropF #ATXCouncil https://t.co/N6Jvo14sTd

19. **Jennifer Virden** @Jennifer4Austin  Apr 7, 2021 No to Rank Choice voting! #NoPropE #ATXCouncil https://t.co/U5LrnRlfkd https://t.co/TBl4PGrFTA

20. **Jennifer Virden** @Jennifer4Austin  Apr 8, 2021 No need for Prop. C. #NoPropC #ATXCouncil https://t.co/MmbJ7atUJW https://t.co/jJWcdg1eq7

21. **Jennifer Virden** @Jennifer4Austin  Apr 10, 2021 Nothing good in Austin happens after midnight, nowadays, esp. when #ATXCouncil has been understaffing the @Austin_Police by the hundreds. Check the recent posts from @ATXPOA after midnight. Truly shameful #ATXCouncil's abdication of their responsibility. #TXLege

22. **Jennifer Virden** @Jennifer4Austin  Apr 13, 2021 VOTERS GUIDE: May 1st Propositions on the Austin Ballot. Jennifer Virden on May 1st Propositions, Early Voting April 19-27th, E-Day May 1st. (with hyperlinks) https://t.co/EjsLo4YSoH #VoteForPropB #YesPropB https://t.co/oLT5uzIrh4

23. **Jennifer Virden** @Jennifer4Austin  Apr 13, 2021 AFTER PROP. B PASSES: "Reforming Austin's Policy on Homelessness" https://t.co/dnUoeqljhU #TXLege #VoteForPropB #YesPropB

24. **Jennifer Virden** @Jennifer4Austin  Apr 16, 2021 WOW: @Statesman Editorial Board Comes out AGAINST Props: ✕ C - Change Police Oversight, ✕ E - Rank Choice Voting, ✕ F - Strong Mayor, ✕ G - 11th CM District, ✕ H - Campaign Tax Dollars. No position yet from @Statesman on ✅ B - Reinstate Camping Ban. More tomorrow with links.

25. **Jennifer Virden** @Jennifer4Austin  Apr 16, 2021 Even the @AustinChronicle comes out Against Prop. #FtheStrongMayor! #VoteAgainstPropF #ATXCouncil https://t.co/7r6VfqhFUO

26. **Jennifer Virden** @Jennifer4Austin  Apr 19, 2021 Tip to the voters. Props are in alphabetical order, but Prop. H is by itself on the second page of the ballot. Be sure to go to the second page of the ballot to vote AGAINST Prop. H. #VoteForPropB

27. **Jennifer Virden** @Jennifer4Austin  Apr 19, 2021 Interesting. #RECA came out FOR Prop. B, and AGAINST all the APR Props D - H. #VoteForPropB

28. **Jennifer Virden** @Jennifer4Austin  May 1, 2021 Props A-E on a path to passing. Props F-H on a path to failing. Passing so far AFA, Camping Ban, DPO, Mayoral elect date, & RCV. RCV illegal so will not go into effect.

29. **Jennifer Virden** @Jennifer4Austin  May 1, 2021 BIGGEST LOSER OF THE NIGHT? - Greg Casar - His brain child Public Camping & Panhandling everywhere & all hours Soundly Rejected by Voters, his lust for public campaign finance to be extended to non-citizens Rejected by Voters, and his prospect as a Strong Mayor Soundly Rejected.

30. **Jennifer Virden** @Jennifer4Austin  May 1, 2021 NOTE: Prop B passing is a SOUND REPUDIATION OF THE MAYOR AND THE ENTIRE AUSTIN CITY COUNCIL. Nevertheless, we still want a version of #HB1925 passed by the #TXLege, because #ATXCouncil cannot be counted on to implement Prop B in good faith.

