FILED
September 19, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: \_\_\_\_Julie Golden\_\_\_\_
DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JENNIFER VIRDEN, *Plaintiff*, | : : : |
| vs. | : No. 1:21cv00271-RP : |
| CITY OF AUSTIN, *Defendant*. | : : : : |

# FINAL JUDGMENT

Addressing Plaintiffs' challenge to Austin City Code provisions prohibiting a candidate for city office from collecting campaign contributions more than one year before the city election in which they seek election to office (referred to here as "the blackout period"), the Court's Order of August 30, 2023, granted the City's summary judgment motion in part and denied it in part, granted Plaintiffs' summary judgment motion in part and denied it in part, and dismissed Plaintiffs' claims for injunctive and declaratory relief as moot. (Dkt. 80). Pursuant to this Court's order to confer and propose an agreed final judgment, the parties conferred, stipulated that Plaintiffs should be awarded $1.00 each in nominal damages, and submitted a proposed, agreed Final Judgment, while reserving their arguments and rights as to matters decided on summary judgment. (Dkt. 81). Accordingly, the Court enters this final judgment and ORDERS as follows:

1.  The Court having determined that the blackout period as set out in Austin City Code § 2-2-7(B) & (G) violates the First Amendment to the Constitution of the

United States, Plaintiffs are entitled to nominal damages for past violations of Plaintiffs' First Amendment rights as follows:

(a) Plaintiff Jennifer Virden is AWARDED nominal monetary damages against Defendant City of Austin in the amount of $1.00; and

(b) Plaintiff William H. Clark is AWARDED nominal monetary damages against Defendant City of Austin in the amount of $1.00.

2. Plaintiffs' requests for injunctive and declaratory relief are DISMISSED AS MOOT.

3. All claims as to any challenges presented by Plaintiffs that are not otherwise specifically addressed in this final judgment are hereby DENIED.

SIGNED this 19th day of September, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE