UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JENNIFER VIRDEN, *et al.*, | : | |
|    *Plaintiffs*, | : | |
| vs. | : | No. 1:21cv00271-RP |
| CITY OF AUSTIN, | : | |
|    *Defendant*. | : | |
| _____ | : | |

**CITY OF AUSTIN'S NOTICE OF CROSS-APPEAL**

The City of Austin, defendant herein, hereby gives notice that it appeals—as a cross-appeal—to the United States Court of Appeals for the Fifth Circuit from the Court's Final Judgment (Doc. 82), signed and entered on September 19, 2023. Plaintiffs' Notice of Appeal (Doc. 83) is already docketed in the Fifth Circuit as No. 23-50697.

                                                Respectfully submitted,

                                                Anne L. Morgan, City Attorney
                                                Meghan L. Riley, Chief, Litigation
                                                State Bar No. 24049373
                                                meghan.riley@austintexas.gov
                                                CITY OF AUSTIN LAW DEPARTMENT
                                                Post Office Box 1088
                                                Austin, Texas 78745
                                                (512) 974-2458

          ___/s/ Renea Hicks_____
Renea Hicks
Attorney at Law
Texas Bar No. 09580400

LAW OFFICE OF MAX RENEA HICKS
P.O. Box 303187
Austin, Texas 78703-0504
(512) 480-8231
rhicks@renea-hicks.com

ATTORNEYS FOR DEFENDANT
CITY OF AUSTIN

## CERTIFICATE OF SERVICE

    I hereby certify that on the 10th day of October, 2023, I served a true and correct copy of the foregoing pleading on all counsel of record through the Court's ECF system.

        __/s/ Renea Hicks_____
Max Renea Hicks

2