31. **Jennifer Virden** @Jennifer4Austin  May 4, 2021 I Do Not Agree with This. "3,000 housing in 3 yrs" was developed behind closed doors. The wisdom of the general public was excluded. Will be a waste of $100's OF MILLIONS of dollars. We need temporary solutions, not permanent problems! #TXLege #ATXCouncil https://t.co/UnzRVfLRpd

32. **Jennifer Virden** @Jennifer4Austin  May 4, 2021 City Hall Rebellion Against the Voters. #PropB #TXLege #ATXCouncil https://t.co/fT6IZByIA8

33. **Jennifer Virden** @Jennifer4Austin  May 5, 2021 PASS IT: #HB1900 on Thurs. May 6th. Huge support in the #TXLege. Police defunding that could lead to disannexations going 30 years back! #ATXCouncil M-up. That's potentially the blues and purples on this map. #BackTheBlueTX

https://t.co/I3OcWF9iYm

34. **Jennifer Virden** @Jennifer4Austin   May 6, 2021  You mess with the Bull, you get the Horns! @safehorns
#TXLege #HB1900 #BackTheBlue #Disannexation https://t.co/RrvMmOxiv4

35. **Jennifer Virden** @Jennifer4Austin   May 7, 2021  Top 4 Bills following in #TXLege to Correct ATXCouncil: 1. #HB1900 Police - Passed House, x'ing to Senate 2. #HB1925 Camping Ban - Passed House, in Senate 3. #SB23 Police - x'd to House 4. #SB14 Employment Policy - x'd to House. All moving. @LtGovTX APPROVE #HB1900 & #HB1925!

36. **Jennifer Virden** @Jennifer4Austin   May 12, 2021  In response to #PropB, Council vote was UNANIMOUS to potentially put a City sanctioned camping/"tenting" #ClubMeth site in ALL 10 #ATXCouncil districts in Austin. Vagrancy & blight '#equity.' Need #HB1925 #TXLege.
https://t.co/W0bHLkepiy

37. **Jennifer Virden** @Jennifer4Austin   May 14, 2021  More importantly, no need for a sanctioned campsite in every district. #atxcouncil https://t.co/TBwajXZm4K

38. **Jennifer Virden** @Jennifer4Austin   May 14, 2021  Memo from City Manager today. Clear that cost of each sanctioned campsite would be *extremely high.* No indication of exactly where. Still the "aim of designing one candidate campsite per Council District." More to be revealed at #ATXCouncil meeting on May 18th. #HB1925 #TXLege https://t.co/W4rMGjiRfC

39. **Jennifer Virden** @Jennifer4Austin   May 18, 2021  That Work Session was a cluster. They have no idea how to implement Prop. B nor how to spend the federal stimulus money resp (Item1). Not to mention the mask mandate covered earlier today that @GovAbbott struck down. #ATXCouncil is totally out of sync w/ public sentiment. #TXLege

40. **Jennifer Virden** @Jennifer4Austin   May 20, 2021  The growing Hotel Industrial Complex portfolio that #ATXCouncil is amassing:
Hotel 1) https://t.co/WgWq6I5Icz Hotel 2) https://t.co/inAvvOkBGX Hotel 3) https://t.co/uXd8mdaDvM
Hotel 4) https://t.co/IApliLuMRu *Paying close to twice appraised value: https://t.co/OsG89OkjBR
#TXLege

41. **Jennifer Virden** @Jennifer4Austin   May 21, 2021  Blast from the Past: "We are smarter than the state legislature, as far as I can tell," Casar said in 2015. https://t.co/IQdGezE5Jo #TXLege #HB1900 #HB1925 #SB14 #SB23

42. **Jennifer Virden** @Jennifer4Austin   May 22, 2021  Top 3 Bills following in #TXLege to deal w/#ATXCouncil: 1. #HB1900 Police - Placed on Senate Intent Calendar for 5/24. 2. #HB1925 Camping Ban - Passed final reading Senate (28-3), goes back to House to reconcile. 3. #SB23 Police - Placed on House General State Calendar for 5/24.

43. **Jennifer Virden** @Jennifer4Austin   May 23, 2021  🤦‍♀️ @MayorAdler struggles to answer why camping is allowed around Austin City Hall. #ClubMethCityHall https://t.co/s3y6bXuSyt via @LawrenceBJones3 #ATXCouncil #TXLege

44. **Jennifer Virden** @Jennifer4Austin   May 26, 2021  Save Austin Now new Petition regarding the Police! 🚔🏆🚨 #ATXCouncil https://t.co/tWrpKB1ywR https://t.co/waagGiQcfv

45. **Jennifer Virden** @Jennifer4Austin   May 28, 2021  Quite a few Democrats vote in favor of final vote on #HB1925 (Camping Ban) in the #TXLege State House. Another strong repudiation of @GregorioCasar's failed policy experiments in Austin. #ATXCouncil https://t.co/JbV9T6T7sP
https://t.co/rEr3AkezTx

46. **Jennifer Virden** @Jennifer4Austin   May 28, 2021  Top 3 Bills following in #TXLege to deal w/#ATXCouncil: 1. #HB1900 Police (municipal) - Headed to Gov. @GregAbbott_TX's desk for signing. 2. #HB1925 Camping Ban - Headed to @GovAbbott's desk for signing. 3. #SB23 Police (county) - Tied up in Conference Committee.

47. **Jennifer Virden** @Jennifer4Austin   May 30, 2021  BIG Thanks Ed Fudman for making sure in 2020 we ran on a 20% Homestead Exemption. Fun radio ad @ https://t.co/SXvBwtbxlr on @NewsRadioKLBJ reminding the Mayor of 20% HEx he ran on in 2014. I support Item 71 (20%) & Item 72 on this week's Council agenda. Hope @mkelly007 signs on! https://t.co/wrZHsn2QAh

11

48. **Jennifer Virden** @Jennifer4Austin Jun 1, 2021 Mackenzie Kelly and Leslie Pool just asked for their names to be added to the sponsors for Items 71 and 72, 20% Homestead Exemp. and Senior Exemp. increase. #ATXCouncil

49. **Jennifer Virden** @Jennifer4Austin Jun 2, 2021 #ATXCouncil #MUNY @UTAustin https://t.co/6V97877uoR

50. **Jennifer Virden** @Jennifer4Austin Jun 2, 2021 It should be about 'Core Municipal Services,' not trying to solve EVERY problem of the WORLD. "We have a spending problem, not a money problem." - @ToddAndDonKLBJ Just heard that on KLBJ in response to Alter's saying we (#ATXCouncil) "need more money." 🤣🤣🤣 #taxandspend

51. **Jennifer Virden** @Jennifer4Austin Jun 2, 2021 I'LL JUST LEAVE THIS HERE. From yesterday's #ATXGov presentation to #ATXCouncil. Proposed costs of "a (1) hotel as a (1) protective lodge." They're calling this "bridge housing" not "permanent supportive housing" as part of the city's response to Prop. B, $4.2M for 100 people: https://t.co/UnmyVtN7Af

52. **Jennifer Virden** @Jennifer4Austin Jun 2, 2021 Had a great time today working with a super sharp Cooper Baehr on his project dealing with the homeless issue. https://t.co/kXzvj4IrZ1

53. **Jennifer Virden** @Jennifer4Austin Jun 4, 2021 Totally disagree with 'guaranteed income' by the #ATXCouncil. It has NO place in responsible municipal budgeting. Municipal governments do not issue currency and money does not grow on trees. https://t.co/HJHA1GGhbm via @NewsRadioKLBJ #TXLege

54. **Jennifer Virden** @Jennifer4Austin Jun 5, 2021 Rank Choice Voting? There were 5 bills in the #TXLege dealing with the legal name "preferential voting." They all died. RCV/preferential voting requires action by the Secretary of State to prescribe procedures and that's probably not going to happen. ONWARD TO THE RUNOFF!

55. **Jennifer Virden** @Jennifer4Austin Jun 20, 2021 Yesssss! I am now a proud patron of The Austin City Councilman Podcast on @patreon, and you should be too: #NewPatron https://t.co/yGKSjgpmgz

56. **Jennifer Virden** @Jennifer4Austin Jun 21, 2021 As Mayor of Austin beginning in 2022, I'm going to lead and keep Council focused on what we are charged to do:  competently manage and fund core municipal services, such as APD/AFD/EMS, water, waste, electricity, roads, and parks. (1 of 3)

57. **Jennifer Virden** @Jennifer4Austin Jun 21, 2021
Regarding Muny, and our parks & nature preserves, there's a new, bona fide "Parks Lady" in town - me! I grew up in Austin & truly understand how our iconic parks & green spaces are a part of our DNA as Austinites - and I'm not just referring to neighborhood pocket parks. (2 of 3)

58. **Jennifer Virden** @Jennifer4Austin Jun 21, 2021
Let's maximize our attention to those things and minimize the virtue signaling resolutions overwhelming our City Manager.  Let's do this in 2022! 🏆🏆🏆 (3 of 3)

59. **Jennifer Virden** @Jennifer4Austin Jun 25, 2021 Great work from Jerad @NajvarLaw in Federal Court today regarding an injunction on Austin's unconstitutional 1 year temporal window for candidate campaign contributions. #ATXCouncil https://t.co/pdH7mkGNmr

60. **Jennifer Virden** @Jennifer4Austin Jun 25, 2021 Pretty good coverage by @KXAN https://t.co/2CJGxqcHfc h/t to @NajvarLaw

61. **Jennifer Virden** @Jennifer4Austin Jun 30, 2021 Rank Choice Voting in action. Thankfully still illegal in Texas. https://t.co/U5LrnRlfkd via @GregAbbott_TX https://t.co/v5tSp3ZCUY

62. **Jennifer Virden** @Jennifer4Austin Jul 1, 2021 ONWARD! #1stAmendment https://t.co/vkvMRGXc0e

63. **Jennifer Virden** @Jennifer4Austin Jul 9, 2021 Watch the City budget process through August 11. Here's what the @AustinCityMgr is proposing now for APD. Full Document https://t.co/vRYzregfyD. The 'Big stick' #HB1900 having an impact. https://t.co/iPXflQZSaO

64. **Jennifer Virden** @Jennifer4Austin Jul 10, 2021 ADULTS IN CHARGE: Austin reverses course, City Manager proposes largest police budget yet https://t.co/gEaVjqRyWv

65. **Jennifer Virden** @Jennifer4Austin Jul 10, 2021 Employ some of the homeless for that. Pay them

more than $15/hr for that. Don't be cheap, as with the lifeguards. https://t.co/MFniLr0DHu

66. **Jennifer Virden** @Jennifer4Austin  Jul 13, 2021 CORE SERVICES: Should be a high priority what the Austin EMS is asking for here. "EMS union chief says city budget proposal inadequate" https://t.co/0ixQjjZSMq #ATXCouncil @something_light https://t.co/3cpzSK5Jf2

67. **Jennifer Virden** @Jennifer4Austin  Jul 13, 2021 Good written report by @TerriG_KVUE & @MollyAndAMic. The City of Austin received millions in federal grant money last year to address #homelessness. The KVUE Defenders show you where the City said that money went. https://t.co/xTrRj1g5oH

68. **Jennifer Virden** @Jennifer4Austin  Jul 15, 2021 Love the after pictures, but they still need to get rid of the graffiti. This HEAL is a direct result of Prop. B and the 2020 campaign, otherwise policy would not have changed and the situation would have gotten worse. https://t.co/yDpqtHYEd1 https://t.co/5LCnsK0hw8

69. **Jennifer Virden** @Jennifer4Austin  Jul 17, 2021 LAST CALL on the @SaveATXNowPAC Police Petition. Collecting last signatures Sat. Sun. & Mon. July 17-19th. SAN turns it in on July 20th. Austin Thanks You! Petition at >> https://t.co/vwgeBm8qBU << Addresses given to hand deliver it to. (Too late to snail mail it)

70. **Jennifer Virden** @Jennifer4Austin  Jul 18, 2021 AUDIT THE HIC IN AUSTIN? Number of good RT's coming on the HIC. For now, though, there is this from the COA, pointed out by @ghceorg yesterday. An audit has already been done, 2 years ago. #ATXCouncil Executive Summary: https://t.co/Zjer8uI0Hz Full Report: https://t.co/s0ZFRIlZ8N https://t.co/p4TFmA9oPg

71. **Jennifer Virden** @Jennifer4Austin  Jul 19, 2021 UNDER PRESSURE COA ANNOUNCES 2 SITES, 3 DAYS EARLY: Two Sites Identified as Possible Sanctioned Encampments for People Experiencing Homelessness https://t.co/Zkwa6ovLBc https://t.co/BOJvsBtdOu

72. **Jennifer Virden** @Jennifer4Austin  Jul 20, 2021 DISGRACEFUL. #ATXCouncil Lady Bird Johnson is turning over in her grave. When I'm Mayor, this will be cleaned up. #ParksLady 🏆 https://t.co/AbhzNB1HI9

73. **Jennifer Virden** @Jennifer4Austin  Jul 28, 2021 Ha! That's funny! I got more votes in one election than Greg Casar has gotten in all of his [Council] elections put together?! 😊 🏆 11,824 > 11,629 https://t.co/pf3wNtS9Ip https://t.co/cEX3DcEBYt

74. **Jennifer Virden** @Jennifer4Austin  Jul 31, 2021 YES. I still cannot forget all of the Council and Staff telling us to stop dripping out faucets and then backtracking on that a day or two later. Totally irresponsible. #ATXCouncil #Uri #trust https://t.co/Ef75diOD0k

75. **Jennifer Virden** @Jennifer4Austin  Aug 3, 2021 This is UNACCEPTABLE. #ATXCouncil Spending far too much on rental assistance and not enough on EMS. https://t.co/yuYeYYMpHu

76. **Jennifer Virden** @Jennifer4Austin  Aug 6, 2021 Jennifer Virden, Austin mayoral candidate: "What we should be looking for in our next chief of police is a person with integrity and previous experience as a police chief, and one who believes in how essential community policing is." https://t.co/gA7ZprAaMU

77. **Jennifer Virden** @Jennifer4Austin  Aug 9, 2021 Darn Right! "Stop dripping your faucets!," #ATXCouncil 😡😡😡 It Wasn't Just ERCOT: Task Force Slams City's Freeze Response https://t.co/y0iR8agCfl via @austinchronicle

78. **Jennifer Virden** @Jennifer4Austin  Aug 9, 2021 "To this point, the mayoral race has two declared candidates: Realtor Jennifer Virden, a former Austin City Council candidate in District 10, and…" https://t.co/jdtiMRQPi4

79. **Jennifer Virden** @Jennifer4Austin  Aug 11, 2021 Doesn't want to do the job she was elected to do. Already talking to people about the next elective office she might run for while not doing the one she's presently holding. #TXLege #ATXCouncil https://t.co/9Em7ofcQ9V

80. **Jennifer Virden** @Jennifer4Austin  Aug 11, 2021 Light 'em up, Rupal!🔫#ATXCouncil

13

https://t.co/iV2aoaK0Ge https://t.co/pX5ILlhxaH

81. **Jennifer Virden** @Jennifer4Austin  Aug 11, 2021 Adler's sophist lawyering. He can't resist doing this to every citizen proposition. "Beware the lawyer Mayor." #ATXCouncil #YESPropA https://t.co/xYxtXtaW6o https://t.co/IOQ55PXttv

82. **Jennifer Virden** @Jennifer4Austin  Aug 12, 2021 When I'm your Mayor we will run the meetings no earlier than 9am and no later than 9pm. THATS IT! The City Manager @AustinCityMgr will have to adjust his agendas accordingly. #ATXCouncil https://t.co/WklZILYi9R

83. **Jennifer Virden** @Jennifer4Austin  Aug 12, 2021 The article does not explain the 'estimated' $119M a year is from a false assumption of 2.35 officers per 1,000, SAN Prop. A calls for 2 per 1,000. The article should have provided a link to the memo. https://t.co/LqAK2m2Dz6 https://t.co/Gz0ZjudYzY

84. **Jennifer Virden** @Jennifer4Austin  Aug 12, 2021 Local #TAX increases on dramatically increased property values will be a top issue in the 2022 election. Count on it. Passed on immediately to renters. #ATXCouncil

85. **Jennifer Virden** @Jennifer4Austin  Aug 14, 2021 The ever rising property taxes are what drove them out, John-Michael, but the 'all or nothing' dysfunctional #ATXCouncil's inability to find compromise in addressing permitting and zoning improvements did not help either. https://t.co/1xBf4NEcua

86. **Jennifer Virden** @Jennifer4Austin  Aug 24, 2021 Polls close in 2 hours! 😊 https://t.co/gvzVVdwMgC

87. **Jennifer Virden** @Jennifer4Austin  Aug 24, 2021 Virden polled 207 votes in getting 58% in her poll. Loewy polled 166 votes in getting 34.9% in his poll. That's a 55.5% vs. 45.5% votes comparison. 🏆😊😳 #VoteforVirden2022 #ATXCouncil

88. **Jennifer Virden** @Jennifer4Austin  Aug 27, 2021 Appeal brief filed with the 5th Circuit Federal Court of Appeals by @NajvarLaw challenging City of Austin's unconstitutional 1 year campaign contribution window. Much appreciate the hard work of Jerad Najvar at https://t.co/89IiKxwT90. Full text: https://t.co/7obqbSFMzU #TXLege

89. **Jennifer Virden** @Jennifer4Austin  Aug 29, 2021 Looking forward to #HB1925 being enforced at a minimum on state land starting Sept. 1, as the City of Austin is not enforcing voter passed Prop. B. Also looking forward to the evaluation that #HB1900 lays out starting Sept. 1. #TXLege c/o @JayLynn66873225: https://t.co/wautIFdgZ2 https://t.co/SXahS3hpg1

90. **Jennifer Virden** @Jennifer4Austin  Aug 30, 2021 KEY QUOTE: "Austin has one of the highest property taxes in the U.S., with #ATXCouncil raising taxes by 100% over a 13-yr period." High property tax increases result directly in higher monthly rents. Record supply is being built in the Austin MSA. (Census) https://t.co/7wDdM3mbNv

91. **Jennifer Virden** @Jennifer4Austin  Aug 30, 2021 DISAPPOINTING: Adler's State of the City Address was defensive, accusatory, backward looking and revisionist. Spoke nothing of some of the big unaddressed policy issues. Shot of the small audience: https://t.co/P5wPJu22mh

92. **Jennifer Virden** @Jennifer4Austin  Sep 1, 2021 I DO NOT agree that the city should designate new areas for outdoor public camping! Only Camp Esperanza. That's it. I DO NOT support ~$100,000 PSH hotel rooms, they don't work. I DO support @mobileloaves and @toofound! #ATXCouncil thinking: https://t.co/Mc11a9zd6N

93. **Jennifer Virden** @Jennifer4Austin  Sep 9, 2021 Nicely done! "Bresnens' HOMELESS CAMPING COMPLAINT TO @TXAG".pdf > https://t.co/Uxi30KAh48. 👀 @GregAbbott_TX #TXLege #HB1925 https://t.co/w6JlxslW7p

94. **Jennifer Virden** @Jennifer4Austin  Sep 11, 2021 Still trashed out at 183 and Great Hills, Braker, Duval, and Spicewood Springs/McNeil in Austin. #PropB #HB1925 #TXLege https://t.co/v5WqZ2alVO

95. **Jennifer Virden** @Jennifer4Austin  Sep 17, 2021 155 items on the #ATXCouncil Sept. 30th Agenda. Is that some kind of irresponsible record? https://t.co/PWQF4dY5WJ

96. **Jennifer Virden** @Jennifer4Austin  Sep 21, 2021 Lady Bird Lake needs a SERIOUS CLEANING UP. Skimmers, etc. It's pathetic and grotesque. The City and #ATXCouncil waste millions of dollars on so many other things. Why can they not spend some money to clean up and keep Lady Bird Lake clean? https://t.co/enPO2pRSG5

97. **Jennifer Virden** @Jennifer4Austin  Oct 3, 2021 183 and Great Hills HIC bike chop shop back in business. New campsites at 183 and Great Hills, Braker, and Duval-on the north side. #ATXCouncil (1 of 3) https://t.co/viZrp04I4I

98. **Jennifer Virden** @Jennifer4Austin  Oct 5, 2021 "APD cadets forced to resign after contracting COVID-19." Wow, 🖼️@Chief_Chacon🖼️, really? Really!? How are you ever going to catch up even on budgeted staffing? #ATXCouncil https://t.co/FgBsoeXGLH

99. **Jennifer Virden** @Jennifer4Austin  Oct 5, 2021 NOTICED: Bob has been tweeting a lot recently against Austin Prop. A APD officer staffing levels…from *Giddings, Texas* …hmm. 🤪 https://t.co/1kMnKTxBlb

100. **Jennifer Virden** @Jennifer4Austin  Oct 21, 2021 The City of Austin is notorious for not spending taxpayers' money on basic maintenance but instead spending it on all kinds of non-core social services, all the while saying there's not enough money to not only budget but fully APPROPRIATE & STAFF core svcs such as @Austin_Police https://t.co/rEsKwkVSVr https://t.co/VgB08soXKs

101. **Jennifer Virden** @Jennifer4Austin  Nov 1, 2021 PROGRESS…just in time for the election! All illegal camps and trash UNDER 183 North between Great Hills and Spicewood Springs-McNeil are cleaned up. Still camp and trash at Steck & MoPac. Citizen initiated Prop. B is working! LET'S DO THE SAME WITH PROP. A! #VOTEFORPROPA! https://t.co/TNzTLMFwbr

102. **Jennifer Virden** @Jennifer4Austin  Nov 3, 2021 Lots of review positions OPEN. Need to get those development permits MOVING. #ATXCouncil https://t.co/aPlgkWaoLT

103. **Jennifer Virden** @Jennifer4Austin  Nov 3, 2021 IT'S ABOUT TIME. But will it be effective policies? #ATXCouncil gets moving with a hodgepodge of ideas to address Development Permitting, more housing, and the LDC - City of Austin Council Message Board https://t.co/CxXnB57I1s https://t.co/Q6gNIPqV4I

104. **Jennifer Virden** @Jennifer4Austin  Nov 5, 2021 APD budgeted staffing is way behind and needs to catch up: "Sponsored by CM @MK6ATX Kelly allows the city manager to authorize a third 'modified cadet class' of up to 30 already licensed peace officers... takes about four months to complete..." https://t.co/x4nEyHdExF #ATXCouncil

105. **Jennifer Virden** @Jennifer4Austin  Nov 8, 2021 Starting Today: Support Jennifer Virden Campaign for Mayor. All in to Restore Austin. #LoveAustin https://t.co/rlpb4hZzn9

106. **Jennifer Virden** @Jennifer4Austin  Nov 8, 2021 Can do. Ready to spend. Adler did it, mostly with contributions. And the max donation per individual in a cycle is now $400, no longer $350. Every bit counts. https://t.co/R4yfDAd9ML https://t.co/dKYJ7jz37m

107. **Jennifer Virden** @Jennifer4Austin  Nov 9, 2021 All in to Restore Austin! #LoveAustin https://t.co/R4yfDAd9ML

April 9, 2021 – Virden was invited to and did speak at Westminster Austin Senior Living about City of Austin issues and the May 1, 2021 ballot measures. (Identified as a "policy forum" campaign event in response to interrogatory no. 3.)

**Radio communications.** Virden purchased radio advertisements on KLBJ related to the May 1, 2021 measure elections as follows: M-F 6a-10a 1 spot per day for 10 days (4/19-4/30); M-F 10a-11a 1 spot per day for 10 days (4/19-4/30)

Sat May 1 8a-11a 2 spots

These radio advertisements were discussed at ECF 13-1.

11. **Identify any political advertising by you in connection with the November 2022 General Election for the period between December 16, 2020, and November 8, 2021.**

*Response:*

All of the communications identified in response to interrogatory 10 constitute "political advertising" under Texas law.  This includes the Facebook and Twitter posts, because even those posts not directly discussing Virden's candidacy or a measure bear her campaign handle at the top of the post.  *See* Tex. Elec. Code § 251.001(16); *see also* 1 Tex. Admin. Code § 26.1.


### Verification

My name is Jennifer Virden.  I am a plaintiff in this case.  Pursuant to 28 U.S.C. § 1746, I hereby declare, under penalty of perjury under the laws of the United States, that the foregoing factual responses regarding my plans, intentions, and activity, are true and correct.

Jennifer Virden

Respectfully submitted,

*/s/ Jerad Najvar*
NAJVAR LAW FIRM PLLC
Jerad Wayne Najvar
Texas Bar No. 24068079
jerad@najvarlaw.com
2180 North Loop West, Suite 255
Houston, TX 77018
Phone:        (281) 404-4696
Facsimile:    (281) 582-4138
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document, and any accompanying exhibits and proposed order, were served on June 2, 2022, as follows:

Renea Hicks
Counsel for City of Austin

*/s/ Jerad Najvar*
Jerad Najvar